UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
**CLERK**

5:25 pm, May 28, 2021

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

MARVIN GONG, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

NEPTUNE WELLNESS SOLUTIONS INC., MICHAEL CAMMARATA, MARIO PARADIS, CLAUDIE LAUZON, and TONI RINOW,

Defendants.

Case No. 2:21-cv-01386-ENV-AKT

## STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING

**WHEREAS**, Plaintiff Marvin Gong commenced this putative securities class action on March 16, 2021, against Defendants Neptune Wellness Solutions Inc., Michael Cammarata, Mario Paradis, Claudie Lauzon and Toni Rinow (collectively, "Defendants");

**WHEREAS**, because this action asserts claims under the Securities Exchange Act of 1934, 15 U.S.C. § 78a et seq., it is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

**WHEREAS**, the PSLRA provides for, among other things, appointment of a lead plaintiff, 15 U.S.C. § 77u-4(a)(3);

**WHEREAS**, pursuant to the PSLRA, lead plaintiff motions are due on or before May 17, 2021, *see id.* § 77u-4(a)(3)(A)(i)(II); and

**WHEREAS**, the undersigned parties have conferred regarding service and the filing of an amended complaint and any response thereto and agree that it would be more efficient to

extend the time to answer, move against or otherwise respond to the complaint in this action until after the Court's appointment of a lead plaintiff;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned parties, as follows:

1.      Undersigned counsel for Defendants is authorized to accept, and hereby does accept, service of the summons and complaint in this action on behalf of Defendants, without prejudice to or waiver of any defenses, objections or arguments, except as to sufficiency of service of process.

2.      Defendants' time to answer, move against or otherwise respond to any complaint in this action is stayed pending the Court's appointment of a lead plaintiff.

3.      Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and Defendants agree to meet and confer and propose a schedule to the Court for the filing of an amended complaint, Defendants' response thereto, and all associated briefing.

4.      There have been no requests for an extension of time previously made in this matter.

DATED:  May 6, 2021
        New York, New York

/s/ Jeremy A. Lieberman
Jeremy A. Lieberman
J. Alexander Hood II
**POMERANTZ LLP**
600 Third Avenue
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Plaintiff*

/s/ Thomas J. Welling, Jr.
Thomas J. Welling, Jr.
**VENABLE LLP**
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, New York 10020
Tel.: (212) 307-5500
Fax: (212) 307-5598
tjwelling@venable.com

George Kostolampros
**VENABLE LLP**
600 Massachusetts Avenue NW
Washington, D.C. 20001
Tel: (202) 344-4426
Fax: (202) 344-8300
GKostolampros@Venable.com

Jeffrey K. Joyner
(pro *hac vice* application forthcoming)
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 229-0435
Fax: (310) 229-9901
JKJoyner@Venable.com

Peter A. Stokes
(*pro hac vice* application forthcoming)
**NORTON ROSE FULBRIGHT US LLP**
98 San Jacinto Boulevard, Suite 1100
Austin, Texas 78701-4255
Tel: (512) 474-5201
Fax: (512) 536-4598
peter.stokes@nortonrosefulbright.com

*Counsel for Defendants Neptune Wellness
Solutions Inc., Michael Cammarata, Mario
Paradis, Claudie Lauzon, and Toni Rinow*

IT IS SO ORDERED.

Dated: _____, 2021

_____
HONORABLE ERIC N. VITALIANO
UNITED STATES DISTRICT JUDGE

SO ORDERED

/s/ A. Kathleen Tomlinson
A. Kathleen Tomlinson
United States Magistrate Judge

Date: May 28 20 21
Central Islip, N.Y.

3