UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARVIN GONG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEPTUNE WELLNESS SOLUTIONS INC., MICHAEL CAMMARATA, TONI RINOW and MARTIN LANDRY<br><br>Defendants. | Case No. 2:21-cv-01386-ENV-ARL<br><br>**CLASS ACTION**<br><br>Hon. Eric N. Vitaliano<br>Hon. Arlene R. Lindsay |

**PLAINTIFF'S NOTICE AND UNOPPOSED MOTION
FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

For the reasons set forth in the accompanying Plaintiff's Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement, Plaintiff respectfully requests that the Court enter an Order:

1. Granting final approval of the proposed Settlement;

2. Approving the Plan of Allocation;

3. Certifying the proposed Class for purposes of the Settlement; and

4. Finding that the notice plan approved at the Preliminary Approval stage met all applicable requirements.

Plaintiff has submitted a Proposed Order for the Court's convenience.

Dated: May 23, 2023                                  Respectfully submitted,

                                                                          **POMERANTZ LLP**

                                                                          */s/ Christopher P.T. Tourek*

        Christopher P.T. Tourek (admitted *pro hac vice*)

        Joshua B. Silverman (admitted *pro hac vice*)
        Ten South La Salle Street, Suite 3505
        Chicago, Illinois 60603
        Telephone: (312) 377-1181
        Facsimile: (312) 377-1184
        E-mail: jbsilverman@pomlaw.com
              ctourek@pomlaw.com

           -and-
        Jeremy A. Lieberman
        J. Alexander Hood II
        600 Third Avenue, 20th Floor
        New York, New York 10016
        Telephone: (212) 661-1100
        Facsimile: (212) 661-8665
        Email: jalieberman@pomlaw.com
              ahood@pomlaw.com

        *Attorneys for Lead Plaintiff Kenneth Rickert*

## CERTIFICATE OF SERVICE

On May 23, 2023, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ *Christopher P.T. Tourek*
Christopher P.T. Tourek