**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARVIN GONG, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> NEPTUNE WELLNESS SOLUTIONS INC., MICHAEL CAMMARATA, TONI RINOW and MARTIN LANDRY <br><br> Defendants. | **Case No. 2:21-cv-01386-ENV-ARL** <br><br> **CLASS ACTION** <br><br> Hon. Eric N. Vitaliano <br> Hon. Arlene R. Lindsay |

**PLAINTIFF'S NOTICE AND UNOPPOSED MOTION**
**FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF**
**LITIGATION EXPENSES, AND COMPENSATORY AWARD FOR PLAINTIFF**

For the reasons set forth in the accompanying Plaintiff's Memorandum of Law in Support of Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award for Plaintiff, Plaintiff respectfully requests that the Court enter an Order:

1.    Awarding attorneys' fees in the amount of 33 1/3% of the gross Settlement fund;

2.    Reimbursing Lead Counsel in the amount of $55,012.88; and

3.    Granting an award to Plaintiff in the amount of $7,000.

Plaintiff has submitted a Proposed Order for the Court's convenience.

Dated:  May 23, 2023        Respectfully submitted,

**POMERANTZ LLP**

*/s/ Christopher P.T. Tourek*
Christopher P.T. Tourek (admitted *pro hac vice*)

Joshua B. Silverman (admitted *pro hac vice*)

Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: jbsilverman@pomlaw.com
        ctourek@pomlaw.com

        -and-
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
       ahood@pomlaw.com

*Attorneys for Lead Plaintiff Kenneth Rickert*

## CERTIFICATE OF SERVICE

On May 23, 2023, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christopher P.T. Tourek*
Christopher P.T. Tourek
