# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARVIN GONG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEPTUNE WELLNESS SOLUTIONS INC., MICHAEL CAMMARATA, TONI RINOW and MARTIN LANDRY<br><br>Defendants. | Case No. 2:21-cv-01386-ENV-ARL<br><br>**CLASS ACTION**<br><br>Hon. Eric N. Vitaliano<br>Hon. Arlene R. Lindsay |

### DECLARATION OF KENNETH RICKERT

I, Kenneth Rickert, declare the following:

1. I am the lead plaintiff in the above-captioned matter. I submit this Declaration in support of: (i) Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and (ii) Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award for Plaintiff, including the request that I receive an award of $7,000. I have personal knowledge of the facts described herein and would testify to those facts if called to do so.

2. In my profession, I am a financial planner who makes approximately $300 per hour.

3. I have been involved in this Action since submitting a certification and moving for appointment as a lead plaintiff in May 2021. During that time, I have worked with lead counsel Pomerantz LLP ("Counsel") on all aspects of this litigation to monitor and contribute to the successful prosecution of this Action, and received regular updates from Counsel on case

1

developments.  I always made myself available to Counsel and was regularly updated about this litigation and its developments.  The various tasks I performed included:

    a.  Analyzing whether to participate as a representative plaintiff, including review of review of initiating documents, consideration of damage estimates, and consultation with counsel regarding the responsibilities of serving as a representative plaintiff;

    b.  Reviewing and discussing with Counsel the lead plaintiff moving papers;

    c.  Gathering case-related documents as requested by Counsel;

    d.  Reviewing and discussing with Counsel an amended complaint, including discussing the strategy to expand the class period;

    e.  Reviewing and discussing Defendants' letter for a pre-motion conference and the response drafted by Counsel;

    f.  Reviewing and discussing the motion to dismiss filed by Defendants and the response in opposition to the motion to dismiss filed by Counsel;

    g.  Discussing settlement authority, settlement negotiations, and the settlement with Counsel;

    h.  Reviewing the motion for preliminary approval and supporting papers; and

    i.  Consulting with Counsel regarding the anticipated relief to be sought in: (i) Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and (ii) Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award for Plaintiff.

4.    I have done my best to promote the interests of the Class and to obtain the best recovery possible under the circumstances.

5.      I understand that reimbursement of a lead plaintiff's reasonable costs and expenses is authorized under the PSLRA.  I expended approximately thirty (30) hours performing all of the work I conducted in this Action for the direct benefit of the Class, diverting time that I could have otherwise used for cash-generating activities.  I estimate that the value of such time far exceeds $7,000.

6.      While I understand that the ultimate determination of counsel's request for an award of attorneys' fees and litigation expenses rests with the Court, I note that the request of 33 1/3% of the Net Settlement Fund is consistent with the retainer agreement I signed in connection with this litigation, and I believe that amount is fair and reasonable in light of the work performed on behalf of the Class, and the result achieved.

7.      In conclusion, I endorse the Settlement as fair, reasonable, and adequate, and believe that the Settlement represents a significant recovery for the Class.  Accordingly, I respectfully request that the Court approve: (i) Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and (ii) Plaintiff's Unopposed Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award for Plaintiff.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this __17__ day of May, 2023

DocuSigned by:

2D69226820634D5...
Kenneth Rickert

3