# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MARVIN GONG, Individually and On Behalf of All Others Similarly Situated,<br><br>                                   Plaintiff,<br><br>                v.<br><br>NEPTUNE WELLNESS SOLUTIONS INC., MICHAEL CAMMARATA, TONI RINOW and MARTIN LANDRY,<br><br>    Defendants. | **Case No. 2:21-cv-01386-ENV-ARL**<br><br>**CLASS ACTION**<br><br>Hon. Eric N. Vitaliano<br>Hon. Arlene R. Lindsay |

**SUPPLEMENTAL DECLARATION OF ERIC A. NORDSKOG REGARDING: (A) MAILING OF THE POSTCARD NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Eric A. Nordskog, declare as follows:

1.     I am a Senior Project Manager of A.B. Data, Ltd.'s Class Action Administration Division ("A.B. Data")[1], whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to the Court's March 16, 2023, Order granting preliminary approval of the class action settlement and plan of allocation; certification of the proposed class; and approval of the notice to the class (the "Preliminary Approval Order"), A.B. Data was authorized to act as the Settlement Administrator in connection with the Settlement in the above-captioned action (the "Action"). I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.     I submit this Declaration to supplement the Declaration of Eric A. Nordskog Regarding: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation of Settlement dated December 6, 2022 ("Stipulation"). ECF 57-2.

for Exclusion and Objections (the "Initial Mailing Declaration"), dated May 22, 2023, which was previously filed with the Court.

## UPDATE ON MAILING OF THE POSTCARD NOTICE

3.    As more fully stated in my Initial Mailing Declaration, as of May 22, 2023, A.B. Data had mailed a total of 63,993 copies of the Postcard Notice to potential Settlement Class Members and nominees. Since the date of the Initial Mailing Declaration, A.B. Data has mailed seven (7) additional Postcard Notices at the request of three nominees and Settlement Class Members, and has re-mailed an additional 35 Postcard Notices, which were previously returned to A.B. Data by the USPS.

4.    Therefore, as of July 6, 2023, A.B. Data has mailed a total of 64,000 Postcard Notices to potential Settlement Class Members.

## UPDATE ON TELEPHONE HOTLINE AND WEBSITE

5.    On or about March 31, 2023, A.B. Data established a case-specific toll-free phone number, 877-254-8530, with an Interactive Voice Response system and live operators.  An automated attendant answers all calls initially and presents callers with a series of choices to respond to basic questions. If callers need further help, they may speak to an operator during business hours. If an operator is not available or if a call is placed after hours, the caller is instructed to leave a voicemail message. A.B. Data promptly returns calls to callers who leave a voicemail message. Because A.B. Data strives to place each call with an operator when received, callers never have to endure long waits to speak to an operator.

6.    A.B. Data has also established a case-specific website, www.NeptuneSecuritiesSettlement.com, which provides general information regarding the case and its current status, as well as downloadable copies of the Postcard Notice, Long-Form Notice, Proof of Claim, and other court documents, including the Settlement Agreement.

2

## UPDATE ON REQUESTS FOR EXCLUSION AND OBJECTIONS

7.     The Postcard Notice and the Long-Form Notice informed potential Settlement Class Members that written requests for exclusion are to be mailed to *Gong v. Neptune Wellness Solutions Inc., et al.*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217 such that they are postmarked no later than May 30, 2023.  A.B. Data has been monitoring all mail delivered to the post office box.  As of the date of this Declaration, A.B. Data has received two (2) requests for exclusion, which are attached hereto as Exhibit 1.

8.     According to the Long-Form Notice, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation of the Net Settlement Fund, the Final Order and Judgment contemplated by the Stipulation, the application for attorneys' fees and reimbursement of expenses, and/or the application for reimbursement of the reasonable time, costs, and expenses of Plaintiff are required to submit their objection in writing such that the request is received by the Parties and filed with the Court no later than May 30, 2023.

9.     A.B. Data is aware an objection to the Settlement was filed with the Court on May 8, 2023 (ECF 61).  As of the date of this Declaration, A.B. Data has not received any additional correspondence regarding this filing or any other misdirected objections.

## UPDATE ON CLAIMS RECEIVED TO DATE

10.     Pursuant to the Preliminary Approval Order, Proofs of Claim were to be submitted no later than May 21, 2023.  As of the date of this Declaration, A.B. Data has received 3,004 Proofs of Claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of July 2023.

Eric A. Nordskog

3

# EXHIBIT 1

Case 2:21-cv-01386-ENV-ARL    Document 65-1    Filed 07/11/23    Page 5 of 21 PageID #: 1715

*Gong v. Neptune Wellness Solutions Inc., et al., No. 2:21-cv-01386-ENV-ARL*

**Exclusion Report**

| Exclusion Number | Name | Postmark Date |
|---|---|---|
| 1 | Ruth W. White | 05/22/2023 |
| 2 | Yin Kei So | 05/29/2023 |

**Exclusion #1**
**Postmarked: May 22, 2023**

May 20, 2023

Gong v. Neptune Solutions Inc., et al.
c/o A.B. Data, Ltd.
Case No. 2:21-cv-01386-ENV-ARL (E.D.N.Y.)
P.O. Box 173073
Milwaukee, WI 53217
Notice ID: 255 809715

Please exclude me from the law suit.



MILWAUKEE WI 530

22 MAY 2023 PM 3 L

Hong V. Neptune Wellness Solutions
c/o A. B. Data Ltd.
P. O. Box 173001
Milwaukee, WI 53217

53217-801201

**Exclusion #2**
**Postmarked: May 29, 2023**

To: Settlement Administrator of "Gong v. Neptune Wellness Solutions Inc., et al.
c/o A.B. Data, Ltd. / Exclusions/P.O. Box 173001, Milwaukee, WI 53217.

███████████████████████

Date : May 29, 2023

Re : Requesting Exclusion From THE CLASS and the Settlement in :
Gong v. Neptune Wellness Solutions Inc., et al., NO. 2:21-cv-01386-ENV-ARL(E.D.N.Y)

██████████████ the beneficial owner of 4000 shares of Neptune Wellness Solutions
ordinary shares, hereby requests to be excluded from the settlement and class in
Gong V Neptune Solutions Inc., et al., NO. 2:21-cv-01386-ENV-ARL ( E.D.N.Y.)

Details of my holding of Neptune Wellness Solutions Ordinary share are as below:

| | No. of Shares | Principal Amount | Trade Date |
|---|---|---|---|
| ① | Buy 200 | CAD 800.00 | June 12, 2020 |
| ② | Buy 1800 | CAD 7,193.95 | June 12, 2020 |
| ③ | Buy 2000 | USD 3,687.15 | Feb 19, 2021 |
| | Total 4000 | | |

Copies of relevant "Statement of Securities Transactions / T5008" issued
by Bank of Montreal are attached for documentary proof.
Pl be noted that for privacy issue, I have blocked my I-D number
thereon, as well as some other irrelevant information.

Looking forward for your kindness in approving, my this exclusion request.
If in case of need, I will be reached at mobile ████████████

████████████████████████

Regards,



██████████████████ May 29, 2023

Applicant : ████████████

ENCL: FORM # T5008 ( 2 sets);
Year 2020 ( 4 pages)
Year 2021 ( 5 pages)

Case 2:21-cv-01386-ENV-ARL    Document 65-1    Filed 07/11/23    Page 12 of 21 PageID #: 1722




**Canada Revenue** **Agence du revenu**
**Agency** **du Canada**

**STATEMENT OF SECURITIES TRANSACTIONS**
**ÉTAT DES OPÉRATIONS SUR TITRES**

Investment Advisor:        1 (888) 776-6886    PAGE 1
Conseiller en placement:

Issuer/Négociant:

BMO INVESTORLINE INC.
FIRST CANADIAN PLACE
100 KING ST W B1 FL
TORONTO ONTARIO
M5X 1H3

| 2020 | | O | 1 | 513-◼◼◼ |
|---|---|---|---|---|
| Year/Année | Account Number Numéro de compte | Box 10 Report Code Code du feuillet | Box 11 Recipient Type Type de bénéficiaire | Box 12 Recipient ID I.d. du bénéficiaire |

| Box 13 Foreign Currency / Devises étrangères | Box 14 Date | Box 15 Type Code of Securities / Code de genre de titres | Box 16 Quantity of Securities / Quantité de titres | Box 17 Identification of Securities / Désignation des titres | Type | Price / Prix | Box 18 ISIN/CUSIP Number / Numéro ISIN/Cusip | Amount DR - Debit CR - Credit / Montant DR - Débit CR - Crédit | Box 20 Cost or Book Value / Coût ou valeur comptable | Box 21 Proceeds of Disposition / Produits de disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SHS | | ARIZONA GOLD CORP COM | | | 04053A105 | | | |
| CAD | 12/31/20 | | 2,800.0000 | NAME CHNG | | | | | | |
| | | SHS | | EQUINOX GOLD CORP COM NO PAR | | | 29446Y502 | | | |
| CAD | 04/27/20 | | 38.0000 | | SELL | 11.590 | | | 391.02 | 430.47 |
| CAD | 06/16/20 | | 16.0000 | | SELL | 13.610 | | | 178.85 | 207.81 |
| | | SHS | | HEXO CORP COM | | | 428304109 | | | |
| CAD | 08/26/20 | | 2,000.0000 | | BUY | 0.920 | | 1,849.95 DR | | |
| | | SHS | | KERR MINES INC COM NEW | | | 492405204 | | | |
| CAD | 12/31/20 | | 2,800.0000 | NAME CHNG | | | | | | |
| | | SHS | | NEPTUNE WELLNESS SOLUTIONS ORDINARY SHARES | | | 64079L105 | | | |
| CAD | 06/12/20 | | 200.0000 | | BUY | 3.995 | | 800.00 DR | | |
| CAD | 06/12/20 | | 1,800.0000 | | BUY | 3.992 | | 7,193.95 DR | | |
| | | SHS | | NEW GOLD INC | | | 644535106 | | | |
| CAD | 03/10/20 | | 500.0000 | | BUY | 1.100 | | 553.32 DR | | |
| CAD | 03/10/20 | | 1,000.0000 | | BUY | 1.100 | | 1,106.63 DR | | |
| CAD | 06/11/20 | | 5,000.0000 | | SELL | 1.790 | | | 5,636.40 | 8,940.05 |
| | | OPC | | CALL TD  01/15/21  72 TORONTO DOMINION BANK | | | | | | |
| CAD | 06/01/20 | | 10.0000 | | BUY | 0.770 | | 792.45 DR | | |
| | | OPC | | CALL NEPT  08/21/20  5 NEPTUNE WELLNESS SOLUTIONS INC | | | | | | |
| CAD | 06/23/20 | | 20.0000 | | SELL | 0.200 | | | | 365.05 |
| CAD | 08/24/20 | | 20.0000 | EXPIRED | | | | | | |
| | | OPC | | CALL NGD  04/17/20  1.50 NEW GOLD INC | | | | | | |
| CAD | 01/02/20 | | 25.0000 | | SELL | 0.120 | | | | 265.00 |
| CAD | 04/20/20 | | 25.0000 | EXPIRED | | | | | | |

T5008/RL-18. SECURITIES TRANSACTIONS ARE DISCLOSED TO THE CANADA REVENUE AGENCY AND REVENU QUEBEC (RESIDENT OF QUEBEC ONLY) ON A YEARLY BASIS. THESE TRANSACTIONS ARE TO BE REPORTED ON YOUR ANNUAL RETURN OF INCOME. PLEASE RETAIN FOR INCOME TAX PURPOSES, AS NO OTHER FORM WILL BE ISSUED. RC-19-416

T5008/RL-18 OPÉRATIONS SUR TITRES SONT RÉVÉLÉS À L'AGENCE DE REVENU CANADA ET REVENU QUÉBEC (RÉSIDENT DU QUÉBEC SEULEMENT) SUR UNE BASE ANNUELLE. CES LES TRANSACTIONS DOIVENT ÊTRE DÉCLARÉS SUR VOTRE DÉCLARATION ANNUELLE DE REVENU. S'IL VOUS PLAÎT CONSERVER À DES FINS IMPÔT SUR LE REVENU, COMME AUCUN AUTRE FORMULAIRE NE SERA EMIS. RC-19-416

Member-Canadian Investor Protection Fund
Membre-Fonds canadien de protection des épargnants

IMPORTANT: Please retain for Income Tax Purposes
IMPORTANT: Veuillez conserver pour fins d'impots

Canada Revenue Agency    Agence du revenu du Canada

T5008
**STATEMENT OF SECURITIES TRANSACTIONS**
**ÉTAT DES OPÉRATIONS SUR TITRES**

Investment Advisor:    1 (888) 776-6886    PAGE 2
Conseiller en placement:

Issuer/Négociant:
BMO INVESTORLINE INC.
FIRST CANADIAN PLACE
100 KING ST W B1 FL
TORONTO ONTARIO
M5X 1H3

Account Number:
Numéro de compte:

| Box 13 Foreign Currency / Devises étrangères | Box 14 Date | Box 15 Type Code of Securities / Code de genre de titres | Box 16 Quantity of Securities / Quantité de titres | Box 17 Identification of Securities / Désignation des titres | Type | Price / Prix | Box 18 ISIN/CUSIP / Numéro ISIN/Cusip | Amount DR - Debit CR - Credit / Montant DR - Débit CR - Crédit | Box 20 Cost or Book Value / Coût ou valeur comptable | Box 21 Proceeds of Disposition / Produits de disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| | | OPC | | CALL TD  09/04/20  69 TORONTO DOMINION BANK | | | | | | |
| CAD | 08/28/20 | | 10.0000 | | SELL | 0.300 | | | | 277.55 |
| CAD | 09/08/20 | | 10.0000 | | EXPIRED | | | | | |
| **TOTAL TRANSACTIONS/TOTAL DES TRANSACTIONS CAD** | | | | | | | | 12,296.30 DR | 6,206.27 | 10,485.93 |
| | | SHS | | EQUINOX GOLD CORP COM NO PAR | | | 29446Y502 | | | |
| USD | 05/26/20 | | 16.0000 | | BUY | 11.178 | | 131.44 DR | | |
| | | WTS | | WTS LEAGOLD MINING CORPRATN EXP 05/24/2020 $3.70 | | | 52176A122 | | | |
| USD | 05/26/20 | | 50.0000 | | EXERCISE | | | | | |
| | | SHS | | NEW GOLD INC | | | 644535106 | | | |
| USD | 01/03/20 | | 2,500.0000 | | BUY | 0.897 | | 2,253.45 DR | | |
| USD | 04/02/20 | | 2,500.0000 | | BUY | 0.520 | | 1,309.45 DR | | |
| USD | 11/27/20 | | 4,000.0000 | | SELL | 1.680 | | | | 6,709.90 |
| | | SHS | | RITE AID CORPORATION COMMON STOCK | | | 767754872 | | | |
| USD | 07/21/20 | | 100.0000 | | BUY | 15.709 | | 1,580.82 DR | | |
| USD | 09/10/20 | | 100.0000 | | BUY | 12.089 | | 1,218.82 DR | | |
| | | OPC | | CALL HEXO  05/15/20  1.50 HEXO CORP | | | | | | |
| USD | 04/01/20 | | 100.0000 | | SELL | 0.050 | | | | 464.98 |
| USD | 05/19/20 | | 100.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL HEXO  01/15/21  1.50 HEXO CORP | | | | | | |
| USD | 08/25/20 | | 120.0000 | | SELL | 0.050 | | | | 564.98 |
| | | OPC | | CALL RAD  01/15/21  15 RITE AID CORPORATION | | | | | | |
| USD | 07/20/20 | | 6.0000 | | SELL | 3.900 | | | | 2,322.49 |
| USD | 09/09/20 | | 6.0000 | | BUY | 1.550 | | 947.45 DR | | |
| | | OPC | | CALL TD  07/16/21  50 TORONTO DOMINION BANK | | | | | | |
| USD | 12/22/20 | | 10.0000 | | SELL | 6.300 | | | | 6,277.41 |
| | | OPC | | CALL RAD  01/15/21  18 RITE AID CORPORATION | | | | | | |
| USD | 11/24/20 | | 7.0000 | | SELL | 0.150 | | | | 86.29 |
| | | OPC | | CALL HEXO  08/21/20  1.50 HEXO CORP | | | | | | |
| USD | 05/19/20 | | 100.0000 | | SELL | 0.050 | | | | 464.98 |
| USD | 08/24/20 | | 100.0000 | | EXPIRED | | | | | |

T5008/RL-18. SECURITIES TRANSACTIONS ARE DISCLOSED TO THE CANADA REVENUE AGENCY AND REVENU QUEBEC (RESIDENT OF QUEBEC ONLY) ON A YEARLY BASIS. THESE TRANSACTIONS ARE TO BE REPORTED ON YOUR ANNUAL RETURN OF INCOME. PLEASE RETAIN FOR INCOME TAX PURPOSES, AS NO OTHER FORM WILL BE ISSUED. RC-19-416

T5008/RL-18 OPÉRATIONS SUR TITRES SONT RÉVÉLÉS À L'AGENCE DE REVENU CANADA ET REVENU QUÉBEC (RÉSIDENT DU QUÉBEC SEULEMENT) SUR UNE BASE ANNUELLE. CES LES TRANSACTIONS DOIVENT ÊTRE DÉCLARÉS SUR VOTRE DÉCLARATION ANNUELLE DE REVENU. S'IL VOUS PLAÎT CONSERVER À DES FINS IMPÔT SUR LE REVENU, COMME AUCUN AUTRE FORMULAIRE NE SERA EMIS. RC-19-416

Member-Canadian Investor Protection Fund
Membre-Fonds canadien de protection des épargnants

IMPORTANT: Please retain for Income Tax Purposes
IMPORTANT: Veuillez conserver pour fins d'impôts



00 0000



Canada Revenue   Agence du revenu
Agency           du Canada

Investment Advisor:         1 (888) 776-6886    PAGE 3
Conseiller en placement:

Issuer/Négociant:
BMO INVESTORLINE INC.
FIRST CANADIAN PLACE
100 KING ST W B1 FL
TORONTO ONTARIO
M5X 1H3

Account Number:
Numéro de compte:

| Box 13 Foreign Currency / Devises étrangères | Box 14 Date | Box 15 Type Code of Securities / Code de genre de titres | Box 16 Quantity of Securities / Quantité de titres | Box 17 Identification of Securities / Désignation des titres | Type | Price / Prix | Box 18 ISIN/CUSIP / Numéro ISIN/Cusip | Amount DR - Debit CR - Credit / Montant DR - Débit CR - Crédit | Box 20 Cost or Book Value / Coût ou valeur comptable | Box 21 Proceeds of Disposition / Produits de disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| | | OPC | | CALL HEXO  02/21/20   5 HEXO CORP | | | | | | |
| USD | 02/24/20 | | 100.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL RAD  07/17/20   14 RITE AID CORPORATION | | | | | | |
| USD | 07/02/20 | | 5.0000 | | BUY | 3.950 | | 1,991.20 DR | | |
| | | OPC | | CALL NGD  08/21/20   1 NEW GOLD INC | | | | | | |
| USD | 04/01/20 | | 25.0000 | | SELL | 0.100 | | | | 214.99 |
| USD | 04/24/20 | | 25.0000 | | SELL | 0.200 | | | | 464.98 |
| USD | 06/10/20 | | 50.0000 | | BUY | 0.400 | | 2,035.00 DR | | |
| | | OPC | | CALL HEXO  03/20/20   2 HEXO CORP | | | | | | |
| USD | 02/25/20 | | 100.0000 | | SELL | 0.050 | | | | 464.98 |
| USD | 03/23/20 | | 100.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL TD  01/15/21   47.50 TORONTO DOMINION BANK | | | | | | |
| USD | 11/19/20 | | 10.0000 | | SELL | 5.080 | | | | 5,057.43 |
| USD | 12/22/20 | | 10.0000 | | BUY | 8.200 | | 8,222.45 DR | | |
| | | OPC | | CALL NEPT  05/21/21   4 NEPTUNE WELLNESS SOLUTIONS INC | | | | | | |
| USD | 10/28/20 | | 20.0000 | | SELL | 0.200 | | | | 365.04 |
| | | OPC | | CALL NEPT  06/19/20   3 NEPTUNE WELLNESS SOLUTIONS INC | | | | | | |
| USD | 06/11/20 | | 20.0000 | | SELL | 0.309 | | | | 583.02 |
| USD | 06/22/20 | | 20.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL TD  08/21/20   50 TORONTO DOMINION BANK | | | | | | |
| USD | 06/22/20 | | 10.0000 | | SELL | 0.750 | | | | 727.53 |
| USD | 08/24/20 | | 10.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL RAD  11/20/20   16 RITE AID CORPORATION | | | | | | |
| USD | 09/24/20 | | 7.0000 | | SELL | 1.050 | | | | 716.28 |
| USD | 11/23/20 | | 7.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL RAD  10/16/20   15 RITE AID CORPORATION | | | | | | |
| USD | 07/02/20 | | 5.0000 | | SELL | 4.750 | | | | 2,358.74 |
| USD | 07/20/20 | | 5.0000 | | BUY | 2.950 | | 1,491.20 DR | | |
| | | OPC | | CALL TD  06/19/20   45 TORONTO DOMINION BANK | | | | | | |
| USD | 06/01/20 | | 10.0000 | | SELL | 0.760 | | | | 737.53 |
| USD | 06/22/20 | | 10.0000 | | BUY | 0.450 | | 472.45 DR | | |

T5008/RL-18. SECURITIES TRANSACTIONS ARE DISCLOSED TO THE CANADA REVENUE AGENCY AND REVENU QUEBEC (RESIDENT OF QUEBEC ONLY) ON A YEARLY BASIS.
THESE TRANSACTIONS ARE TO BE REPORTED ON YOUR ANNUAL RETURN OF INCOME. PLEASE RETAIN FOR INCOME TAX PURPOSES, AS NO OTHER FORM WILL BE ISSUED. RC-19-416

T5008/RL-18 OPÉRATIONS SUR TITRES SONT RÉVÉLÉS À L'AGENCE DE REVENU CANADA ET REVENU QUÉBEC (RÉSIDENT DU QUÉBEC SEULEMENT) SUR UNE BASE ANNUELLE. CES LES TRANSACTIONS DOIVENT ÊTRE DÉCLARÉS SUR VOTRE DÉCLARATION ANNUELLE DE REVENU. S'IL VOUS PLAÎT CONSERVER À DES FINS IMPÔT SUR LE REVENU, COMME AUCUN AUTRE FORMULAIRE NE SERA EMIS. RC-19-416

**Canada Revenue Agency** **Agence du revenu du Canada**

STATEMENT OF SECURITIES TRANSACTIONS
ÉTAT DES OPÉRATIONS SUR TITRES

Investment Advisor:    1 (888) 776-6886    PAGE 4
Conseiller en placement:

Issuer/Négociant:
BMO INVESTORLINE INC.
FIRST CANADIAN PLACE
100 KING ST W B1 FL
TORONTO ONTARIO
M5X 1H3

Account Number:
Numéro de compte:



| Box 13 Foreign Currency | Box 14 Date | Box 15 Type Code of Securities | Box 16 Quantity of Securities | Box 17 Identification of Securities | Type | Price | Box 18 ISIN/CUSIP | Amount DR – Debit CR – Credit | Box 20 Cost or Book Value | Box 21 Proceeds of Disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| Devises étrangères | | Code de genre de titres | Quantité de titres | Désignation des titres | | Prix | Numéro ISIN/Cusip | Montant DR – Débit CR – Crédit | Coût ou valeur comptable | Produits de disposition |
| | | OPC | | CALL NEPT 10/16/20 3 NEPTUNE WELLNESS SOLUTIONS INC | | | | | | |
| USD | 08/26/20 | | 20.0000 | | SELL | 0.350 | | | | 665.03 |
| USD | 10/19/20 | | 20.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL TD 11/20/20 47.50 TORONTO DOMINION BANK | | | | | | |
| USD | 11/06/20 | | 10.0000 | | SELL | 0.300 | | | | 277.54 |
| USD | 11/19/20 | | 10.0000 | | BUY | 4.700 | | 4,722.45 DR | | |
| | | OPC | | CALL TD 10/16/20 55 TORONTO DOMINION BANK | | | | | | |
| USD | 09/09/20 | | 10.0000 | | SELL | 0.055 | | | | 32.53 |
| USD | 10/19/20 | | 10.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL NGD 01/15/21 1.50 NEW GOLD INC | | | | | | |
| USD | 03/09/20 | | 15.0000 | | SELL | 0.100 | | | | 121.29 |
| USD | 11/25/20 | | 40.0000 | | BUY | 0.300 | | 1,235.00 DR | | |
| | | OPC | | CALL RAD 09/25/20 14 RITE AID CORPORATION | | | | | | |
| USD | 09/09/20 | | 7.0000 | | SELL | 0.600 | | | | 401.29 |
| USD | 09/24/20 | | 7.0000 | | BUY | 0.760 | | 550.70 DR | | |
| TOTAL TRANSACTIONS/TOTAL DES TRANSACTIONS USD | | | | | | | | 28,161.88 DR | | 30,079.23 |

T5008/RL-18. SECURITIES TRANSACTIONS ARE DISCLOSED TO THE CANADA REVENUE AGENCY AND REVENU QUEBEC (RESIDENT OF QUEBEC ONLY) ON A YEARLY BASIS. THESE TRANSACTIONS ARE TO BE REPORTED ON YOUR ANNUAL RETURN OF INCOME. PLEASE RETAIN FOR INCOME TAX PURPOSES, AS NO OTHER FORM WILL BE ISSUED. RC-19-416

T5008/RL-18 OPÉRATIONS SUR TITRES SONT RÉVÉLÉS À L'AGENCE DE REVENU CANADA ET REVENU QUÉBEC (RÉSIDENT DU QUÉBEC SEULEMENT) SUR UNE BASE ANNUELLE. CES LES TRANSACTIONS DOIVENT ÊTRE DÉCLARÉS SUR VOTRE DÉCLARATION ANNUELLE DE REVENU. S'IL VOUS PLAIT CONSERVER À DES FINS IMPÔT SUR LE REVENU, COMME AUCUN AUTRE FORMULAIRE NE SERA EMIS. RC-19-416

Member-Canadian Investor Protection Fund
Membre-Fonds canadien de protection des épargnants

IMPORTANT: Please retain for Income Tax Purposes
IMPORTANT: Veuillez conserver pour fins d'impots



00 0000

STATEMENT OF SECURITIES TRANSACTIONS
ÉTAT DES OPÉRATIONS SUR TITRES

Agency
au Canada

**Investment Advisor:**     1 (888) 776-6886    PAGE 1
**Conseiller en placement:**

**Issuer/Négociant:**

BMO INVESTORLINE INC.
FIRST CANADIAN PLACE
100 KING ST W B1 FL
TORONTO ONTARIO
M5X 1H3



| 2021 | | O | 1 | |
|---|---|---|---|---|
| Year/Année | Account Number Numéro de compte | Box 10 Report Code Code du feuillet | Box 11 Recipient Type Type de bénéficiaire | Box 12 Recipient ID I.d. du bénéficiaire |

| Box 13 Foreign Currency Devises étrangères | Box 14 Date Date | Box 15 Type Code of Securities Code de genre de titres | Box 16 Quantity of Securities Quantité de titres | Box 17 Identification of Securities Désignation des titres | Type Type | Price Prix | Box 18 ISIN/CUSIP Number Numéro ISIN/Cusip | Amount DR - Debit CR - Credit Montant DR - Débit CR - Crédit | Box 20 Cost or Book Value Coût ou valeur comptable | Box 21 Proceeds of Disposition Produits de disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| | | SHS | | ARIZONA GOLD CORP COM | | | 04053A105 | | | |
| CAD | 09/10/21 | | 2,800.0000 | | NAME CHNG | | | | | |
| | | SHS | | 48NORTH CANNABIS CORP COM | | | 34978F103 | | | |
| CAD | 05/19/21 | | 10,000.0000 | | BUY | 0.160 | | 1,609.95 DR | | |
| CAD | 06/03/21 | | 500.0000 | | SELL | 0.175 | | | 80.50 | 87.00 |
| CAD | 06/03/21 | | 9,500.0000 | | SELL | 0.190 | | | 1,529.50 | 1,795.55 |
| CAD | 07/09/21 | | 2,500.0000 | | BUY | 0.150 | | 377.49 DR | | |
| CAD | 07/09/21 | | 7,500.0000 | | BUY | 0.155 | | 1,169.96 DR | | |
| | | SHS | | SABRE GOLD MINES CORP COMMON | | | 78573W102 | | | |
| CAD | 09/10/21 | | 2,800.0000 | | NAME CHNG | | | | | |
| | | OPC | | CALL NEPT 02/19/21 2.50 NEPTUNE WELLNESS SOLUTIONS INC | | | | | | |
| CAD | 02/18/21 | | 20.0000 | | SELL | 0.100 | | | | 165.05 |
| CAD | 02/22/21 | | 20.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL NEPT 08/20/21 3 NEPTUNE WELLNESS SOLUTIONS INC | | | | | | |
| CAD | 05/28/21 | | 20.0000 | | SELL | 0.060 | | | | 85.05 |
| CAD | 08/23/21 | | 20.0000 | | EXPIRED | | | | | |
| **TOTAL TRANSACTIONS/TOTAL DES TRANSACTIONS CAD** | | | | | | | | 3,157.40 DR | 1,610.00 | 2,132.65 |
| | | SHS | | BANK OF MONTREAL | | | 063671101 | | | |
| USD | 01/22/21 | | ▮0.0000 | | BUY | 78.680 | | ▮.95 DR | | |
| USD | 04/30/21 | | ▮0.0000 | | SELL | 75.000 | | | ▮3.95 | ▮.99 |
| USD | 05/03/21 | | ▮0.0000 | | BUY | 95.425 | | ▮7.45 DR | | |
| | | SHS | | HEXO CORP COM NEW | | | 428304307 | | | |
| USD | 01/20/21 | | 3,000.0000 | | SELL | 6.000 | | | | 17,810.60 |

T5008 SECURITIES TRANSACTIONS ARE DISCLOSED TO THE CANADA REVENUE AGENCY ON A YEARLY BASIS.
THESE TRANSACTIONS ARE TO BE REPORTED ON YOUR ANNUAL RETURN OF INCOME. PLEASE RETAIN FOR INCOME TAX PURPOSES, AS NO OTHER FORM WILL BE ISSUED. RC-21-416

T5008 OPÉRATIONS SUR TITRES SONT RÉVÉLÉS À L'AGENCE DE REVENU CANADA SUR UNE BASE ANNUELLE. CES LES TRANSACTIONS DOIVENT ÊTRE DÉCLARÉS SUR VOTRE DÉCLARATION ANNUELLE DE REVENU. S'IL VOUS PLAÎT CONSERVER À DES FINS IMPÔT SUR LE REVENU, COMME AUCUN AUTRE FORMULAIRE NE SERA EMIS. RC-21-416

Member of the Canadian Investor Protection Fund
membre de Fonds canadien de protection des épargnants

IMPORTANT: Please retain for Income Tax Purposes
IMPORTANT: Veuillez conserver pour fins d'impots



Canada Revenue Agency / Agence du revenu du Canada

| Investment Advisor: Conseiller en placement: | 1 (888) 776-6886 | PAGE 2 |
|---|---|---|

Issuer/Négociant:
BMO INVESTORLINE INC.
FIRST CANADIAN PLACE
100 KING ST W B1 FL
TORONTO ONTARIO
M5X 1H3

Account Number:
Numéro de compte: ▇▇▇▇▇

| Box 13 Foreign Currency | Box 14 Date | Box 15 Type Code of Securities | Box 16 Quantity of Securities | Box 17 Identification of Securities | Type | Price | Box 18 ISIN/CUSIP | Amount DR - Debit CR - Credit | Box 20 Cost or Book Value | Box 21 Proceeds of Disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| Devises étrangères | | Code de genre de titres | Quantité de titres | Désignation des titres | | Prix | Numéro ISIN/Cusip | Montant DR - Débit CR - Crédit | Coût ou valeur comptable | Produits de disposition |
| | | SHS | | HECLA MINING COMPANY | | | 422704106 | | | |
| USD | 01/21/21 | | 1,000.0000 | | BUY | 5.337 | | 5,346.79 DR | | |
| USD | 02/17/21 | | 1,000.0000 | | SELL | 6.000 | | | 5,346.79 | 5,915.32 |
| | | SHS | | NEPTUNE WELLNESS SOLUTIONS ORDINARY SHARES | | | 64079L105 | | | |
| USD | 02/19/21 | | 2,000.0000 | | BUY | 1.839 | | 3,687.15 DR | | |
| | | SHS | | RITE AID CORPORATION COMMON STOCK | | | 767754872 | | | |
| USD | 01/28/21 | | 300.0000 | | BUY | 22.500 | | 6,759.95 DR | | |
| | | SHS | | ROYAL BANK OF CANADA | | | 780087102 | | | |
| USD | 01/20/21 | | ▇▇0.0000 | | BUY | 84.580 | | ▇▇.95 DR | | |
| USD | 01/20/21 | | ▇▇.0000 | | SELL | 85.130 | | | ▇▇95 | ▇▇.73 |
| USD | 01/21/21 | | ▇▇0.0000 | | BUY | 84.908 | | ▇▇.20 DR | | |
| USD | 01/22/21 | | ▇▇.0000 | | SELL | 85.280 | | | ▇▇.20 | ▇▇54 |
| | | SHS | | SUNDIAL GROWERS INC COM | | | 86730L109 | | | |
| USD | 02/10/21 | | 3,000.0000 | | BUY | 1.139 | | 3,426.65 DR | | |
| USD | 02/19/21 | | 1,500.0000 | | BUY | 1.809 | | 2,723.30 DR | | |
| USD | 05/06/21 | | 1,500.0000 | | BUY | 0.783 | | 1,184.20 DR | | |
| USD | 08/03/21 | | 2,000.0000 | | BUY | 0.830 | | 1,670.55 DR | | |
| USD | 10/21/21 | | 800.0000 | | BUY | 0.697 | | 567.87 DR | | |
| | | SHS | | TORONTO-DOMINION BANK | | | 891160509 | | | |
| USD | 01/08/21 | | ▇▇.0000 | | SELL | 50.000 | | | | ▇▇79 |
| | | OPC | | CALL SNDL 07/16/21 1 SUNDIAL GROWERS INC | | | | | | |
| USD | 03/30/21 | | 15.0000 | | BUY | 0.450 | | 703.70 DR | | |
| USD | 07/19/21 | | 15.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL SNDL 07/16/21 2 SUNDIAL GROWERS INC | | | | | | |
| USD | 02/18/21 | | 15.0000 | | SELL | 0.830 | | | | 1,216.26 |
| USD | 07/19/21 | | 15.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL RAD 01/15/21 18 RITE AID CORPORATION | | | | | | |
| USD | 01/19/21 | | 7.0000 | | BUY | 0.650 | | 473.70 DR | | |
| | | OPC | | CALL SNDL 07/02/21 1.50 SUNDIAL GROWERS INC | | | | | | |
| USD | 06/18/21 | | 45.0000 | | SELL | 0.030 | | | | 99.99 |
| USD | 07/05/21 | | 45.0000 | | EXPIRED | | | | | |

T5008 SECURITIES TRANSACTIONS ARE DISCLOSED TO THE CANADA REVENUE AGENCY ON A YEARLY BASIS.
THESE TRANSACTIONS ARE TO BE REPORTED ON YOUR ANNUAL RETURN OF INCOME. PLEASE RETAIN FOR INCOME TAX PURPOSES, AS NO OTHER FORM WILL BE ISSUED. RC-21-416

T5008 OPÉRATIONS SUR TITRES SONT RÉVÉLÉS À L'AGENCE DE REVENU CANADA SUR UNE BASE ANNUELLE. CES LES TRANSACTIONS DOIVENT ÊTRE DÉCLARÉS SUR VOTRE DÉCLARATION ANNUELLE DE REVENU. S'IL VOUS PLAÎT CONSERVER À DES FINS IMPÔT SUR LE REVENU, COMME AUCUN AUTRE FORMULAIRE NE SERA ÉMIS. RC-21-416

Member of the Canadian Investor Protection Fund
membre de Fonds canadien de protection des épargnants

IMPORTANT: Please retain for Income Tax Purposes
IMPORTANT: Veuillez conserver pour fins d'impots



Canada Revenue
Agency
Agence du revenu
du Canada

T5008
**STATEMENT OF SECURITIES TRANSACTIONS**
**ÉTAT DES OPÉRATIONS SUR TITRES**

Investment Advisor:        1 (888) 776-6886    PAGE 3
Conseiller en placement:

Issuer/Négociant:
BMO INVESTORLINE INC.
FIRST CANADIAN PLACE
100 KING ST W B1 FL
TORONTO ONTARIO
M5X 1H3

Account Number:
Numéro de compte:

| Box 13 Foreign Currency / Devises étrangères | Box 14 Date | Box 15 Type Code of Securities / Code de genre de titres | Box 16 Quantity of Securities / Quantité de titres | Box 17 Identification of Securities / Désignation des titres | Type | Price / Prix | Box 18 ISIN/CUSIP / Numéro ISIN/Cusip | Amount DR - Debit CR - Credit / Montant DR - Débit CR - Crédit | Box 20 Cost or Book Value / Coût ou valeur comptable | Box 21 Proceeds of Disposition / Produits de disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| | | OPC | | CALL BMO  12/17/21  90 BANK OF MONTREAL | | | | | | |
| USD | 05/28/21 | | 7.0000 | | SELL | 15.300 | | | | 10,691.24 |
| USD | 09/21/21 | | 7.0000 | | BUY | 8.800 | | 6,178.70 DR | | |
| | | OPC | | CALL NEPT. 08/20/21  3 NEPTUNE WELLNESS SOLUTIONS INC | | | | | | |
| USD | 03/25/21 | | 20.0000 | | SELL | 0.200 | | | | 365.04 |
| USD | 08/23/21 | | 20.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL RAD  02/19/21  20 RITE AID CORPORATION | | | | | | |
| USD | 01/19/21 | | 7.0000 | | SELL | 1.050 | | | | 716.28 |
| USD | 01/27/21 | | 3.0000 | | SELL | 3.200 | | | | 946.27 |
| USD | 02/09/21 | | 10.0000 | | BUY | 4.100 | | 4,122.45 DR | | |
| | | OPC | | CALL BMO  09/17/21  75 BANK OF MONTREAL | | | | | | |
| USD | 02/25/21 | | 8.0000 | | SELL | 12.300 | | | | 9,819.99 |
| | | OPC | | CALL BMO  09/17/21  90 BANK OF MONTREAL | | | | | | |
| USD | 04/30/21 | | 7.0000 | | SELL | 6.800 | | | | 4,741.27 |
| USD | 05/28/21 | | 7.0000 | | BUY | 15.000 | | 10,518.70 DR | | |
| | | OPC | | CALL RAD  01/21/22  27 RITE AID CORPORATION | | | | | | |
| USD | 03/26/21 | | 10.0000 | | SELL | 2.900 | | | | 2,877.53 |
| | | OPC | | CALL SNDL  10/15/21  1.50 SUNDIAL GROWERS INC | | | | | | |
| USD | 08/24/21 | | 80.0000 | | SELL | 0.023 | | | | 151.98 |
| USD | 10/18/21 | | 80.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL BMO  06/18/21  75 BANK OF MONTREAL | | | | | | |
| USD | 01/25/21 | | 8.0000 | | SELL | 4.400 | | | | 3,499.97 |
| USD | 02/25/21 | | 8.0000 | | BUY | 11.980 | | 9,603.95 DR | | |
| | | OPC | | CALL NEPT. 05/21/21  4 NEPTUNE WELLNESS SOLUTIONS INC | | | | | | |
| USD | 05/25/21 | | 20.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL NEPT. 03/19/21  2 NEPTUNE WELLNESS SOLUTIONS INC | | | | | | |
| USD | 02/24/21 | | 20.0000 | | SELL | 0.180 | | | | 325.04 |
| USD | 03/22/21 | | 20.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL SNDL  08/20/21  1 SUNDIAL GROWERS INC | | | | | | |
| USD | 08/02/21 | | 80.0000 | | SELL | 0.050 | | | | 364.99 |
| USD | 08/23/21 | | 80.0000 | | EXPIRED | | | | | |

T5008 SECURITIES TRANSACTIONS ARE DISCLOSED TO THE CANADA REVENUE AGENCY ON A YEARLY BASIS.
THESE TRANSACTIONS ARE TO BE REPORTED ON YOUR ANNUAL RETURN OF INCOME. PLEASE RETAIN FOR INCOME TAX PURPOSES, AS NO OTHER FORM WILL BE ISSUED. RC-21-416

T5008 OPÉRATIONS SUR TITRES SONT RÉVÉLÉS À L'AGENCE DE REVENU CANADA SUR UNE BASE ANNUELLE. CES LES TRANSACTIONS DOIVENT ÊTRE DÉCLARÉS SUR VOTRE DÉCLARATION ANNUELLE DE REVENU. S'IL VOUS PLAÎT CONSERVER À DES FINS IMPÔT SUR LE REVENU, COMME AUCUN AUTRE FORMULAIRE NE SERA EMIS. RC-21-416

Member of the Canadian Investor Protection Fund
membre de Fonds canadien de protection des épargnants

IMPORTANT: Please retain for Income Tax Purposes
IMPORTANT: Veuillez conserver pour fins d'impots



Canada Revenue Agence du revenu
Agency          du Canada

T5008
STATEMENT OF SECURITIES TRANSACTIONS
ÉTAT DES OPÉRATIONS SUR TITRES

**Investment Advisor:**          1 (888) 776-6886     PAGE 4
**Conseiller en placement:**

**Issuer/Négociant:**
BMO INVESTORLINE INC.
FIRST CANADIAN PLACE
100 KING ST W B1 FL
TORONTO ONTARIO
M5X 1H3

**Account Number:**
**Numéro de compte:**

| Box 13 Foreign Currency | Box 14 Date | Box 15 Type Code of Securities | Box 16 Quantity of Securities | Box 17 Identification of Securities | Type | Price | Box 18 ISIN/CUSIP Amount DR - Debit CR - Credit | Box 20 Cost or Book Value | Box 21 Proceeds of Disposition |
|---|---|---|---|---|---|---|---|---|---|
| Devises étrangères | | Code de genre de titres | Quantité de titres | Désignation des titres | | Prix | Numéro ISIN/Cusip Montant DR - Débit CR - Crédit | Coût ou valeur comptable | Produits de disposition |
| | | OPC | | CALL SNDL 03/19/21 1.50 SUNDIAL GROWERS INC | | | | | |
| USD | 03/16/21 | | 15.0000 | | SELL | 0.200 | | | 271.29 |
| USD | 03/18/21 | | 15.0000 | | BUY | 0.134 | 229.70 DR | | |
| | | OPC | | CALL SNDL 04/16/21 4 SUNDIAL GROWERS INC | | | | | |
| USD | 02/11/21 | | 30.0000 | | SELL | 1.550 | | | 4,602.44 |
| USD | 02/18/21 | | 30.0000 | | BUY | 0.400 | 1,235.00 DR | | |
| | | OPC | | CALL SNDL 03/05/21 1.50 SUNDIAL GROWERS INC | | | | | |
| USD | 02/09/21 | | 30.0000 | | SELL | 0.200 | | | 564.98 |
| USD | 02/11/21 | | 30.0000 | | BUY | 1.800 | 5,447.45 DR | | |
| | | OPC | | CALL SNDL 03/05/21 2 SUNDIAL GROWERS INC | | | | | |
| USD | 02/18/21 | | 15.0000 | | SELL | 0.350 | | | 496.28 |
| USD | 03/08/21 | | 15.0000 | | EXPIRED | | | | |
| | | OPC | | CALL SNDL 06/04/21 1.50 SUNDIAL GROWERS INC | | | | | |
| USD | 05/05/21 | | 45.0000 | | SELL | 0.030 | | | 99.99 |
| USD | 06/07/21 | | 45.0000 | | EXPIRED | | | | |
| | | OPC | | CALL NEPT 01/20/23 5 NEPTUNE WELLNESS SOLUTIONS INC | | | | | |
| USD | 08/24/21 | | 40.0000 | | SELL | 0.050 | | | 164.99 |
| | | OPC | | CALL HL 02/12/21 6 HECLA MINING CO | | | | | |
| USD | 01/20/21 | | 10.0000 | | SELL | 0.160 | | | 137.54 |
| | | OPC | | CALL RAD 07/16/21 27 RITE AID CORPORATION | | | | | |
| USD | 02/09/21 | | 10.0000 | | SELL | 4.450 | | | 4,427.45 |
| USD | 03/26/21 | | 10.0000 | | BUY | 1.200 | 1,222.45 DR | | |
| | | OPC | | CALL SNDL 03/12/21 1.50 SUNDIAL GROWERS INC | | | | | |
| USD | 03/02/21 | | 15.0000 | | SELL | 0.150 | | | 196.29 |
| USD | 03/15/21 | | 15.0000 | | EXPIRED | | | | |
| | | OPC | | CALL SNDL 02/26/21 2 SUNDIAL GROWERS INC | | | | | |
| USD | 02/18/21 | | 15.0000 | | SELL | 0.250 | | | 346.29 |
| USD | 03/01/21 | | 15.0000 | | EXPIRED | | | | |
| | | OPC | | CALL SNDL 01/21/22 1.50 SUNDIAL GROWERS INC | | | | | |
| USD | 10/20/21 | | 88.0000 | | SELL | 0.048 | | | 385.98 |

T5008 SECURITIES TRANSACTIONS ARE DISCLOSED TO THE CANADA REVENUE AGENCY ON A YEARLY BASIS.
THESE TRANSACTIONS ARE TO BE REPORTED ON YOUR ANNUAL RETURN OF INCOME. PLEASE RETAIN FOR INCOME TAX PURPOSES, AS NO OTHER FORM WILL BE ISSUED. RC-21-416

T5008 OPÉRATIONS SUR TITRES SONT RÉVÉLÉS À L'AGENCE DE REVENU CANADA SUR UNE BASE ANNUELLE. CES LES TRANSACTIONS DOIVENT ÊTRE DÉCLARÉS SUR VOTRE DÉCLARATION ANNUELLE DE REVENU. S'IL VOUS PLAÎT CONSERVER À DES FINS IMPÔT SUR LE REVENU, COMME AUCUN AUTRE FORMULAIRE NE SERA EMIS. RC-21-416

Member of the Canadian Investor Protection Fund
membre de Fonds canadien de protection des épargnants

IMPORTANT: Please retain for Income Tax Purposes
IMPORTANT: Veuillez conserver pour fins d'impots


Canada Revenue  Agence du revenu
Agency          du Canada

STATEMENT OF SECURITIES TRANSACTIONS
ÉTAT DES OPÉRATIONS SUR TITRES

**Investment Advisor:**          1 (888) 776-6886    PAGE 5
**Conseiller en placement:**

**Issuer/Négociant:**

BMO INVESTORLINE INC.
FIRST CANADIAN PLACE
100 KING ST W B1 FL
TORONTO ONTARIO
M5X 1H3

**Account Number:**
**Numéro de compte:**

| Box 13 Foreign Currency / Devises étrangères | Box 14 Date | Box 15 Type Code of Securities / Code de genre de titres | Box 16 Quantity of Securities / Quantité de titres | Box 17 Identification of Securities / Désignation des titres | Type | Price / Prix | Box 18 ISIN/CUSIP / Numéro ISIN/Cusip | Amount DR - Debit CR - Credit / Montant DR - Débit CR - Crédit | Box 20 Cost or Book Value / Coût ou valeur comptable | Box 21 Proceeds of Disposition / Produits de disposition |
|---|---|---|---|---|---|---|---|---|---|---|
| | | OPC | | CALL SNDL 07/16/21 4.50 SUNDIAL GROWERS INC | | | | | | |
| USD | 03/18/21 | | 15.0000 | | SELL | 0.260 | | | | 361.29 |
| USD | 07/19/21 | | 15.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL SNDL 03/26/21 1.50 SUNDIAL GROWERS INC | | | | | | |
| USD | 03/09/21 | | 15.0000 | | SELL | 0.140 | | | | 181.29 |
| USD | 03/29/21 | | 15.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL SNDL 04/30/21 1.50 SUNDIAL GROWERS INC | | | | | | |
| USD | 03/30/21 | | 30.0000 | | SELL | 0.100 | | | | 264.99 |
| USD | 05/03/21 | | 30.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL SNDL 07/23/21 1 SUNDIAL GROWERS INC | | | | | | |
| USD | 07/08/21 | | 45.0000 | | SELL | 0.050 | | | | 189.99 |
| USD | 07/26/21 | | 45.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL SNDL 06/11/21 1.50 SUNDIAL GROWERS INC | | | | | | |
| USD | 06/08/21 | | 45.0000 | | SELL | 0.090 | | | | 369.99 |
| USD | 06/14/21 | | 45.0000 | | EXPIRED | | | | | |
| | | OPC | | CALL BMO 01/20/23 95 BANK OF MONTREAL | | | | | | |
| USD | 09/21/21 | | 7.0000 | | SELL | 8.117 | | | | 5,663.26 |
| TOTAL TRANSACTIONS/TOTAL DES TRANSACTIONS USD | | | | | | | | ▇▇▇▇DR | ▇▇▇▇ | ▇▇▇▇ |

T5008 SECURITIES TRANSACTIONS ARE DISCLOSED TO THE CANADA REVENUE AGENCY ON A YEARLY BASIS.
THESE TRANSACTIONS ARE TO BE REPORTED ON YOUR ANNUAL RETURN OF INCOME. PLEASE RETAIN FOR INCOME TAX PURPOSES, AS NO OTHER FORM WILL BE ISSUED. RC-21-416

T5008 OPÉRATIONS SUR TITRES SONT RÉVÉLÉS À L'AGENCE DE REVENU CANADA SUR UNE BASE ANNUELLE. CES LES TRANSACTIONS DOIVENT ÊTRE DÉCLARÉS SUR VOTRE DÉCLARATION ANNUELLE DE REVENU. S'IL VOUS PLAÎT CONSERVER À DES FINS IMPÔT SUR LE REVENU, COMME AUCUN AUTRE FORMULAIRE NE SERA EMIS. RC-21-416

Member of the Canadian Investor Protection Fund
membre de Fonds canadien de protection des épargnants

IMPORTANT: Please retain for Income Tax Purposes
IMPORTANT: Veuillez conserver pour fins d'impots

Air Mail   Par avion

43-074-038 (02-12)

CANADA POST POST
102607
2023 -05- 2 9
DON VALLEY VILLAGE RPO
NORTH YORK, ON
M2J 5B0
CANADA

Settlement Administrator

Gong v. Neptune Wellness Solutions Inc., et al.

c/o A.B. Data, Ltd.

Exclusions

P. O. Box # 173001

Milwaukee, WI 53217

U.S.A.

