**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARVIN GONG, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>NEPTUNE WELLNESS SOLUTIONS INC., MICHAEL CAMMARATA, TONI RINOW, AND MARTIN LANDRY,<br><br>Defendants. | Case No. 2:21-cv-01386-ENV-AKT |

## DECLARATION OF PETER A. STOKES

In accordance with the Federal Rules of Civil Procedure, I, Peter A. Stokes, do hereby declare as follows. My name is Peter Andrew Stokes. I am an attorney licensed to practice law in the State of Texas. I am an attorney at the law firm of Norton Rose Fulbright US LLP, attorneys of record for Defendants Neptune Wellness Solutions Inc. ("Neptune"), Michael Cammarata, Toni Rinow, and Martin Landry in the above-captioned suit. The facts contained herein are true and correct based on my personal knowledge and investigation.

1.      Exhibit 1 to this declaration is a true and correct copy of Neptune's Form 10-K for the fiscal year ended March 31, 2023, which has a filing date of July 17, 2023, and which I obtained today from the SEC's public website.

2.      Exhibit 2 to this declaration is a true and correct copy of a stock price chart obtained from Yahoo! Finance, which shows Neptune's stock price during the time period from May 9, 2023 to July 14, 2023, and which reflects an after-hours price of $0.1585 per share as of 7:54 pm EDT on July 17, 2023.

3.      Exhibit 3 to this declaration is a true and correct copy of a press release published by Neptune, *Neptune Wellness Solutions Inc. Announces Pricing of US$4 Million Public Offering*, dated May 11, 2023.

4.      Exhibit 4 to this declaration is a true and correct copy of a  Form 13D amendment filed on behalf of Shohaib Kassam Sumar on June 1, 2023, which I obtained from the SEC's public webpage.

5.      Exhibit 5 to this declaration is a true and correct copy of a Form 10-Q filed by Neptune on March 30, 2023, which I obtained from the SEC's public webpage.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this *17th* day of July, 2023, in Wilmington, Delaware

/s/ Peter A. Stokes

Peter A. Stokes