

**Neptune Wellness Solutions Inc. (NEPT)**
NasdaqCM - NasdaqCM Real Time Price. Currency in USD

Follow    Visitors trend  2W →   10W ↑   9M ↑        Quote Lookup

**0.1495**  -0.0065  (-4.17%)    **0.1585**  +0.01 (+6.02%)
At close: 04:00PM EDT              After hours: 07:54PM EDT

Summary    Company Insights ⓨ⁺    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability

THE 2023 RX HYBRID    EXTERIOR  INTERIOR    ❯    Matador Red Mica    *Important info    BUILD YOURS

Time Period: May 08, 2023 - Jul 16, 2023 ⌄        Show: Historical Prices ⌄        Frequency: Daily ⌄

Apply

Currency in USD                                    ↓ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jul 14, 2023 | 0.1600 | 0.1600 | 0.1500 | 0.1600 | 0.1600 | 246,500 |
| Jul 13, 2023 | 0.1600 | 0.1600 | 0.1600 | 0.1600 | 0.1600 | 226,300 |
| Jul 12, 2023 | 0.1600 | 0.1600 | 0.1600 | 0.1600 | 0.1600 | 206,600 |
| Jul 11, 2023 | 0.1600 | 0.1600 | 0.1600 | 0.1600 | 0.1600 | 210,100 |
| Jul 10, 2023 | 0.1500 | 0.1600 | 0.1500 | 0.1600 | 0.1600 | 474,200 |
| Jul 07, 2023 | 0.1600 | 0.1600 | 0.1500 | 0.1600 | 0.1600 | 341,700 |
| Jul 06, 2023 | 0.1600 | 0.1600 | 0.1500 | 0.1600 | 0.1600 | 356,600 |
| Jul 05, 2023 | 0.1500 | 0.1600 | 0.1500 | 0.1600 | 0.1600 | 1,459,700 |
| Jul 03, 2023 | 0.1400 | 0.1500 | 0.1400 | 0.1500 | 0.1500 | 215,600 |
| Jun 30, 2023 | 0.1500 | 0.1500 | 0.1400 | 0.1500 | 0.1500 | 275,000 |
| Jun 29, 2023 | 0.1500 | 0.1500 | 0.1300 | 0.1500 | 0.1500 | 328,900 |
| Jun 28, 2023 | 0.1600 | 0.1600 | 0.1300 | 0.1500 | 0.1500 | 4,044,900 |
| Jun 27, 2023 | 0.1600 | 0.1600 | 0.1500 | 0.1600 | 0.1600 | 377,900 |
| Jun 26, 2023 | 0.1700 | 0.1700 | 0.1400 | 0.1600 | 0.1600 | 676,200 |
| Jun 23, 2023 | 0.1700 | 0.1700 | 0.1600 | 0.1700 | 0.1700 | 273,800 |
| Jun 22, 2023 | 0.1600 | 0.1900 | 0.1500 | 0.1600 | 0.1600 | 1,040,800 |
| Jun 21, 2023 | 0.1700 | 0.1700 | 0.1600 | 0.1600 | 0.1600 | 332,300 |
| Jun 20, 2023 | 0.1900 | 0.1900 | 0.1600 | 0.1700 | 0.1700 | 348,500 |
| Jun 16, 2023 | 0.1800 | 0.2100 | 0.1700 | 0.1800 | 0.1800 | 815,000 |
| Jun 15, 2023 | 0.1600 | 0.1800 | 0.1600 | 0.1800 | 0.1800 | 189,100 |



yahoo!finance
**NEW: EXPERIENCE OUR BEST CHARTS YET.**
Explore new charts

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|

Finance Home    Watchlists    My Portfolio    Markets    News    Videos    Yahoo Finance Plus ⓨ⁺    Screeners    •••

| CVSI | 0.0465 | -0.0035 | -7.00% |

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Jun 14, 2023 | 0.1700 | 0.1800 | 0.1600 | 0.1800 | 0.1800 | 223,700 |
| Jun 13, 2023 | 0.1800 | 0.1900 | 0.1800 | 0.1800 | 0.1800 | 106,100 |
| Jun 12, 2023 | 0.1900 | 0.1900 | 0.1800 | 0.1800 | 0.1800 | 112,800 |
| Jun 09, 2023 | 0.1800 | 0.1900 | 0.1700 | 0.1800 | 0.1800 | 216,600 |
| Jun 08, 2023 | 0.1900 | 0.1900 | 0.1800 | 0.1800 | 0.1800 | 262,600 |
| Jun 07, 2023 | 0.1900 | 0.1900 | 0.1800 | 0.1900 | 0.1900 | 300,600 |
| Jun 06, 2023 | 0.1900 | 0.1900 | 0.1700 | 0.1800 | 0.1800 | 333,500 |
| Jun 05, 2023 | 0.1900 | 0.1900 | 0.1800 | 0.1900 | 0.1900 | 457,900 |
| Jun 02, 2023 | 0.1900 | 0.1900 | 0.1700 | 0.1900 | 0.1900 | 312,300 |
| Jun 01, 2023 | 0.1900 | 0.1900 | 0.1700 | 0.1800 | 0.1800 | 422,000 |
| May 31, 2023 | 0.1600 | 0.1800 | 0.1600 | 0.1700 | 0.1700 | 807,800 |
| May 30, 2023 | 0.1800 | 0.2000 | 0.1700 | 0.1900 | 0.1900 | 383,000 |
| May 26, 2023 | 0.1900 | 0.1900 | 0.1700 | 0.1800 | 0.1800 | 543,300 |
| May 25, 2023 | 0.2000 | 0.2100 | 0.1100 | 0.1800 | 0.1800 | 829,800 |
| May 24, 2023 | 0.2100 | 0.2100 | 0.2000 | 0.2000 | 0.2000 | 333,100 |
| May 23, 2023 | 0.2300 | 0.2300 | 0.2000 | 0.2100 | 0.2100 | 1,096,000 |
| May 22, 2023 | 0.2300 | 0.2300 | 0.2200 | 0.2300 | 0.2300 | 782,400 |
| May 19, 2023 | 0.2300 | 0.2300 | 0.2200 | 0.2300 | 0.2300 | 730,100 |
| May 18, 2023 | 0.2200 | 0.2300 | 0.2200 | 0.2300 | 0.2300 | 1,069,700 |
| May 17, 2023 | 0.2200 | 0.2300 | 0.2100 | 0.2200 | 0.2200 | 429,600 |
| May 16, 2023 | 0.2400 | 0.2400 | 0.2100 | 0.2200 | 0.2200 | 1,027,700 |
| May 15, 2023 | 0.2300 | 0.2400 | 0.2100 | 0.2200 | 0.2200 | 1,067,200 |
| May 12, 2023 | 0.2400 | 0.2400 | 0.2100 | 0.2200 | 0.2200 | 1,348,900 |
| May 11, 2023 | 0.2500 | 0.2500 | 0.2200 | 0.2200 | 0.2200 | 6,303,900 |
| May 10, 2023 | 0.5200 | 0.5200 | 0.4000 | 0.4100 | 0.4100 | 639,300 |
| May 09, 2023 | 0.6200 | 0.6400 | 0.5300 | 0.5400 | 0.5400 | 136,400 |

*Close price adjusted for splits.    **Adjusted close price adjusted for splits and dividend and/or capital gain distributions.

CV Sciences, Inc.

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **IGC** IGC Pharma, Inc. | 0.3530 | -0.0128 | -3.49% |
| **ACST** Acasti Pharma Inc. | 2.6500 | +0.1400 | +5.58% |
| **CRBP** Corbus Pharmaceuticals Holdings, Inc. | 7.77 | +0.10 | +1.30% |

### Similar to NEPT

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **CVSI** CV Sciences, Inc. | 0.0465 | -0.0035 | -7.00% |
| **ZYNE** Zynerba Pharmaceuticals, Inc. | 0.3500 | +0.0099 | +2.91% |
| **CPHI** China Pharma Holdings, Inc. | 0.3427 | -0.0143 | -4.01% |
| **LOWL.CN** Lowell Farms Inc. | 0.0400 | 0.0000 | 0.00% |
| **CLVR** Clever Leaves Holdings Inc. | 0.2300 | +0.0097 | +4.40% |



Data Disclaimer  Help  Suggestions
Terms and Privacy Policy
Privacy Dashboard
About Our Ads  Sitemap

© 2023 Yahoo. All rights reserved.