# UNITED STATES SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-Q

**(Mark One)**

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended December 31, 2022**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934 FOR THE TRANSITION PERIOD FROM          TO**

**Commission File Number** 001-33526

# NEPTUNE WELLNESS SOLUTIONS INC.

**(Exact name of Registrant as specified in its Charter)**

| **Québec** | **Not Applicable** |
|---|---|
| **(State or other jurisdiction of in Company or organization)** | **(I.R.S. Employer Identification No.)** |
| **545 Promenade du Centropolis, Suite 100** | |
| **Laval, Québec Canada** | **H7T 0A3** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code: (450) 687-2262**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common shares, no par value | NEPT | Nasdaq Capital Market |

Indicate by check mark whether the Registrant: (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☐ No ☒

Indicate by check mark whether the Registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the Registrant was required to submit such files).  Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☐ | Accelerated filer | ☐ |
|---|---|---|---|
| Non-accelerated filer | ☒ | Smaller reporting company | ☒ |
| Emerging growth company | ☐ | | |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☐

Indicate by check mark whether the Registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐ No ☒

The aggregate market value of the voting and non-voting common equity held by non-affiliates of the Registrant, based on the closing price of the shares of common stock on The NASDAQ Stock Market on March 29, 2023, was $5,998,170.

The number of shares of Registrant's Common Stock outstanding as of March 29, 2023 was 11,996,340.

## DISCLOSURE REGARDING FORWARD-LOOKING STATEMENTS

This Quarterly Report on Form 10-Q ("Quarterly Report" or "Form 10-Q") contains statements that are, or may be considered to be, "forward-looking statements." Forward-looking statements are neither historical facts nor assurances of future performance. Instead, they are based on current beliefs, expectations or assumptions regarding the future of the business, future plans and strategies, operational results and other future conditions. All statements other than statements of historical fact included in this Form 10-Q regarding the prospects of Neptune Wellness Solutions Inc. ("Neptune", the "Company", "we", "us", or "our") the industry or its prospects, plans, financial position or business strategy may constitute forward-looking statements. In addition, forward-looking statements generally can be identified by the use of forward-looking words such as "plans," "expects" or "does not expect," "is expected," "look forward to," "budget," "scheduled," "estimates," "forecasts," "will continue," "intends," "the intent of," "have the potential," "anticipates," "does not anticipate," "believes," "should," "should not," or variations of such words and phrases that indicate that certain actions, events or results "may," "could," "would," "might," or "will," "be taken," "occur," or "be achieved," or the negative of these terms or variations of them or similar terms. Furthermore, forward-looking statements may be included in various filings that the Company makes with the Securities and Exchange Commission (the "SEC") or press releases or oral statements made by or with the approval of one of the Company's authorized executive officers. Although the Company believes that the expectations reflected in these forward-looking statements are reasonable, it cannot assure you that these expectations will prove to be correct. These forward-looking statements are subject to certain known and unknown risks and uncertainties, as well as assumptions that could cause actual results to differ materially from those reflected in these forward-looking statements.

By their very nature, forward-looking statements involve inherent risks and uncertainties, both general and specific, and risks exist that predictions, forecasts, projections and other forward-looking statements will not be achieved. The Company cautions readers not to place undue reliance on these statements as a number of important factors could cause the actual results to differ materially from the beliefs, plans, objectives, expectations, anticipations, estimates and intentions expressed in such forward-looking statements. Risks, uncertainties and other factors which may cause the actual results, performance or achievements of the Company, as applicable, to be materially different from any future results, performance or achievements expressed or implied by such forward-looking information and statements include, but are not limited to the risks described in Item 1A-"Risk Factors" of Part II this Form 10-Q.

Readers are cautioned not to place undue reliance on any forward-looking statements contained in this Form 10-Q, which reflect management's opinions only as of the date hereof. Except as required by law, the Company undertakes no obligation to revise or publicly release the results of any revision to any forward-looking statements. You are advised, however, to consult any additional disclosures the Company makes in its reports to the SEC. All subsequent written and oral forward-looking statements attributable to the Company or persons acting on its behalf are expressly qualified in their entirety by the cautionary statements contained in this Form 10-Q.

**Risks Factors Summary**

Set forth below is summary of some of the principal risks the Company faces:

- our ability to successfully manage our liquidity and expenses, and continue as a going concern;
- our ability to manage our supply chain effectively;
- our ability to succeed at implementing cost cutting initiatives;
- our ability to maintain customer relationships and demand for our products;
- the impact of current and future substantial litigation, investigations and proceedings;
- the overall business and economic conditions;
- the potential financial opportunity of our addressable markets;
- the competitive environment;
- the protection of our current and future intellectual property rights;
- our ability to recruit and retain the services of our key personnel;
- our ability to develop commercially viable products;
- our ability to pursue new business opportunities;
- our ability to obtain financing on reasonable terms or at all;
- our ability to integrate our acquisitions and generate synergies; and
- the impact of new laws and regulations in Canada, the United States or any other jurisdiction in which we currently do or intend to do business.

2

**TABLE OF CONTENTS**

|  |  | Page |
|---|---|---|
| **PART I.** | **FINANCIAL INFORMATION** | 4 |
| Item 1. | Financial Statements (Unaudited) | 4 |
| Item 2. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 36 |
| Item 3. | Quantitative and Qualitative Disclosures About Market Risk | 62 |
| Item 4. | Controls and Procedures | 63 |
| **PART II.** | **OTHER INFORMATION** | 65 |
| Item 1. | Legal Proceedings | 65 |
| Item 1A. | Risk Factors | 66 |
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 68 |
| Item 3. | Defaults Upon Senior Securities | 68 |
| Item 4. | Mine Safety Disclosures | 68 |
| Item 5. | Other Information | 68 |
| Item 6. | Exhibits | 69 |
| **SIGNATURES** | | 70 |

In this Quarterly Report on Form 10-Q, all dollar amounts are in United States Dollars unless otherwise indicated.

**PART I - FINANCIAL INFORMATION**

**ITEM 1. FINANCIAL STATEMENTS.**

Condensed Consolidated Interim Financial Statements of
(Unaudited)

# NEPTUNE WELLNESS SOLUTIONS INC.

For the three and nine-month periods ended December 31, 2022 and 2021

4

# NEPTUNE WELLNESS SOLUTIONS INC.

Condensed Consolidated Interim Financial Statements
(Unaudited)
For the three and nine-month periods ended December 31, 2022 and 2021

Financial Statements

| | |
|---|---|
| Condensed Consolidated Interim Balance Sheets | 6 |
| Condensed Consolidated Interim Statements of Loss and Comprehensive Loss | 7 |
| Condensed Consolidated Interim Statements of Changes in Equity | 8 |
| Condensed Consolidated Interim Statements of Cash Flows | 12 |
| Notes to Condensed Consolidated Interim Financial Statements | 14 |

# NEPTUNE WELLNESS SOLUTIONS INC.

Condensed Consolidated Interim Balance Sheets
(Unaudited) (in U.S. dollars)

| | Notes | As at December 31, 2022 | As at March 31, 2022 |
|---|---|---|---|
| **Assets** | | | |
| | | | |
| Current assets: | | | |
| Cash and cash equivalents | | $3,404,023 | $8,726,341 |
| Short-term investment | | 17,540 | 19,255 |
| Trade and other receivables | | 4,919,568 | 7,599,584 |
| Prepaid expenses | | 2,937,662 | 3,983,427 |
| Inventories | 4 | 16,942,808 | 17,059,406 |
| Total current assets | | 28,221,601 | 37,388,013 |
| | | | |
| Property, plant and equipment | 5 | 1,862,667 | 21,448,123 |
| Operating lease right-of-use assets | | 2,144,362 | 2,295,263 |
| Intangible assets | 6 | 17,343,178 | 21,655,035 |
| Goodwill | 6 | 14,396,380 | 22,168,288 |
| Total assets | | $63,968,188 | $104,954,722 |
| | | | |
| **Liabilities and Equity** | | | |
| | | | |
| Current liabilities: | | | |
| Trade and other payables | | $21,984,254 | $22,700,849 |
| Current portion of operating lease liabilities | | 489,849 | 641,698 |
| Deferred revenues | | — | 285,004 |
| Provisions | 7 | 5,936,933 | 1,118,613 |
| Liability related to warrants | 8 | 1,444,058 | 5,570,530 |
| Total current liabilities | | 29,855,094 | 30,316,694 |
| | | | |
| Operating lease liabilities | | 2,229,583 | 2,063,421 |
| Loans and borrowings | 9 | 15,936,658 | 11,648,320 |
| Other liability | 12(c) | 23,000 | 88,688 |
| Total liabilities | | 48,044,335 | 44,117,123 |
| | | | |
| Shareholders' Equity: | | | |
| Share capital - without par value (11,778,392 shares issued and outstanding as of December 31, 2022; 5,560,829 shares issued and outstanding as of March 31, 2022) | 10(a) | 321,791,727 | 317,051,125 |
| Warrants | 10(f) | 6,117,600 | 6,079,890 |
| Additional paid-in capital | | 57,303,078 | 55,980,367 |
| Accumulated other comprehensive loss | | (14,539,294) | (7,814,163) |
| Deficit | | (357,075,395) | (323,181,697) |
| Total equity attributable to equity holders of the Company | | 13,597,716 | 48,115,522 |
| | | | |
| Non-controlling interest | 11 | 2,326,137 | 12,722,077 |
| Total shareholders' equity | | 15,923,853 | 60,837,599 |
| | | | |
| Commitments and contingencies | 15 | | |
| Subsequent events | 18 | | |
| Total liabilities and shareholders' equity | | $63,968,188 | $104,954,722 |

See accompanying notes to the condensed consolidated interim financial statements.

On behalf of the Board:

/s/ Julie Philips                                      /s/ Michael Cammarata

Julie Philips                                          Michael Cammarata
Chair of the Board                                     President and CEO

6

## NEPTUNE WELLNESS SOLUTIONS INC.

Condensed Consolidated Interim Statements of Loss and Comprehensive Loss
(Unaudited) (in U.S. dollars)
For the three and nine-month periods ended December 31, 2022 and 2021

| | Notes | Three-month periods ended | | Nine-month periods ended | |
|---|---|---|---|---|---|
| | | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Revenue from sales net of excise taxes of nil and $643,476 (2021 - $746,870 and $1,127,569 ) | | $11,945,092 | $14,371,095 | $39,668,246 | $36,502,490 |
| Royalty revenues | | 263,816 | 276,670 | 766,736 | 701,330 |
| Other revenues | | — | 20,164 | 32,996 | 61,249 |
| Total revenues | 16 | 12,208,908 | 14,667,929 | 40,467,978 | 37,265,069 |
| | | | | | |
| Cost of sales other than impairment loss on inventories, net of subsidies of nil and nil (2021 - ($3,952) and $927,753 ) | | (10,328,349) | (13,026,604) | (37,293,901) | (36,109,528) |
| Impairment gain (loss) on inventories | 4 | — | 12,765 | (3,079,997) | (2,996,333) |
| Total Cost of sales | | (10,328,349) | (13,013,839) | (40,373,898) | (39,105,861) |
| Gross profit (loss) | | 1,880,559 | 1,654,090 | 94,080 | (1,840,792) |
| | | | | | |
| Research and development expenses | | (28,836) | (301,645) | (451,121) | (652,421) |
| Selling, general and administrative expenses, net of subsidies of nil and nil (2021 - ($427)and $100,178 ) | 12(c) | (8,727,323) | (18,429,528) | (35,188,695) | (49,902,087) |
| Impairment loss related to intangible assets | 6 | — | — | (2,593,529) | — |
| Impairment loss related to property, plant and equipment | 5 | — | — | — | (2,404,459) |
| Impairment loss on assets held for sale | 2(d) | — | — | (15,346,119) | — |
| Impairment loss on right of use assets | | (271,057) | — | (271,057) | — |
| Impairment loss related to goodwill | 6 | — | — | (7,570,471) | — |
| Net gain on sale of property, plant and equipment | | 84,998 | 6,490 | 170,000 | 6,490 |
| Loss from operating activities | | (7,061,659) | (17,070,593) | (61,156,912) | (54,793,269) |
| | | | | | |
| Finance income | | — | 2,956 | 1,440 | 10,299 |
| Finance costs | | (1,362,776) | (363,466) | (2,658,305) | (1,180,368) |
| Loss on issuance of derivatives | 8 | (1,029,614) | — | (3,156,569) | — |
| Foreign exchange gain (loss) | | 524,571 | (601,347) | 6,545,401 | (386,865) |
| Change in revaluation of marketable securities | | — | (17,640) | — | (107,564) |
| Gain on revaluation of derivatives | 8, 14 | 8,367,871 | 1,245,134 | 16,083,681 | 8,706,973 |
| Gain on settlement of liability | | 66,169 | — | 66,169 | — |
| | | 6,566,221 | 265,637 | 16,881,817 | 7,042,475 |
| Loss before income taxes | | (495,438) | (16,804,956) | (44,275,095) | (47,750,794) |
| | | | | | |
| Income tax (recovery) expense | | (2,013) | 50 | (14,543) | (11,894) |
| Net loss | | (497,451) | (16,804,906) | (44,289,638) | (47,762,688) |
| | | | | | |
| Other comprehensive loss | | | | | |
| Net change in unrealized foreign currency gains (losses) on translation of net investments in foreign operations (tax effect of nil for all periods) | | (231,490) | 332,074 | (6,725,131) | (384,432) |
| Total other comprehensive loss | | (231,490) | 332,074 | (6,725,131) | (384,432) |
| | | | | | |
| Total comprehensive loss | | $(728,941) | $(16,472,832) | $(51,014,769) | $(48,147,120) |
| | | | | | |
| Net income (loss) attributable to: | | | | | |
| Equity holders of the Company | | $1,288,110 | $(15,009,015) | $(33,893,698) | $(43,029,506) |
| Non-controlling interest | 11 | (1,785,561) | (1,795,891) | (10,395,940) | (4,733,182) |
| Net loss | | $(497,451) | $(16,804,906) | $(44,289,638) | $(47,762,688) |
| | | | | | |
| Total comprehensive income (loss) attributable to: | | | | | |
| Equity holders of the Company | | $1,056,620 | $(14,676,941) | $(40,618,829) | $(43,413,938) |
| Non-controlling interest | | (1,785,561) | (1,795,891) | (10,395,940) | (4,733,182) |
| Total comprehensive loss | | $(728,941) | $(16,472,832) | $(51,014,769) | $(48,147,120) |
| | | | | | |
| Basic income (loss) per share attributable to: | | | | | |
| Common Shareholders of the Company | 13 | $0.06 | $(3.14) | $(4.01) | $(9.03) |

| Diluted income (loss) per share attributable to:<br>Common Shareholders of the Company | 13 | $0.06 | $(3.14) | $(4.01) | $(9.03) |
|---|---|---|---|---|---|
| Basic weighted average number of common shares | | 11,030,838 | 4,781,190 | 8,462,761 | 4,765,762 |
| Diluted weighted average number of common shares | | 11,094,967 | 4,781,190 | 8,462,761 | 4,765,762 |

The Company has removed certain captions compared to prior filings, as they are not required by US GAAP.

See accompanying notes to the condensed consolidated interim financial statements.

7

# NEPTUNE WELLNESS SOLUTIONS INC.

Condensed Consolidated Interim Statements of Changes in Equity
(Unaudited) (in U.S. dollars)
For the three and nine-month periods ended December 31, 2022 and 2021

| | Notes | Share Capital Number | Share Capital Dollars | Warrants | Additional paid-in capital | Accumulated other comprehensive loss Cumulative translation account | Deficit | Equity attributable to equity holders of the Company | Equity attributable to non-controlling interest | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance as at March 31, 2022 | | 5,560,829 | $317,051,125 | $6,079,890 | $55,980,367 | $(7,814,163) | $(323,181,697) | $48,115,522 | $12,722,077 | $60,837,599 |
| Net loss for the period | | — | — | — | — | — | (33,893,698) | (33,893,698) | (10,395,940) | (44,289,638) |
| Other comprehensive loss for the period | | — | — | — | — | (6,725,131) | — | (6,725,131) | — | (6,725,131) |
| Total comprehensive loss for the period | | — | — | — | — | (6,725,131) | (33,893,698) | (40,618,829) | (10,395,940) | (51,014,769) |
| **Transaction with equity holders recorded directly in equity** | | | | | | | | | | |
| *Contributions by and distribution to equity holders* | | | | | | | | | | |
| Share-based payment | 12 | — | — | — | 2,832,438 | — | — | 2,832,438 | — | 2,832,438 |
| Common shares issued in connection with debt financing | 9, 10(g) | 409,435 | 645,921 | — | — | — | — | 645,921 | — | 645,921 |
| Warrants reclassified from liability | 8 | — | — | 37,710 | — | — | — | 37,710 | — | 37,710 |
| Warrants exercised | 8 | 384,446 | 1,769,000 | — | — | — | — | 1,769,000 | — | 1,769,000 |
| RSUs released, net of withholding taxes | 10(d), 12(b)(ii) | 269,599 | 2,325,681 | — | (1,509,727) | — | — | 815,954 | — | 815,954 |
| Direct Offering, net of issuance costs | 8 | 5,154,083 | — | — | — | — | — | — | — | — |
| Total contributions by and distribution to equity holders | | 6,217,563 | 4,740,602 | 37,710 | 1,322,711 | — | — | 6,101,023 | — | 6,101,023 |
| Balance as at December 31, 2022 | | 11,778,392 | $321,791,727 | $6,117,600 | $57,303,078 | $(14,539,294) | $(357,075,395) | $13,597,716 | $2,326,137 | $15,923,853 |

See accompanying notes to the condensed consolidated interim financial statements.

# NEPTUNE WELLNESS SOLUTIONS INC.

Condensed Consolidated Interim Statements of Changes in Equity
(Unaudited) (in U.S. dollars)
For the three and nine-month periods ended December 31, 2022 and 2021

| | | Attributable to equity holders of the Company | | | | | | | |
| | | Share Capital | | | Accumulated other comprehensive loss | | | | |
| | | Number | Dollars | Warrants | Additional paid-in capital | Cumulative translation account | Deficit | Equity attributable to equity holders of the Company | Equity attributable to non-controlling interest | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance as at September 30, 2022 | | 8,516,894 | $321,769,905 | $6,079,890 | $56,306,211 | $(14,307,804) | $(358,363,505) | $11,484,697 | $4,111,698 | $15,596,395 |
| Net loss for the period | | — | — | — | — | — | 1,288,110 | 1,288,110 | (1,785,561) | (497,451) |
| Other comprehensive loss for the period | | — | — | — | — | (231,490) | — | (231,490) | — | (231,490) |
| Total comprehensive loss for the period | | — | — | — | — | (231,490) | 1,288,110 | 1,056,620 | (1,785,561) | (728,941) |
| **Transaction with equity holders recorded directly in equity** | | | | | | | | | | |
| *Contributions by and distribution to equity holders* | | | | | | | | | | |
| Share-based payment | 12 | — | — | — | 1,005,455 | — | — | 1,005,455 | — | 1,005,455 |
| Warrants reclassified from liability | 8 | — | — | 37,710 | — | — | — | 37,710 | — | 37,710 |
| RSUs released, net of withholding taxes | 10(d), 12(b)(ii) | 52,941 | 21,822 | — | (8,588) | — | — | 13,234 | — | 13,234 |
| Direct Offering, net of issuance costs | 8 | 3,208,557 | — | — | — | — | — | — | — | — |
| Total contributions by and distribution to equity holders | | 3,261,498 | 21,822 | 37,710 | 996,867 | — | — | 1,056,399 | — | 1,056,399 |
| Balance as at December 31, 2022 | | 11,778,392 | $321,791,727 | $6,117,600 | $57,303,078 | $(14,539,294) | $(357,075,395) | $13,597,716 | $2,326,137 | $15,923,853 |

See accompanying notes to the condensed consolidated interim financial statements.

9

# NEPTUNE WELLNESS SOLUTIONS INC.

Condensed Consolidated Interim Statements of Changes in Equity (Continued)
(Unaudited) (in U.S. dollars)
For the three and nine-month periods ended December 31, 2022 and 2021

| | Notes | Share Capital Number | Share Capital Dollars | Warrants | Additional paid-in capital | Accumulated other comprehensive loss Cumulative translation account | Deficit | Equity attributable to equity holders of the Company | Equity attributable to non-controlling interest | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance as at March 31, 2021 | | 4,732,090 | $306,618,482 | $5,900,973 | $59,625,356 | $(8,567,106) | $(248,209,952) | $115,367,753 | $22,177,556 | $137,545,309 |
| Net loss for the period | | — | — | — | — | — | (43,029,506) | (43,029,506) | (4,733,182) | (47,762,688) |
| Other comprehensive loss for the period | | — | — | — | — | (384,432) | — | (384,432) | — | (384,432) |
| Total comprehensive loss for the period | | — | — | — | — | (384,432) | (43,029,506) | (43,413,938) | (4,733,182) | (48,147,120) |
| **Transaction with equity holders recorded directly in equity** | | | | | | | | | | |
| *Contributions by and distribution to equity holders* | | | | | | | | | | |
| Share-based payment | 12 | — | — | — | 6,251,713 | — | — | 6,251,713 | — | 6,251,713 |
| Warrants in exchange of services rendered by non-employees | 10(f)(i) | — | — | 178,917 | — | — | — | 178,917 | — | 178,917 |
| RSUs released, net of withholding taxes | 10(d), 12(b)(ii) | 51,095 | 6,639,592 | — | (7,618,291) | — | — | (978,699) | — | (978,699) |
| Total contributions by and distribution to equity holders | | 51,095 | 6,639,592 | 178,917 | (1,366,578) | — | — | 5,451,931 | — | 5,451,931 |
| Balance as at December 31, 2021 | | 4,783,185 | $313,258,074 | $6,079,890 | $58,258,778 | $(8,951,538) | $(291,239,458) | $77,405,746 | $17,444,374 | $94,850,120 |

See accompanying notes to the condensed consolidated interim financial statements.

10

# NEPTUNE WELLNESS SOLUTIONS INC.

Condensed Consolidated Interim Statements of Changes in Equity (Continued)
(Unaudited) (in U.S. dollars)
For the three and nine-month periods ended December 31, 2022 and 2021

| | | Share Capital | | | Accumulated other comprehensive loss | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Number | Dollars | Warrants | Additional paid-in capital | Cumulative translation account | Deficit | Equity attributable to equity holders of the Company | Equity attributable to non-controlling interest | Total |
| Balance as at September 30, 2021 | | 4,779,141 | $312,187,161 | $6,054,623 | $58,316,478 | $(9,283,612) | $(276,230,443) | $91,044,207 | $19,240,265 | $110,284,472 |
| Net loss for the period | | — | — | — | — | — | (15,009,015) | (15,009,015) | (1,795,891) | (16,804,906) |
| Other comprehensive income for the period | | — | — | — | — | 332,074 | — | 332,074 | — | 332,074 |
| Total comprehensive income for the period | | — | — | — | — | 332,074 | (15,009,015) | (14,676,941) | (1,795,891) | (16,472,832) |
| **Transaction with equity holders recorded directly in equity** | | | | | | | | | | |
| *Contributions by and distribution to equity holders* | | | | | | | | | | |
| Share-based payment | 12 | — | — | — | 1,013,795 | — | — | 1,013,795 | — | 1,013,795 |
| Warrants in exchange of services rendered by non-employees | 10(f)(i) | — | — | 25,267 | — | — | — | 25,267 | — | 25,267 |
| RSUs released, net of withholding taxes | 10(d), 12(b)(ii) | 4,044 | 1,070,913 | — | (1,071,495) | — | — | (582) | — | (582) |
| Total contributions by and distribution to equity holders | | 4,044 | 1,070,913 | 25,267 | (57,700) | — | — | 1,038,480 | — | 1,038,480 |
| Balance as at December 31, 2021 | | 4,783,185 | $313,258,074 | $6,079,890 | $58,258,778 | $(8,951,538) | $(291,239,458) | $77,405,746 | $17,444,374 | $94,850,120 |

See accompanying notes to the condensed consolidated interim financial statements.

11

# NEPTUNE WELLNESS SOLUTIONS INC.

Condensed Consolidated Interim Statements of Cash Flows
(Unaudited) (in U.S. dollars)
For the three and nine-month periods ended December 31, 2022 and 2021

| | Notes | Nine-month periods ended December 31, 2022 | December 31, 2021 |
|---|---|---|---|
| **Cash flows from operating activities:** | | | |
| Net loss for the period | | $(44,289,638) | $(47,762,688) |
| Adjustments: | | | |
| Depreciation of property, plant and equipment | | 652,196 | 2,135,961 |
| Non-cash lease expense | | 385,800 | 563,428 |
| Amortization of intangible assets | | 1,352,787 | 2,436,219 |
| Impairment loss on goodwill | 6 | 7,570,471 | — |
| Share-based payment | 12 | 2,832,438 | 6,251,713 |
| Impairment loss on inventories | 4 | 3,079,997 | 2,996,333 |
| Expected credit losses | | 496,846 | 1,978,705 |
| Non-employee compensation related to warrants | 10(f)(i) | — | 178,917 |
| Loss on issuance of derivatives | | 3,156,569 | — |
| Net finance expense | | 2,656,865 | 1,170,069 |
| Unrealized foreign exchange (gain) loss | | (6,545,401) | 10,568 |
| Change in revaluation of marketable securities | | — | 107,564 |
| Interest received | | 1,440 | 7,796 |
| Interest paid | | (215,019) | (961,463) |
| Gain on settlement of liability | | (66,169) | — |
| Revaluation of derivatives | | (16,083,681) | (8,706,973) |
| Impairment loss on property, plant and equipment | 5 | — | 2,404,459 |
| Impairment loss on assets held for sale | 5 | 15,346,119 | — |
| Impairment loss on right-of-use assets | | 271,057 | — |
| Impairment loss on intangibles | | 2,593,529 | — |
| Payment of lease liabilities | | (253,795) | (236,802) |
| Income tax expense | | 14,543 | 11,894 |
| Net gains from sale of property, plant and equipment | | (170,000) | — |
| Changes in operating assets and liabilities | | 6,543,514 | (6,394,409) |
| Income taxes paid | | (360) | (11,894) |
| **Net cash used in operating activities** | | **(20,669,892)** | **(43,820,603)** |
| **Cash flows from investing activities:** | | | |
| Proceeds on sale of assets | | 170,000 | — |
| Proceeds from the sale of Cannabis assets | 2(d) | 3,121,778 | — |
| Acquisition of property, plant and equipment | | (601,743) | (1,034,982) |
| Acquisition of intangible assets | | — | (434,168) |
| Sales of Acasti shares | 21 | — | 44,509 |
| **Net cash provided by (used in) investing activities:** | | **2,690,035** | **(1,424,641)** |
| **Cash flows from financing activities:** | | | |
| Increase in loans and borrowings, net of financing fees | | 3,800,000 | — |
| Withholding taxes paid pursuant to the settlement of non-treasury RSUs | | (574,153) | (978,699) |
| Gross proceeds from the issuance of shares and warrants through a Direct Offering | 8 | 5,000,002 | — |
| Proceeds from the issuance of shares and warrants through a Registered Direct Offering Priced At-The-Market and Concurrent Private Placement | 8 | 6,000,002 | — |
| Warrants issuance costs | 8 | (1,330,211) | — |
| Proceeds from exercise of options and pre-funded warrants | 8 | 65 | — |
| **Net cash provided by (used in) financing activities:** | | **12,895,705** | **(978,699)** |
| **Foreign exchange loss on cash and cash equivalents** | | **(238,166)** | **(454,341)** |
| **Net decrease in cash and cash equivalents** | | **(5,322,318)** | **(46,678,284)** |
| Cash and cash equivalents, beginning of period | | 8,726,341 | 59,836,889 |
| **Cash and cash equivalents as at December 31, 2022 and 2021** | | **$3,404,023** | **$13,158,605** |

**Cash and cash equivalents is comprised of:**

| | | | |
|---|---|---|---|
| Cash | | $3,404,023 | $13,158,605 |

See accompanying notes to the condensed consolidated interim financial statements.

# NEPTUNE WELLNESS SOLUTIONS INC.

Condensed Consolidated Interim Statements of Cash Flows (continued)
(Unaudited) (in U.S. dollars)
For the three and nine-month periods ended December 31, 2022 and 2021

**Additional cash flow disclosure:**

Changes in operating assets and liabilities:

| | Nine-month periods ended | |
| --- | --- | --- |
| | December 31, 2022 | December 31, 2021 |
| Trade and other receivables | $2,489,793 | $(2,541,426) |
| Prepaid expenses | 798,493 | (2,162,076) |
| Inventories | (2,544,635) | (2,720,569) |
| Trade and other payables | 1,599,623 | 2,684,869 |
| Deferred revenues | (285,006) | (303,765) |
| Provisions | 4,550,934 | (1,112,762) |
| Other liabilities | (65,688) | (238,680) |
| Changes in operating assets and liabilities | $6,543,514 | $(6,394,409) |

13

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

**1.    Reporting entity:**

Neptune Wellness Solutions Inc. (the "Company" or "Neptune") is incorporated under the Business Corporations Act (Québec) (formerly Part 1A of the Companies Act (Québec)). The Company is domiciled in Canada and its registered office is located at 100-545 Promenade du Centropolis, Laval, Québec. The condensed consolidated interim financial statements of the Company comprise the Company and its subsidiaries, Biodroga Nutraceuticals Inc. ("Biodroga"), SugarLeaf Labs, Inc. ("SugarLeaf"), 9354-7537 Québec Inc., Neptune Holding USA, Inc., Neptune Health & Wellness Innovation, Inc., Neptune Forest, Inc., Neptune Care, Inc. (formerly known as Neptune Ocean, Inc.), Neptune Growth Ventures, Inc., 9418-1252 Québec Inc., Neptune Wellness Brands Canada, Inc. and Sprout Foods, Inc. ("Sprout"). All subsidiaries are wholly-owned, except for Sprout for which the Company has a 50.1% interest.

Neptune is a diversified and fully integrated health and wellness company. Through its flagship consumer-facing brands, Neptune Wellness, Forest Remedies™, Biodroga, MaxSimil®, Sprout®, Nosh® and NurturMe®, Neptune is redefining health and wellness by building a broad portfolio of natural, plant-based, sustainable and purpose-driven lifestyle brands and consumer packaged goods products in key health and wellness markets, including nutraceuticals, organic baby food, personal care and home care.

On June 8, 2022, Neptune announced the launch of a new Consumer Packaged Goods ("CPG") focused strategic plan to reduce costs, improve the Company's path to profitability and enhance current shareholder value.  This plan builds on the Company's initial strategic review that took place in fall of 2021 and focuses on two primary actions: (1) the divestiture of the Company's Canadian cannabis business and (2) a realignment of focus and operational resources toward increasing the value of Neptune's CPG business.

*Sale of Cannabis Assets*

On October 17, 2022, Neptune announced an agreement to sell substantially all of its Cannabis assets (including, but not limited to, the production facility located in Sherbrooke, Québec and certain legal entities including various related brand names and trademarks, including MoodRing and PanHash) to PurCann Pharma  Inc. These assets were reported as Assets Held For Sale ("AHFS") as of September 30, 2022.  On November 9, 2022 the sale to PurCann Pharma Inc. was completed.

*Share consolidation and delisting from TSX*

On June 9, 2022, Neptune announced the completion of the Company's proposed consolidation of its common shares (the "Common Shares") on the basis of one (1) post-consolidation Common Share for every thirty-five (35) pre-consolidation Common Shares (the "Share Consolidation"). The post-consolidation Common Shares commenced trading on the NASDAQ and the TSX at the market open on June 13, 2022. The Share Consolidation reduced the number of Common Shares issued and outstanding from approximately 198 million Common Shares to approximately 5.7 million Common Shares as at June 13, 2022. These consolidated financial statements have been retroactively adjusted to reflect the Share Consolidation. As a result, the number of common shares, options, deferred share units ("DSUs"), restricted share units ("RSUs"), restricted shares and warrants, issuance and exercise prices of options, DSUs, RSUs, restricted shares and warrants, loss per share reflect the Share Consolidation.

On July 29, 2022, Neptune announced that it has applied and received approval for a voluntary delisting of its common shares from the Toronto Stock Exchange ("TSX"). The delisting from the TSX will not affect the Company's listing on the Nasdaq Capital Market ("Nasdaq"). Neptune's common shares were delisted from the TSX at the close of trading on August 15, 2022.

*Going concern*

These condensed consolidated interim financial statements have been prepared on a going concern basis, which presumes that the Company will continue realizing its assets and discharging its liabilities in the normal course of business for the foreseeable future. The Company has incurred significant operating losses and negative cash flows from operations since inception. To date, the Company has financed its operations primarily through the public offering and private placement of Common Share units, consisting of Common Shares and warrants, and convertible debt, the proceeds from research grants and research tax credits, and the exercises of warrants, rights and options. For the  nine-month period ended December 31, 2022, the Company incurred a net loss of $44.3 million and negative cash flows from operations of $20.7 million, and had an accumulated deficit of $357.1 million as of December 31, 2022. For the year ended March 31, 2022, the Company incurred a net loss of $84.4 million and negative cash flows from operations of $54.3 million. Furthermore, as at December 31, 2022, the Company's current liabilities and expected level of expenses for the next twelve months exceed cash on hand of $3.4 million and its total current liabilities exceed its total current assets. Accordingly, the Company is required to actively manage its liquidity and expenses and payments of payables are not being made as the amounts become due for certain suppliers.

The Company currently has no committed sources of financing available other than from the transactions completed after period-end from the debt financing  and the accounts receivable factoring facility (see note 18).

As of the date these financial statements are authorized for issuance, the cash balance is expected to be sufficient to operate the business for the next one to two months under the current business plan. The Company requires funding in the very near term in order to continue its operations.  If the Company is unable to obtain funding in the near-term, it may have to cease operations and liquidate its assets.

14

# NEPTUNE WELLNESS SOLUTIONS INC.
Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

These conditions cast substantial doubt about the Company's ability to continue as a going concern.

Going forward, the Company will seek additional financing in various forms. To achieve the objectives of its business plan, Neptune plans to raise the necessary funds through additional securities offerings and the establishment of strategic alliances. The ability of the Company to complete the needed financing and ultimately achieve profitable operations is dependent on a number of factors outside of the Company's control. The Company's business plan is dependent upon, among other things, its ability to achieve and maintain profitability, continue to obtain adequate ongoing debt and/or equity financing to finance operations within and beyond the next twelve months. See note 18 regarding a new debt issuance in January 2023 and related waiver.

While the Company has been successful in obtaining financing from public issuances and private placements, there is no certainty as to future financings.

These consolidated financial statements do not include any adjustments to the recoverability and classification of recorded asset amounts and classification of liabilities that might be necessary should the going concern basis not be valid. These adjustments could be material.

2.      **Basis of preparation:**

(a)     Adoption of U.S. GAAP:

As at March 31, 2022, the Company retroactively adopted United States generally accepted accounting principles ("US GAAP"). The consolidated financial statements of the Company have been prepared in accordance with US GAAP for all periods presented. Comparative figures, which were previously prepared in accordance with International Financial Reporting Standards ("IFRS") as issued by the International Accounting Standards Board, have been adjusted as required to be compliant with the Company's accounting policies under US GAAP.

(b)     Functional and reporting currency:

Effective March 31, 2022, the Company changed its reporting currency from Canadian dollars ("CAD") to U.S. dollars ("USD"). This change in reporting currency has been applied retroactively such that all amounts in the consolidated financial statements of the Company and the accompanying notes thereto are expressed in U.S. dollars. References to "$" and "USD" are U.S dollars and references to "CAD $" and "CAD" are to Canadian dollars. For comparative purposes, historical consolidated financial statements were recast in U.S. dollars by translating (i) assets and liabilities at the closing exchange rate in effect at the end of the respective period,  (ii) revenues, expenses and cash flows at the average exchange rate in effect for the respective period and (iii) equity transactions at historical exchange rates. Translation gains and losses are included as part of the cumulative foreign currency translation adjustment, which is reported as a component of shareholders' equity under accumulated other comprehensive loss.

The assets and liabilities of foreign operations with a functional currency other than the U.S. dollar are translated into U.S. dollars at the exchange rate in effect at the balance sheet date. Revenue and expenses are translated at the monthly average exchange rates for the period. Differences arising from the exchange rate changes are recorded within foreign currency translation adjustments, a component of other comprehensive income (loss).

Transactions in foreign currencies are translated to the respective functional currencies of the Company's subsidiaries at the average exchange rates for the period. The monetary items denominated in currencies other than the functional currency of a subsidiary are translated at the exchange rates prevailing at the balance sheet date. Non-monetary items denominated in currencies other than the functional currency are translated at historical rates. Gains and losses resulting from re-measurement are recorded in the Company's consolidated statement of loss as foreign exchange gain (loss).

As a result of the divesture of its Canadian cannabis business, a significant portion of its remaining revenues, expenses, assets and liabilities are denominated in US dollars.  In addition and as a result of the increasing operations in the U.S., Neptune changed its functional currency from Canadian dollars ("CAD") to U.S. dollars ("USD"), effective October 1, 2022. This change in functional currency has been applied prospectively from the date of the change.

All assets and liabilities were reported using the same USD values as previously reported under the USD reporting currency described above.  The cumulative translation account in Neptune was effectively frozen and the accumulated balance as at September 30, 2022 is carried forward. Changes in the cumulative translation account after October 1, 2022 relate to conversion of subsidiary financial statements whose functional currency is not USD. As of October 1, 2022, the 2020 Warrants and 2021 Warrants no longer met the criteria for liability classification and therefore were reclassified to equity on this date (see note 10(f)).

(c)     Use of estimates:

The preparation of the condensed consolidated interim financial statements in accordance with U.S. GAAP requires management to make judgments, estimates and assumptions that affect the reported amounts of assets, liabilities at the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results may differ from the estimates made by management.

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

Estimates are based on management's best knowledge of current events and actions that the Company may undertake in the future. Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and in any future periods affected.

Estimates include the following:

- Estimating the write down of inventory.
- Estimating expected credit losses for receivables.
- Estimating the recoverable amount of non-financial assets, to determine and measure impairment losses on goodwill, intangibles, and property, plant and equipment.
- Estimating the lease term of contracts with extension options and termination options.
- Estimating the revenue from contracts with customers subject to variable consideration.
- Estimating the fair value of bonus, options and warrants that are based on market and non-market conditions (note 12).
- Estimating the fair value of the identifiable assets acquired, liabilities assumed, and consideration transferred of the acquired business, including the related contingent consideration and call option.
- Estimating the litigation provision as it depends upon the outcome of proceedings (note 7).

(d)    Assets held for sale:

On June 8, 2022, the Company announced a planned divestiture of the Canadian cannabis business and that the Company would focus on winding up its cannabis operations pending one or more sales transactions.  Following this announcement, the Canadian cannabis disposal group assets met the criteria to be classified as held for sale. At September 30, 2022, the disposal group had been measured at fair value less cost to sell and impaired to reflect the asset sale and purchase agreement (the "ASPA") signed with a third-party on October 16, 2022 for $3,790,340 ($5,150,000 CAD), with cost to sell the Canadian cannabis disposal group asset in the amount of $586,783, for net assets held for sale of $3,203,557, resulting in impairment losses of nil and $15,346,119 respectively for the three and nine-month periods ended December 31, 2022. The transaction closed on November 9, 2022.

**3.    Significant accounting policies:**

These unaudited Consolidated Interim Financial Statements have been prepared in accordance U.S. GAAP and on a basis consistent with those accounting principles followed by the Company and disclosed in note 2 of its Annual Consolidated Financial Statements for the year ended March 31, 2022, (except as disclosed in note 3(c) to these financial statements) and should be read in conjunction with and Notes thereto.

(a)    Basis of consolidation:

These consolidated financial statements include the accounts of the Company and its subsidiaries in which the Company has a controlling financial interest. All intercompany balances and transactions have been eliminated from the Company's consolidated financial statements. On February 10, 2021, Neptune acquired a 50.1% interest in Sprout Foods, Inc. ("Sprout" or "Sprout Foods"). The accounts of the subsidiary are included in the consolidated financial statements from that date.

(b)    New standards and interpretations not yet adopted:

*Accounting pronouncements not yet adopted*

In October 2021, the FASB issued ASU 2021-08, *Accounting for Contract Assets and Contract Liabilities from Contracts with Customers*, which amends ASC Topic 805, Business Combinations, ASU 2021-18 improves the accounting for acquired revenue contracts with customers in a business combination by addressing diversity in practice and inconsistency related to the (1) recognition of an acquired contract liability and (2) payment terms and their direct effect on subsequent revenue recognized by the acquirer. ASU 2021-08 is effective for annual periods, and interim periods within those annual periods, beginning after December 15, 2022. Management has not yet evaluated the impact of this ASU on the Company's consolidated financial statements and the Company does not intend to adopt ASU 2021-18 until its fiscal year beginning April 1, 2023.

16

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

In June 2016, the FASB issued ASU 2016-13, Financial instruments — Credit Losses (Topic 326): Measurement of Credit Losses on Financial Instruments ("ASU 2016-13"), which amends the guidance on the impairment of financial instruments by requiring measurement and recognition of expected credit losses for financial assets held. ASU 2016-13 is effective for fiscal years, and for interim periods within those fiscal years, beginning after December 15, 2019, and earlier adoption is permitted beginning in the first quarter of fiscal 2019. In November 2019, the FASB issued ASU No. 2019-10, Financial Instruments - Credit Losses (Topic 326), Derivatives and Hedging (Topic 815), and Leases (Topic 842): Effective Dates ("ASU 2019-10"). The purpose of this amendment is to create a two-tier rollout of major updates, staggering the effective dates between larger public companies and all other entities. This granted certain classes of companies, including Smaller Reporting Companies ("SRCs"), additional time to implement major FASB standards, including ASU 2016-13. Larger public companies will still have an effective date for fiscal years beginning after December 15, 2019, including interim periods within those fiscal years. All other entities are permitted to defer adoption of ASU 2016-13, and its related amendments, until the earlier of fiscal periods beginning after December 15, 2022. The Company will adopt ASU 2016-13 for its fiscal year beginning April 1, 2023, and the Company's evaluation of the potential impact of adoption is in process.

(c) Assets held for sale:

The Company classifies long-lived assets or disposal groups to be sold as assets held for sale in the period in which all of the following conditions are met: management, having the authority to approve the action, commits to a plan to sell the asset or disposal group; the asset or disposal group is available for immediate sale in its present condition subject only to terms that are usual and customary for sales of such assets or disposal groups; an active program to locate a buyer and other actions required to complete the plan to sell the asset or disposal group have been initiated; the sale of the asset or disposal group is probable, and transfer of the asset or disposal group is expected to qualify for recognition of a completed sale within one year; the assets of disposal group are subject to an asset sale and purchase agreement (see notes 2(d)); and actions required to complete the plan indicate that it is unlikely that significant changes to the plan will be made or that the plan will be withdrawn.

Assets and liabilities directly associated with assets held for sale are measured at the lower of carrying amount and fair value less costs to sell immediately prior to their classification. Any loss resulting from this measurement is recognized in the period in which the held-for sale criteria are met. Conversely, gains are not recognized on the sale of a long-lived asset or disposal group until the date of the sale.

Assets classified as held for sale, and the assets and liabilities included within the disposal group classified as held for sale are presented separately on the face of the balance sheet. Non-current assets that are classified as held for sale are not depreciated.

## 4. Inventories:

| | December 31, 2022 | March 31, 2022 |
|---|---|---|
| Raw materials | $5,154,170 | $7,920,190 |
| Work in progress | — | 1,016,916 |
| Finished goods | 11,433,593 | 7,974,690 |
| Supplies and spare parts | 355,045 | 147,610 |
| | $16,942,808 | $17,059,406 |

During the three and nine-month periods ended December 31, 2022, the Company recorded impairment losses of nil and $3,079,997 respectively (2021 – impairment losses of $2,996,333 and $2,996,333, respectively) as a result of inventory measurements to their net realizable value. The impairment loss during the nine-month period ended December 31, 2022 is related to cannabis inventories that were impaired because they were subsequently sold or expected to be sold at prices lower than costs.

17

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

**5.    Property, plant and equipment:**

As at September 30, 2022, property, plant and equipment related to the Canadian cannabis asset group were classified as assets held for sale on the balance sheet (refer to note 2(d)).  As indicated in note 2(d), the Cannabis related assets were written down, resulting in impairment losses of nil and $15,346,119 respectively for the three and nine-month periods ended December 31, 2022.

During the three-month and nine-month period ended December 31, 2021 the Company recognized impairment losses of nil and $2,404,459, respectively. The Company impaired certain equipment of the Canadian cannabis long-lived assets to nil resulting in an impairment charge of $1,424,517 for the nine-month period ended December 31, 2021 and an impairment reversal gain of $10,243 for the three-month period ended December 31, 2021. In addition, the Company impaired the long-lived assets of the SugarLeaf reporting unit as they were no longer generating economic benefits. The fair value of these long-lived assets was established to be nil and as such an impairment charge of $979,942 was recorded during the nine-month period ended December 31, 2021.

**6.    Goodwill and intangible assets:**

The Company assesses at each reporting date whether there is an indication that an asset group or a reporting unit may be impaired.

In the third quarter of 2022 due to the Company's sustained decrease in share price, the Company concluded a triggering event occurred and performed a quantitative impairment test for the Sprout reporting unit. As part of the impairment testing process, the Company considered a number of factors including, but not limited to, current macroeconomic conditions such as inflation, economic growth, and interest rate movements, industry and market considerations, stock price performance (including performance relative to peers) and overall financial performance of the Sprout reporting unit. Although management used its best estimate to assess the potential impact of the changes in the general economic conditions on the Company's business, management exercised significant judgment to estimate forecasted cash flows and discount rate, using assumptions which are subject to significant uncertainties.  Based on the results of the Company's third quarter 2022 impairment analysis, the estimated fair value of the Sprout reporting unit exceeded its carrying value, and no impairment was recognized.

During the second quarter of 2022, there were changes in the general economic and financial conditions of the markets the Company serves. The Company's Sprout reporting unit was adversely impacted during the second quarter of 2022 by these conditions, which impacted the operating results. Accordingly, management concluded that these factors were indicators of impairment.

As a result, management performed an impairment test for the Sprout reporting unit, for which it revised its assumptions on projected earnings and cash flows growth, as well as its assumptions on discount rates used to apply to the forecasted cash flows, using its best estimate of the conditions existing at September 30, 2022. Although management used its best estimate to assess the potential impact of the changes in the general economic conditions on the Company's business, management exercised significant judgment to estimate forecasted cash flows and discount rate, using assumptions which are subject to significant uncertainties. Accordingly, differences in estimates could affect whether a reporting unit is impaired and the dollar amount of that impairment, which could be material. The Company compared the carrying amount of the reporting unit to the fair value. The fair value of the Sprout reporting unit was determined to be lower than the carrying value and a $7,570,471 goodwill impairment expense was recorded in the quarter ended September 30, 2022.

The fair value of the reporting unit was estimated using a discounted cash flow model with a WACC post-tax discount rate of 11.0% and a market multiples valuation approach. The discount rate represents the risk adjusted WACC of the reporting unit, based on publicly available information and that of comparable companies operating in similar industries. Determination of the WACC requires separate analysis of the cost of equity and debt, and considers a risk premium based on an assessment of risks related to the projected cash flows of the reporting unit.

Cash flows were projected based on past experience, actual operating results and the three-year business plan including a terminal growth rate of 3.5%.

The most significant assumptions used to estimate the fair values using a discounted cash flow model included the forecasted revenue, gross margins, net working capital investment, terminal value as well as the discount rate. These significant assumptions are classified as Level 3 in the fair value hierarchy, signifying that they are not based on observable market data. A decrease in the projected cash flow or an increase in discount rate could have resulted in a higher impairment charge. Should these projections not be realized, or the discount rate needs to be increased, an impairment loss may be needed in future periods. Due to the impairment losses recorded during the second quarter of 2023, there is no headroom between the fair value of the reporting unit and its carrying value and therefore, changes in assumptions in future periods may result in additional impairment charges.

The aggregate amount of goodwill is allocated to each reporting unit as follows:

|  | December 31, 2022 | March 31, 2022 |
|---|---|---|
| Biodroga | $2,424,414 | $2,625,851 |
| Sprout | 11,971,966 | 19,542,437 |
|  | $14,396,380 | $22,168,288 |

# NEPTUNE WELLNESS SOLUTIONS INC.
Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

The Company also identified a trigger of impairment related to its intangible assets and recorded impairment charges of nil and $2,593,529 respectively for Sprout trademarks during the three and six-month periods ended September 30, 2022.  The fair value was determined using a relief from royalty discounted cash flow model.

7.  **Provisions**

(a)  During the year ended March 31, 2019, the Company received a judgment from the Superior Court of Québec (the "Court") in respect of certain royalty payments alleged to be owed and owing to a former chief executive officer of the Company (the "Former CEO") pursuant to the terms of an agreement entered into on February 23, 2001 between Neptune and the Former CEO (the "Royalty Agreement"). The Company appealed the judgment which was dismissed by the Court of Appeal of Québec in February 2021. Under the terms of the Royalty Agreement and as maintained by the court, annual royalties of 1% of the sales and other revenue made by the Company on a consolidated basis are payable by the Company to the Former CEO biannually, but only to the extent that the cost of the royalty would not cause the Company to have a loss before interest, taxes and amortization (in which case, the payments would be deferred to the following fiscal year).

As of December 31, 2022, a provision of $606,346 (March 31, 2022 - $362,809) has been recorded by the Company.  During the three and nine-month periods ended December 31, 2022, the Company increased the provision by $64,415 and $281,244 respectively, recorded foreign currency translation adjustments of $9,317 and $(37,707) respectively, and made no payments to the Former CEO in relation to this provision. During the three and nine-month periods ended December 31, 2021, the Company increased the provision by $135,757 and $651,229 respectively, recorded foreign currency translation adjustments of $(6,061) and $3,750 respectively, and made payments totaling $7,515 and $1,763,991 respectively to the Former CEO in relation to this provision.

Effective as of September 20, 2022, the Company notified the Former CEO that it was exercising its legal rights to terminate the Royalty Agreement. In response to such termination, the Former CEO is seeking a declaratory judgment that the Company did not have the legal right to terminate the Royalty Agreement.

(b)  In September 2020, Neptune submitted a claim and demand for arbitration against Peter M. Galloway and PMGSL Holdings, LLC (collectively "PMGSL") in accordance with the SugarLeaf Asset Purchase Agreement ("APA") dated May 9, 2019 between Neptune, PMGSL, Peter M. Galloway and Neptune Holding USA, Inc. Separately, PMGSL submitted a claim and demand for arbitration against Neptune. The Neptune claims and PMGSL claims have been consolidated into a single arbitration and each are related to the purchase by Neptune of substantially all of the assets of the predecessor entities of PMGSL Holdings, LLC. Neptune is claiming, among other things, breach of contract and negligent misrepresentation by PMGSL in connection with the APA and is seeking, among other things, equitable restitution and any and all damages recoverable under law. PMGSL is claiming, among other things, breach of contract by Neptune and is seeking, among other things, payment of certain compensation contemplated by the APA. A merit hearing in the arbitration took place in April 2022 and August 1, 2022. While Neptune believes there is no merit to the claims brought by PMGSL, a judgment in favor of PMGSL may have a material adverse effect on our business and Neptune intends to continue vigorously defending itself. Based on currently available information, a provision of $600,000 has been recognized for this case as at December 31, 2022 ($600,000 as at March 31, 2022).

(c)  A supplier of cannabis initiated a lawsuit against the Company's subsidiary, 9354-7537 Quebec Inc., ("9354") for breach of a Wholesale Cannabis Supply Agreement (the "Supply Agreement") for the purchase of cannabis trim.  The purchased trim was rejected by 9354 due to quality concerns. The supplier refused to refund the purchase price and ultimately sued 9354 for breach of the Supply Agreement. The matter proceeded to trial in November 2021, and on March 23, 2022, an arbitrator entered an arbitration award against 9354 for the full purchase price of the trim.  With fees and costs, the final arbitrator's award entered against 9354 was $1,127,024, plus applicable interest.   During the quarter ended June 30, 2022, the parties engaged into settlement negotiations which resulted in the execution of a settlement agreement dated July 13, 2022. As at June 30, 2022, the payable was revised to the settlement amount of $543,774 which resulted in the recognition of a settlement gain of $583,430 under Selling, general and administrative expenses for the three-month period ended June 30, 2022. During the three-month period ended September 30, 2022, the Company made a payment of $187,025 to the supplier, and recorded foreign currency translation adjustments of $(12,496) . This provision was included in trade and other payables. The Company made the final payment on October 12, 2022.  As at December 31, 2022, the balance of this payable was nil .

(d)  On March 16, 2021, a purported shareholder class action was filed in United States District Court for the Eastern District of New York against the Company and certain of its current and former officers alleging violations of Section 10(b) and 20(a) of the Securities Exchange Act of 1934, with respect to the Company's acquisition of SugarLeaf Labs, Inc. On October 21, 2022, the Company announced that it had agreed to settle and resolve the purported shareholder class action for a gross payment to the class of between $4 and $4.25 million, with the exact amount being within the Company's control and dependent on the type of consideration used. The settlement was subject to court approval and certification by the court of the class. On March 16, 2023 the settlement offer was accepted and the first payment in the amount of $500,000 was paid on March 22, 2023. Two additional payments of $500,000 each are due 30 days and 60 days after the first payment.  The rest is payable either in cash ($2,500,000) or in shares ($2,750,000) at Neptune's election, within 31 days after the Final Approval Order is entered.  As of December 31, 2022, a provision and an expense within selling, general administration of $4,000,000 (March 31, 2022 - nil) has been recorded by the Company.

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

(e) As at December 31, 2022, the Company has various additional other provisions for legal fees obligations for an aggregate amount of $730,587 (March 31, 2022 – $155,804).

**8.    Liability related to warrants:**

The Company has issued common shares, pre-funded warrants and warrants as part of its financing arrangements which are exercisable for a variable number of shares. Common shares and pre-funded warrants are classified as equity. Warrants are classified as liabilities rather than equity. As of October 1, 2022, as a result of the change in functional currency of Neptune, the 2020 Warrants and 2021 Warrants no longer met the criteria for liability classification and therefore were reclassified as equity prospectively (see note10(f)).

On October 11, 2022, the Company closed a registered direct offering ("October 2022 Direct Offering") of 3,208,557 of its Common Shares and warrants ("Series E Warrants") to purchase up to 6,417,114 Common Shares in the concurrent Private Placement. The combined purchase price for one Common Share and one warrant was $1.87. The Series E Warrants have an exercise price of $1.62 per Common Share, are exercisable immediately following the date of issuance and will expire five years from the date of issuance. The Company received gross proceeds of $6,000,002 and net proceeds of $5,135,002 after deducting the placement agent fees and expenses, and the Company's offering expenses. Based on the fair value of the warrants as at the date of closing, which was determined using a Black-Scholes model, the Company recorded the full proceeds to liabilities, with an initial liability of $7,029,614 and a loss on initial recognition of $1,029,614.  Because the fair value of the liability classified warrant exceeded the total proceeds, no consideration was allocated to the Common Shares. Total issue costs related to this offering of $865,000 were recorded under finance costs.

On June 23, 2022, Neptune issued a total of 645,526 pre-funded warrants ("Pre-Funded Warrants"), along with 1,300,000 common shares of the Company, as part of a registered direct offering ("June 2022 Direct Offering"). Each Pre-Funded Warrant was exercisable for one Common Share. The common shares and the Pre-Funded Warrants were sold together with 1,945,526 Series C Warrants (the "Series C Warrants"), and 1,945,526 Series D Warrants (the "Series D Warrants") and collectively, the "June 2022 Common Warrants". Each of the June 2022 Common Warrant is exercisable for one common share. Each of the common share and Pre-Funded Warrants and the accompanying June 2022 Common Warrants were sold together at a combined offering price of $2.57, for aggregate gross proceeds of $5,000,002 before deducting fees and other estimated offering expenses. The Pre-Funded Warrants are funded in full at closing except for a nominal exercise price of $0.0001 and are exercisable commencing on the Closing Date and will terminate when such Pre-Funded Warrants are exercised in full. The Series C Warrants and the Series D Warrants have an exercise price of $2.32 per share and can be exercised for a period of 5 years and 2 years respectively from the date of issuance. On October 6, 2022, the Company agreed to extend the termination date of 972,763 Series C Warrants by two years.

Proceeds of the June 2022 Direct Offering were allocated between common shares and warrants first by allocating proceeds to the warrants classified as a liability based on their fair value and then allocating the residual to the equity instruments, which includes the Pre-Funded Warrants. The fair value of the liability-classified warrants was determined using the Black-Scholes model, resulting in an initial warrant liability of $4,046,836 for the Series C Warrants and $3,080,121 for the Series D Warrants. Because the fair value of the liability classified warrant exceeded the total proceeds, no consideration was allocated to the Common Shares and Pre-Funded Warrants and a loss $2,126,955  was immediately recognized in the net loss of the period as there were no additional rights or privileges identified. The Company is in need of financing to be able to continue its activities as described in note 1. The Pre-Funded Warrants were exercised in full on June 24, 2022 for gross proceeds of $65. Total issue costs related to this private placement of $465,211, were recorded under finance costs.

During the month of August 2022, a total of 201,207 Series C Warrants and 972,763 Series D Warrants were exercised at $2.32 each in  cashless transactions, which resulted in an aggregate total of 384,446 shares being issued for an aggregate value of $1,769,000.

The fair value of the Series C Warrants and Series D Warrants liability was determined using the Black-Scholes model. Warrants are revalued each period-end at fair value and accounted for in the Company's profit and loss statement under "gain on revaluation of derivatives".

Changes in the value of the liability related to the warrants for the nine-month period ended December 31, 2022 and 2021 were as follows:

| | Warrants | Amount |
|---|---|---|
| Outstanding as at March 31, 2021 | 497,355 | $10,462,137 |
| Revaluation | | (8,853,111) |
| Movements in exchange rates | | 32,916 |
| Outstanding as at December 31, 2021 | 497,355 | 1,641,942 |
| | | |
| Outstanding as at March 31, 2022 | 1,925,929 | $5,570,530 |
| Warrants issued during the period | 10,308,166 | 14,156,571 |
| Warrants exercised during the period | (1,173,970) | (1,769,000) |
| Warrants reclassified to equity during the period | (497,355) | (37,710) |
| Revaluation gain | | (16,083,681) |
| Movements in exchange rates | | (392,652) |
| Outstanding as at December 31, 2022 | 10,562,770 | 1,444,058 |

Case 2:21-cv-01386-ENV-ARL   Document 69-5   Filed 07/18/23   Page 23 of 77 PageID #: 1932

# NEPTUNE WELLNESS SOLUTIONS INC.
Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

The following table provides the relevant information on the outstanding warrants as at December 31, 2022:

| Reference | Date of issuance | Number of warrants outstanding | Number of warrants exercisable | Exercise price | Expiry date |
|---|---|---|---|---|---|
| Series A Warrants | March 14, 2022 | 714,287 | 714,287 | $11.20 | September 14, 2027 |
| Series B Warrants | March 14, 2022 | 714,287 | 714,287 | $11.20 | March 14, 2028 |
| Series C Warrants | June 23, 2022 | 771,556 | 771,556 | $2.32 | June 23, 2027 |
| Series C Warrants | June 23, 2022 | 972,763 | 972,763 | $2.32 | June 23, 2029 |
| Series D Warrants | June 23, 2022 | 972,763 | 972,763 | $2.32 | June 24, 2024 |
| Series E Warrants | October 11, 2022 | 6,417,114 | 6,417,114 | $1.62 | October 11, 2027 |
| | | 10,562,770 | 10,562,770 | $3.10 | |

The holders of warrants listed above will be entitled to participate in dividends and other distributions of assets by the Company to its holders of common shares as though the holder then held common shares.

The derivative warrant liabilities are measured at fair value at each reporting period and the reconciliation of changes in fair value for the respective nine-month periods is presented in the following tables:

| | 2020 Warrants | | 2021 Warrants | |
|---|---|---|---|---|
| | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Balance - beginning of period | $309,769 | $6,174,137 | $306,704 | $4,288,000 |
| Warrants reclassified to equity during the period | (19,058) | — | (18,652) | — |
| Change in fair value to date of transfer to equity | (279,056) | (5,300,014) | (276,527) | (3,553,097) |
| Translation effect | (11,655) | 20,701 | (11,525) | 12,215 |
| Balance - end of period | $— | $894,824 | $— | $747,118 |

| | Series A Warrants | | Series B Warrants | |
|---|---|---|---|---|
| | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Balance - beginning of period | $3,270,816 | $— | $1,683,241 | $— |
| Change in fair value | (3,099,783) | — | (1,622,926) | — |
| Translation effect | (136,418) | — | (59,975) | — |
| Balance - end of period | $34,615 | $— | $340 | $— |

| | Series C Warrants | | Series D Warrants | |
|---|---|---|---|---|
| | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Balance - beginning of period | $— | $— | $— | $— |
| Warrants issued during the period | 4,046,836 | — | 3,080,121 | — |
| Warrants exercised during the period | (365,224) | — | (1,403,776) | — |
| Change in fair value | (3,339,370) | — | (1,337,675) | — |
| Translation effect | (121,760) | — | (51,319) | — |

| | | | | |
|---|---|---|---|---|
| Balance - end of period | | $220,482 | $— | $287,351 | $— |

21

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

|  | Series E Warrants | |
|---|---|---|
|  | December 31, 2022 | December 31, 2021 |
| Balance - beginning of period | $— | $— |
| Warrants issued during the period | 7,029,614 | — |
| Change in fair value | (6,128,344) | — |
| Balance - end of period | $901,270 | $— |

The fair value of the derivative warrant liabilities was estimated using the Black-Scholes option pricing model and based on the following assumptions:

|  | 2020 Warrants | | 2021 Warrants | |
|---|---|---|---|---|
|  | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Share price | N/A | $14.35 | N/A | $14.35 |
| Exercise price | N/A | $78.75 | N/A | $78.75 |
| Dividend yield | N/A | — | N/A | — |
| Risk-free interest | N/A | 1.10% | N/A | 1.22% |
| Remaining contractual life (years) | N/A | 3.81 | N/A | 4.64 |
| Expected volatility | N/A | 80.4% | N/A | 79.2% |

|  | Series A Warrants | | Series B Warrants | |
|---|---|---|---|---|
|  | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Share price | $0.32 | $— | $0.32 | $— |
| Exercise price | $11.20 | $— | $11.20 | $— |
| Dividend yield | — | — | — | — |
| Risk-free interest | 4.02% | — | 4.75% | — |
| Remaining contractual life (years) | 4.71 | — | 0.71 | — |
| Expected volatility | 94.2% | — | 135.7% | — |

|  | Series C Warrants | | Series D Warrants | |
|---|---|---|---|---|
|  | December 31, 2022 | June 23, 2022 (Grant date) | December 31, 2022 | June 23, 2022 (Grant date) |
| Share price | $0.32 | $2.90 | $0.32 | $2.90 |
| Exercise price | $2.32 | $2.32 | $2.32 | $2.32 |
| Dividend yield | — | — | — | — |
| Risk-free interest | 4.05% | 3.38% | 4.58% | 3.21% |
| Remaining contractual life (years) | 4.48 | 5.00 | 1.48 | 2.00 |
| Expected volatility | 94.1% | 84.0% | 112.4% | 88.7% |

22

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

| | Series E Warrants | |
| --- | --- | --- |
| | December 31, 2022 | October 11, 2022 (Grant date) |
| Share price | $0.32 | $1.54 |
| Exercise price | $1.62 | $1.62 |
| Dividend yield | — | — |
| Risk-free interest | 4.02% | 4.14% |
| Remaining contractual life (years) | 4.78 | 5.00 |
| Expected volatility | 93.6% | 90.4% |

The Company measured its derivative warrant liabilities at fair value on a recurring basis. These financial liabilities were measured using level 3 inputs. The Company uses the historical volatility of the underlying share to establish the expected volatility of the warrants. An increase or decrease in this assumption to estimate the fair values using the Black-Scholes option pricing model would result in an increase or a decrease in the fair value of the instruments, respectively.

9.      **Loans and borrowings:**

| | December 31, 2022 | March 31, 2022 |
| --- | --- | --- |
| Loans and borrowings: | | |
| Promissory note originally of $10,000,000 and increased to $13,000,000 on July 13, 2022, issued by Sprout, guaranteed by the Company and secured through a first-ranking mortgage on all movable current and future, corporeal and incorporeal, and tangible and intangible assets of Sprout. The outstanding principal balance bears interest at the rate of 10.0% per annum, increasing by 1.00% every three months commencing September 30, 2022. Interest is accrued and added to the principal amount of the loan and is presented net of borrowing costs. The principal and accrued interest may also be converted, in whole or in part, at any time before February 1, 2024, upon the mutual consent of Sprout, the Company and MSEC, into common shares of the Company. | $15,261,355 | $11,648,320 |
| Promissory note of $250,000 issued by Sprout on August 26, 2022, guaranteed by the Company and secured by the issued and outstanding capital stock of Sprout. The outstanding principal balance bears interest at the rate of 10.0% per annum, increasing by 1.00% every three months commencing September 30, 2022. Interest is accrued and added to the principal amount of the loan and is presented net of borrowing costs. The principal is payable on February 1, 2024 in cash, or, upon the prior consent of the holder, fully or partially in common shares of Neptune at the Company's discretion. | 201,428 | — |
| Promissory notes totaling $550,000 issued by Sprout on November 8, 2022, guaranteed by the Company and secured by the issued and outstanding capital stock of Sprout. The outstanding principal balance bears interest at the rate of 10.0% per annum, increasing by 1.00% every three months commencing December 31, 2022. Interest is accrued and added to the principal amount of the loan and is presented net of borrowing costs. The principal is payable on February 1, 2024 in cash, or, upon the prior consent of the holder, fully or partially in common shares of Neptune at the Company's discretion. | 473,875 | — |
| | 15,936,658 | 11,648,320 |
| Less current portion of loans and borrowings | — | — |
| Loans and borrowings | $15,936,658 | $11,648,320 |

On July 13, 2022, Sprout entered into an amendment of each of its existing Secured Promissory Notes. In connection with this amendment, investment funds managed by Morgan Stanley Expansion Capital ("Morgan Stanley" or "MSEC") agreed to immediately commit an additional $3 million in Secured Promissory Notes to Sprout. The maturity date of the note facility of February 1, 2024 is consistent with the maturity date of the existing Secured Promissory Notes with MSEC and Neptune. The $13.0 million of amended Secured Promissory Notes have a 10% interest rate per annum, increasing by 1% per annum every three months during the term of the Secured Promissory Notes. The interest will be compounded and added to the principal amount on a quarterly basis. MSEC was issued 372,670 common shares of Neptune, of a value of $570,185, in connection with this commitment.

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

On August 26, 2022, Sprout entered into an additional $250,000 Secured Promissory Note, which is on the same terms as the Secured Promissory Note entered into with MSEC discussed above. Neptune issued 36,765 common shares for a value of $75,736 in connection with this Secured Promissory Note in connection with this commitment.

On November 8, 2022, Sprout entered into three agreements to issue an additional aggregate $550,000 of Secured Promissory Notes, on the same terms as the Secured Promissory Note entered into with MSEC discussed above. In connection with these financings, Neptune issued 146,330 common shares for a value of $96,578 to the holders of these Secured Promissory Notes on February 15, 2023.

During the three and nine-month periods ended December 31, 2022, interest expense of $311,679 and $786,311 respectively were recognized on loans and borrowings (2021 - $252,055 and $756,888). All covenants for the loans and borrowings outstanding as at December 31, 2022 and March 31, 2022 were respected.

10.     **Capital and other components of equity:**

(a)     Share capital:

Authorized capital stock:

Unlimited number of shares without par value:

•    Common shares

Preferred shares, issuable in series, rights, privileges and restrictions determined at time of issuance:

•    Series A preferred shares, non-voting, non-participating, fixed, preferential, and non-cumulative dividend of 5% of paid-up capital, exchangeable at the holder's option under certain conditions into common shares (none issued and outstanding).

All issued shares are fully paid.

(b)     Share options exercised:

During the three and nine-month periods ended December 31, 2022 and 2021, Neptune issued no common shares of the Company upon exercise of stock options.

(c)     DSUs released:

During the three and nine-month periods ended December 31, 2022 and 2021 , Neptune issued no common shares of the Company for the release of DSUs to former and current members of the Board of Directors.

(d)     RSUs released:

During the nine-month period ended December 31, 2022, Neptune issued 269,599 common shares of the Company for RSUs released to the CEO as part of his employment agreement at a weighted average price of $5.60 per common share. The Company, with the consent of the CEO delayed issuance of an additional 173,493 RSUs. Withholding taxes of $815,953 were paid by the Company pursuant to the issuance of these RSUs.

During the nine-month period ended December 31, 2021, Neptune issued 51,095 common shares of the Company to the CEO as part of his employment agreement at a weighted average price of $155.05 per common share. Withholding taxes of $978,699 were paid by the Company pursuant to the issuance of these RSUs, resulting in the Company not issuing an additional 27,133 RSUs.

(e)     Restricted shares:

During the three and nine-month periods ended December 31, 2022 and 2021, Neptune issued no restricted common shares of the Company to employees.

24

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

(f)   Warrants:

As of October 1, 2022, as a result of the change in functional currency of Neptune, the 2020 Warrants and 2021 Warrants no longer met the criteria for liability classification and therefore were reclassified as equity prospectively. The reclassification did not impact the net earnings for the period.

On June 23, 2022, as part of the June 2022 Direct Offering described under note 8, Neptune issued a total of 645,526 pre-funded warrants ("Pre-Funded Warrants"), with each Pre-Funded Warrant exercisable for one Common Share. The Pre-Funded Warrants were funded in full at closing except for a nominal exercise price of $0.001 and were exercisable commencing on the Closing Date, and were to terminate when such Pre-Funded Warrants would be exercised in full. The Pre-funded warrants were fully exercised on June 24, 2022 for $65.

Changes in the value of equity related to the warrants were as follows:

| | December 31, 2022 | | December 31, 2021 | |
| --- | --- | --- | --- | --- |
| | Weighted average exercise price | Number of warrants | Weighted average exercise price | Number of warrants |
| Warrants outstanding at April 1, 2022 and 2021 | $325.34 | 176,429 | $325.34 | 176,429 |
| Issued | 0.0001 | 645,526 | — | — |
| Reclassification from liability related to warrants | 78.75 | 497,355 | — | — |
| Exercised | 0.0001 | (645,526) | — | — |
| Warrants outstanding at December 31, 2022 and December 31, 2021 | $120.36 | 673,784 | $325.34 | 176,429 |
| Warrants exercisable at December 31, 2022 and December 31, 2021 | $143.32 | 673,784 | $325.34 | 176,429 |

Warrants of the Company classified as equity are composed of the following as at December 31, 2022 and March 31, 2022:

| | December 31, 2022 | | | | | March 31, 2022 |
| --- | --- | --- | --- | --- | --- | --- |
| | Number outstanding | Number exercisable | Amount | Number outstanding | Number exercisable | Amount |
| Warrants IFF [(i)] | 57,143 | 57,143 | 1,630,210 | 57,143 | 57,143 | 1,630,210 |
| Warrants AMI [(ii)] | 119,286 | 119,286 | 4,449,680 | 119,286 | 119,286 | 4,449,680 |
| 2020 Warrants [(iii)] | 300,926 | 300,926 | 19,058 | — | — | — |
| 2021 Warrants [(iv)] | 196,429 | 196,429 | 18,652 | — | — | — |
| | 673,784 | 673,784 | $6,117,600 | 176,429 | 176,429 | $6,079,890 |

(i)    During the year ended March 31, 2020, Neptune granted 57,143 warrants ("Warrants IFF") with an exercise price of $420.00 expiring on November 7, 2024. The warrants, granted in exchange for services to be rendered by non-employees, vest proportionally to the services rendered. No expense was recognized during the three and nine-month periods ended December 31, 2022 (2021 - $25,267 and $178,917 respectively) under the research and development expenses.

(ii)   During the year ended March 31, 2020, Neptune granted 119,286 warrants ("Warrants AMI") with an exercise price of $280.00 with 85,715 expiring on October 3, 2024 and 33,572 expiring on February 5, 2025. The warrants, granted in exchange for services to be rendered by non-employees, vest proportionally to the services rendered. The warrants fully vested in fiscal year ended March 31, 2021 and as such no expense was recognized in relation to those instruments since then.

(iii)  During the year ended March 31, 2021, Neptune issued a total of 300,926 warrants ("2020 Warrants") with an exercise price of $78.75 expiring on October 22, 2025. The warrants, issued as part of the Private Placement entered into on October 20, 2020, are exercisable beginning anytime on or after April 22, 2021 until October 22, 2025. Initially classified as liability, the 2020 Warrants which had a fair value of $19,058 were reclassified as equity on October 1, 2022 as a result of the change in functional currency. The holders of these warrants will be entitled to participate in dividends and other distributions of assets by the Company to its holders of common shares as though the holder then held common shares.

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

    (iv)    On February 19, 2021, the Corporation issued 196,429 warrants ("2021 Warrants") with an exercise price of $78.75 expiring on August 19, 2026. The warrants, issued as part of a Registered Direct Offering entered into on February 17, 2021, are exercisable beginning anytime on or after August 19, 2021 until August 19, 2026. Initially classified as liability, the 2021 Warrants which had a fair value of $18,652 were reclassified as equity on October 1, 2022 as a result of the change in functional currency. The holders of these warrants will be entitled to participate in dividends and other distributions of assets by the Company to its holders of common shares as though the holder then held common shares.

(g)    Common shares issued in connection with debt financing:

On July 13, 2022, Neptune issued 372,670 common shares for a value of $570,185 in connection with the amendment of the Secured Promissory Notes that were issued by Sprout for the payment of borrowing costs. In connection with this amendment, investment funds managed by MSEC have provided an additional $3 million in Secured Promissory Notes to Sprout.

On September 9, 2022, Neptune issued 36,765 common shares for a value of $75,736 in connection with a new $250,000 Secured Promissory Notes that were issued by Sprout, for the payment of borrowing costs.

**11.    Non-controlling interest:**

The summarized financial information of Sprout is provided below. This information is based on amounts before inter-company eliminations and include the effects of the Company's purchase price adjustments.

Summarized statement of loss and comprehensive loss:

| | Three-month period ended | | Nine-month period ended | |
| --- | --- | --- | --- | --- |
| | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Revenue from contracts with customers | $8,380,966 | $6,791,703 | $24,903,038 | $19,456,048 |
| Cost of sales | (7,825,211) | (7,020,841) | (23,748,469) | (19,914,902) |
| Selling, general and administrative expenses | (3,184,805) | (2,185,582) | (9,412,606) | (7,157,115) |
| Impairment loss on goodwill and intangible assets | — | — | (10,164,000) | — |
| Finance costs | (934,685) | (1,184,310) | (2,396,967) | (1,857,471) |
| Loss before tax | (3,563,735) | (3,599,030) | (20,819,004) | (9,473,440) |
| Income tax (expense) recovery | (14,543) | 50 | (14,543) | (11,894) |
| Net loss | (3,578,278) | (3,598,980) | (20,833,547) | (9,485,334) |
| Total comprehensive loss | (3,578,278) | (3,598,980) | (20,833,547) | (9,485,334) |
| Loss attributable to the subsidiary's non-controlling interest | (1,785,561) | (1,803,089) | (10,395,940) | (4,752,152) |
| Comprehensive loss attributable to the subsidiary's non-controlling interest | $(1,785,561) | $(1,795,891) | $(10,395,940) | $(4,733,182) |

Summarized statement of balance sheets:

| | December 31, 2022 | March 31, 2022 |
| --- | --- | --- |
| Current assets | $13,911,380 | 12,260,375 |
| Non-current assets | 28,184,381 | 39,000,367 |
| Current liabilities | 8,010,791 | 5,991,483 |
| Non-current liabilities | 34,454,862 | 25,362,259 |
| Total equity | (369,892) | 19,907,000 |
| Attributable to: | | |
|   Equity holders of the Company | $(2,696,029) | $7,184,923 |
|   Non-controlling interest | 2,326,137 | 12,722,077 |

26

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

Summarized statement of cash flow:

|  | Three-month period ended | | Nine-month period ended | |
|---|---|---|---|---|
|  | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Cash flow used in operating activities | $(1,873,210) | $(531,533) | $(5,798,310) | $(8,605,043) |
| Cash flow used in investment activities | — | (55,519) | — | (56,765) |
| Cash flow from financing activities[1] | 1,999,408 | 859,130 | 5,249,408 | 8,831,765 |
| Net increase (decrease) in cash and cash equivalents | $126,198 | $272,078 | $(548,902) | $169,957 |

*(1) Cash flow from financing activities is partially provided through intercompany advances.*

**12.      Share-based payment:**

Under the Company's share-based payment arrangements, stock-based compensation expenses of $1,005,455 and $2,832,438 were recognized on equity share based awards and expenses of $110,859 and $3,263,437 on liability based awards in the consolidated statement of loss and comprehensive loss for the three and nine-month periods ended December 31, 2022 respectively (2021 - equity expenses of $1,013,795 and $6,251,713 respectively) and nil for liability based awards for the three and nine-month periods ended December 31, 2021.

As at December 31, 2022, the Company had the following share-based payment arrangements:

(a)    Company stock option plan:

(i)    Stock option plan:

The Company has established a stock option plan for directors, officers, employees and consultants. The exercise price of the stock options granted under the plan is not lower than the closing price of the common shares listed on the Nasdaq on the eve of the grant. The terms and conditions for acquiring and exercising options are set by the Board of Directors, subject to, among others, the following limitations: the term of the options cannot exceed ten years and every stock option granted under the stock option plan will be subject to conditions no less restrictive than a minimum vesting period of 18 months and a gradual and equal acquisition of vesting rights at least on a quarterly basis. The Company's stock-option plan allows the Company to issue a number of stock options not exceeding 15% of the number of common shares issued and outstanding at the time of any grant. The total number of stock options issuable to a single holder cannot exceed 5% of the Company's total issued and outstanding common shares at the time of the grant, provided that the maximum number of stock options issuable to a single consultant cannot exceed 2% of the Company's total issued and outstanding common shares at the time of the grant.

The number and weighted average exercise prices of stock options are as follows:

|  | Notes | 2022 | | 2021 | |
|---|---|---|---|---|---|
|  |  | Weighted average exercise price | Number of options | Weighted average exercise price | Number of options |
| Options outstanding at April 1st, 2022 and 2021 |  | $37.41 | 306,321 | $65.91 | 121,208 |
| Granted |  | 1.60 | 229,715 | 29.97 | 220,125 |
| Forfeited/Cancelled |  | 16.00 | (65,361) | 37.82 | (86,815) |
| Expired |  | 50.71 | (47,033) | 90.20 | (7,143) |
| Options outstanding at December 31, 2022 and 2021 |  | $18.55 | 423,642 | $45.10 | 247,375 |
| Options exercisable at December 31, 2022 and 2021 |  | $39.25 | 131,119 | $56.59 | 98,387 |

27

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

| | | | December 31, 2022 | |
| | | Options outstanding | Exercisable options | |
| Exercise price | Weighted remaining contractual life outstanding | Number of options outstanding | Weighted number of options exercisable | Weighted average exercise price |
|---|---|---|---|---|
| $1.55  - $1.59 | 4.63 | 115,715 | 19,048 | 1.55 |
| $1.60  - $6.07 | 4.74 | 114,000 | — | — |
| $6.08  - $27.90 | 3.71 | 106,431 | 57,621 | 25.51 |
| $27.91 - $42.96 | 3.55 | 28,669 | 10,804 | 30.23 |
| $42.97 - $157.38 | 7.21 | 58,827 | 43,646 | 76.08 |
| | | 423,642 | 131,119 | |

The fair value of options granted has been estimated using the Black-Scholes option pricing model and based on the weighted average of certain assumptions.  The Company granted respectively no options and 114,000 options to non-employees during the three and nine-month periods ended December 31, 2022 (none for the three and nine-month periods ended December 31, 2021) resulting in a $128,680 and a nil stock-based compensation expense, respectively for the nine-month periods ended December 31, 2022 and 2021.

| | Nine-month periods ended | |
| Black Sholes assumptions used | December 31, 2022 | December 31, 2021 |
|---|---|---|
| Share price | $10.50-$155.05 | $18.20-$155.05 |
| Exercise price | $10.50-$155.05 | $19.25-$155.05 |
| Dividend yield | nil | nil |
| Risk-free interest | 0.13% - 2.04% | 0.13% - 2.04% |
| Expected life (years) | 3.54 | 3.47 |
| Expected volatility | 53.52% - 91.94% | 53.52% - 86.04% |

Stock-based compensation recognized under this plan amounted to $299,406 and $774,679 respectively for the three and nine-month periods ended December 31, 2022 (2021 - $162,735 and $1,598,378). Unrecognized compensation cost at December 31, 2022 is $399,386 with a weighted average period remaining of 1.03 years (2021 - $1,584,133  with a weighted average period remaining of 1.29 years).

(ii)     Non-market performance options:

On July 8, 2019, the Company granted 100,000 non-market performance options under the Company stock option plan at an exercise price of $4.43 per share to the CEO, expiring on July 8, 2029. These options vest after the attainment of non-market performance conditions within the following ten years. These non-market performance options required the approval of amendments to the stock option plan and therefore the fair value of these options was revalued up to the date of the approval of the amendments (grant date). None of these non-market performance options have vested as at December 31, 2022.  These options were not exercisable as at December 31, 2022 and 2021.

No stock-based compensation expense was recognized during the three and nine-month periods ended December 31, 2022 (three and nine-month periods ended December 31, 2021- $99,849 and $301,013 respectively).

(iii)    Market performance options:

On July 8, 2019, the Company granted 157,142 market performance options under the Company stock option plan at an exercise price of $4.43 per share to the CEO, expiring on July 8, 2029. These options vest after the attainment of market performance conditions within the following ten years. Some of these market performance options required the approval of amendments to the stock option plan and therefore the fair value of these options was revaluated up to the date of the approval of the amendments (grant date).

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

The number and weighted average exercise prices of market performance options are as follows:

| | Notes | 2022 Weighted average exercise price | 2022 Number of options | 2021 Weighted average exercise price | 2021 Number of options |
|---|---|---|---|---|---|
| Options outstanding at April 1, 2022 and 2021 | | $155.05 | 157,142 | $155.05 | 157,142 |
| Options outstanding at December 31, 2022 and 2021 | | $155.05 | 157,142 | $155.05 | 157,142 |
| Options exercisable at December 31, 2022 and 2021 | | $155.05 | 21,429 | $155.05 | 21,429 |

Stock-based compensation recognized under this plan amounted to $573,588 and $1,776,579 respectively for the three and nine-month periods ended December 31, 2022. Stock-based compensation expenses of $618,162 and $1,863,558 were recognized for three and nine-month periods ended December 31, 2021 respectively. Unrecognized compensation cost at December 31, 2022 is $9,484,197 with a weighted average period remaining of 6.76 years (2021 - $12,610,370 with a weighted average period remaining of 7.76 years).

(b)    Deferred Share Units and Restricted Share Units:

The Company has established an equity incentive plan for employees, directors and consultants of the Company. The plan provides for the issuance of restricted share units, performance share units, restricted shares, deferred share units and other share-based awards, subject to restricted conditions as may be determined by the Board of Directors. Upon fulfillment of the restricted conditions, as the case may be, the plan provides for settlement of the awards outstanding through shares.

(i)    Deferred Share Units ("DSUs")

The number and weighted average share prices of DSUs are as follows:

| | Notes | 2022 Weighted average share price | 2022 Number of DSUs | 2021 Weighted average share price | 2021 Number of DSUs |
|---|---|---|---|---|---|
| DSUs outstanding at April 1, 2022 and 2021 | | $66.45 | 4,308 | $63.00 | 1,202 |
| DSUs outstanding at December 31, 2022 and 2021 | | $66.45 | 4,308 | $19.00 | 4,308 |
| DSUs exercisable at December 31, 2022 and 2021 | | $66.45 | 4,308 | $48.18 | 1,976 |

Of the 4,308 DSUs outstanding as at December 31, 2022 (2021 – 4,308), 1,555 DSUs vested during the nine-month period ended December 31, 2021 upon services to be rendered during a period of twelve months from date of grant (2021 – 1,108). The fair value of the DSUs is determined to be the share price at the date of grant and is recognized as stock-based compensation, through additional paid-in capital, over the vesting period.

Stock-based compensation recognized under this plan amounted to $— and $13,025 respectively for the three and nine-month periods ended December 31, 2022. Stock-based compensation expenses of $23,928 and $29,235 were recognized for three and nine-month periods ended December 31, 2021 respectively.

(ii)    Restricted Share Units ("RSUs")

During the year ended March 31, 2020, as part of the employment agreement of the CEO, the Company granted RSUs which vest over three years in 36 equal instalments. During the year ended March 31, 2021, Neptune granted additional RSUs to the CEO and to executives of the Company, which vest over periods ranging from 6 months to 3 years. The fair value of the RSUs is determined to be the share price at the date of grant and is recognized as stock-based compensation, through additional paid-in capital, over the vesting period. The fair value of the RSUs granted during the nine-month period ended December 31, 2022 was $3.31 per unit.

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

| | Notes | 2022 Weighted average share price | 2022 Number of RSUs | 2021 Weighted average share price | 2021 Number of RSUs |
|---|---|---|---|---|---|
| RSUs outstanding at April 1st, 2022 and 2021 | | $59.75 | 25,038 | $92.08 | 95,845 |
| Granted | | 3.31 | 436,449 | — | 11,751 |
| Forfeited | | 19.25 | (15,606) | — | (2,858) |
| Released through the issuance of common shares | 10(d) | 5.60 | (269,599) | 155.05 | (51,095) |
| Withheld as payment of withholding taxes | 10(d) | 5.60 | (173,493) | 155.05 | (27,133) |
| RSUs outstanding at December 31, 2022 and 2021 | | $60.04 | 2,789 | $148.49 | 26,510 |

Stock-based compensation recognized under this plan amounted to $132,461 and $268,155 respectively for the three and nine-month periods ended December 31, 2022. Stock-based compensation expenses of $109,121 and $2,459,529 were recognized for three and nine-month periods ended December 31, 2021 respectively. There is no unrecognized compensation cost at December 31, 2022 (2021 - $501,720 unrecognized compensation cost with a weighted average remaining life of 0.76 years).

On November 14, 2021, the Company and its CEO entered into an agreement pursuant to which the CEO's existing employment agreement was amended to waive the Company's obligation to procure directors and officers insurance coverage of up to $15 million for the period covering July 1, 2021 to July 31, 2022. The parties agreed that if the Company had successfully completed a strategic partnership prior to December 31, 2021, the CEO would have been entitled to approximately $6.9 million in cash and would have been granted fully vested options to purchase 8.5 million shares of the Company's common stock. As the strategic partnership was not consummated by December 31, 2021, the CEO was entitled to monthly cash payments for an aggregate value of approximately $6.9 million or the issuance over time of a fixed amount of fully vested RSUs, at the option of the Company.

The balance of the liability accrual to the CEO is $8,587 (including withholding taxes) as at December 31, 2022, in trade and other payables. The revaluation of the liability amounted to a loss of $110,859 and a gain of $3,263,437 respectively for the three and nine-month periods ended December 31, 2022 and were recorded into selling, general and administrative expenses (2021 – nil for both periods). During the three and nine-month periods ended December 31, 2022, settlements in RSUs were of $132,681 and $1,555,585 respectively. The compensation to be settled in RSUs or if the Company is unable to grant such RSUs, then a combination of cash and vested RSUs with equivalent value, is not reflected in the number of RSUs outstanding above.

(c)    Long term cash bonus:

According to the employment agreement with the CEO, a long-term incentive of $15 million is payable if the Company's US market capitalization is at least $1 billion. The Company uses a risk-neutral Monte Carlo simulation to estimate the fair-value of this instrument and recognizes the incentive over the estimated period to reach the market capitalization.

As at December 31, 2022, the liability related to this long-term incentive of $23,000 ($88,688 as at March 31, 2022) is presented in Other liability in the consolidated balance sheets. During the nine-month period ended December 31, 2022, a recovery of $65,688 (2021 - a recovery of $238,155) was recorded in connection with the long-term incentive under selling, general and administrative expenses in the consolidated statement of loss. During the three-month period ended December 31, 2022, the Company recorded a recovery of $1,000 (2021 - a recovery of $85,468).

**13.  Income (Loss) per share:**

The Company presents basic net income per share using the two-class method. The two-class method is an earnings allocation formula that treats a participating security as having rights to earnings that otherwise would have been available to equity holders and that determines basic net income per share for each class of stock and participating security according to dividends declared (or accumulated) and participation rights in undistributed earnings that would have been available to equity holders. A participating security is defined as a security that may participate in undistributed earnings with shares.

The Company's capital structure includes securities that participate with shares on a one-for-one basis for distribution of dividends. The following classes of warrants are considered participating securities as they are entitled to participate in dividend distributions alongside equity holders for which the two-class method is applied in computing earnings per share: Series A Warrants, Series B Warrants, Series C Warrants, Series D Warrants, Series E Warrants, 2020 Warrants and 2021 Warrants. The Company determines the diluted net income per share by using the more dilutive of the two class-method or the treasury stock method. The issued and unexercised liability and equity classified warrants do not participate in losses of the Company, thus an allocation of losses is not performed when the Company is in a loss position.

The effects of options, DSUs, RSUs and warrants are excluded from the calculation of diluted loss per share for periods in which a company sustains a loss. Accordingly, diluted loss per share was the same as basic loss per share, except for the three-month period ended December

30

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

31, 2022, because the Company has incurred losses in each of the other periods presented. All outstanding options, DSUs, RSUs and warrants could potentially be dilutive in the future.

| | Three-month periods ended | | Nine-month periods ended | |
|---|---|---|---|---|
| | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Net income (loss) attributed to equity holders | $1,288,110 | $(15,009,015) | $(33,893,698) | $(43,029,506) |
| Less: Undistributed earnings attributed to warrant holders | (631,070) | — | — | — |
| Basic net income (loss) attributed to common shareholders | $657,040 | $(15,009,015) | $(33,893,698) | $(43,029,506) |
| Dilutive net income (loss) attributed to common shareholders | $657,040 | $(15,009,015) | $(33,893,698) | $(43,029,506) |
| Basic weighted-average number of common shares outstanding | 11,030,838 | 4,781,190 | 8,462,761 | 4,765,762 |
| Effect of dilutive securities | | | | |
| Options, RSU's, DSU's | 64,129 | — | — | — |
| Dilutive weighted-average number of common shares outstanding | 11,094,967 | 4,781,190 | 8,462,761 | 4,765,762 |
| Net income (loss) per share attributable to common shareholders of the Company | | | | |
| Basic earnings (loss) per share | $0.06 | $(3.14) | $(4.01) | $(9.03) |
| Dilutive earnings (loss) per share | $0.06 | $(3.14) | $(4.01) | $(9.03) |

The following table summarizes outstanding securities not included in the computation of diluted net income (loss) per share as the effect would have been anti-dilutive for each respective period.

| | Three-month periods ended | | Nine-month periods ended | |
|---|---|---|---|---|
| Securities | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Options, RSU's, DSU's | 523,752 | 435,335 | 587,881 | 435,335 |
| Warrants | 11,236,554 | 673,784 | 11,236,554 | 673,784 |

## 14.    Fair-value:

The Company uses various methods to estimate the fair value recognized in the consolidated financial statements. The fair value hierarchy reflects the significance of inputs used in determining the fair values:

- Level 1 – Unadjusted quoted prices in active markets for identical assets or liabilities that the entity can access at the measurement date;

- Level 2 – Inputs other than quoted prices included within Level 1 that are observable for the asset or liability, either directly (i.e. as prices) or indirectly (i.e. derived from prices);

- Level 3 – Fair value based on valuation techniques which includes inputs related to the asset or liability that are not based on observable market data (unobservable inputs).

Financial assets and liabilities measured at fair value on a recurring basis are the assets held for sale, the call option granted to Neptune by Sprout's non-controlling interest owners of equity (the "Call Option") and the liability related to warrants.

The following table presents the Company's hierarchy for its financial assets and liabilities measured at fair value on a recurring basis as of December 31, 2022 and March 31, 2022:

| | Notes | December 31, 2022 | | | |
|---|---|---|---|---|---|
| | | Level 1 | Level 2 | Level 3 | Total |
| Liabilities | | | | | |
| Liability related to warrants | 8 | $— | $— | $1,444,058 | $1,444,058 |

| | | | | |
|---|---|---|---|---|
| Total | | $— | $— | $1,444,058 | $1,444,058 |

31

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

|  | Notes | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|---|
|  |  | | March 31, 2022 | | |
| **Liabilities** |  |  |  |  |  |
| Liability related to warrants | 8 | $— | $— | $5,570,530 | $5,570,530 |
| Total |  | $— | $— | $5,570,530 | $5,570,530 |

On June 8, 2022, the Company announced a planned divestiture of the Canadian cannabis business and the Company will focus on winding up its cannabis operations pending one or more sales transactions.  Following this announcement, the disposal group was first measured based on level 3 inputs, at fair value less cost to sell using market prices for comparative assets, and then based on level 1 inputs during the quarter ended September 30, 2022, as per the ASPA (note 2(d)).

On February 10, 2021, Sprout's other equity interest owners granted Neptune a call option (the "Call Option") to purchase the remaining 49.9% outstanding equity interests of Sprout, at any time beginning on January 1, 2023 and ending on December 31, 2023. On December 31, 2022 and March 31, 2022, the Call Option was measured based on level 3 inputs to nil. For the three and nine-month periods ended December 31, 2022, the Company recorded gains on re-measurement of nil (2021 - losses of $(376,753) and $(146,138) respectively).

The liabilities related to warrants were recorded at their fair value using a Black-Scholes pricing model. Warrants are revalued each period end at fair value through profit and loss using level 3 inputs (note 8).

The Company has determined that the carrying values of its short-term financial assets and liabilities approximate their fair values given the short-term nature of these instruments. The carrying value of the short-term investment also approximates its fair value given the short-term maturity of the reinvested funds. For variable rate loans and borrowings, the fair value is considered to approximate the carrying amount.

The fair value of the fixed rate loans and borrowings and long-term payable is determined by discounting future cash flows using a rate that the Company could obtain for loans with similar terms, conditions and maturity dates. The fair value of these instruments approximates the carrying amounts and was measured using level 3 inputs.

15.     **Commitments and contingencies:**

(a)     Commitments:

    (i)     On January 31, 2020, Neptune entered into an exclusive license agreement for a specialty ingredient in combination with fish oil products in nutraceutical products for a period of 8 years. Neptune is required to pay royalties on sales for these products. To maintain exclusivity, Neptune must reach annual minimum volumes of sales for the duration of the agreement or make corresponding minimum royalty payments. The total remaining amount of minimum royalties under the license agreement is $1,148,564. Failure to make the minimum royalty payments will solely result in the license granted thereunder becoming non-exclusive.

    (ii)     On March 21, 2019, the Company received a judgment from the Court regarding certain previously disclosed claims made by a corporation controlled by the former CEO against the Company in respect to certain royalty payments alleged to be owed and owing to the former CEO pursuant to the terms of an agreement entered into on February 23, 2001 between Neptune and the former CEO (the "Agreement"). The Court declared that under the terms of the agreement, the Company is required to pay royalties of 1% of its revenues in semi-annual instalments, for an unlimited period. Based on currently available information, a provision of $606,346 for royalty payments has been recognized as of December 31, 2022 ($362,809 as at March 31, 2022). Refer to note 7.

    (iii)     On May 28, 2021, Sprout entered into a license agreement with Moonbug Entertainment Limited ("Moonbug"), pursuant to which it would license certain intellectual property, relating to characters from the children's entertainment property CoComelon, for use on certain Sprout products through December 31, 2023 in exchange for a royalty on net sales. Sprout is required to make minimum guaranteed annual payments to Moonbug of $200,000 over the term of the agreement. The agreement may be extended for an additional three years in exchange for an additional minimum guaranteed annual payment to Moonbug of $200,000 over the extended term of the agreement. Royalties payable under the agreement are set off against minimum guaranteed payments made.

32

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

(b)   Contingencies:

In the normal course of business, the Company is involved in various claims and legal proceedings, for which the outcomes, inflow or outflow of economic benefits, are uncertain. The most significant of which are ongoing are as follows:

(i)   In September 2020, Neptune submitted a claim and demand for arbitration against Peter M. Galloway and PMGSL Holdings, LLC (collectively "PMGSL") in accordance with the SugarLeaf Asset Purchase Agreement ("APA") dated May 9, 2019 between Neptune, PMGSL, Peter M. Galloway and Neptune Holding USA, Inc. Separately, PMGSL submitted a claim and demand for arbitration against Neptune. The Neptune claims and PMGSL claims have been consolidated into a single arbitration and each are related to the purchase by Neptune of substantially all of the assets of the predecessor entities of PMGSL Holdings, LLC. Neptune is claiming, among other things, breach of contract and negligent misrepresentation by PMGSL in connection with the APA and is seeking, among other things, equitable restitution and any and all damages recoverable under law. PMGSL is claiming, among other things, breach of contract by Neptune and is seeking, among other things, payment of certain compensation contemplated by the APA. A merit hearing in the arbitration started in April 2022 with a further week of testimony from August 1-5, 2022.  On June 15, 2022, a one-day hearing took place on Neptune's motion to enforce a settlement agreement reached on April 2021 (which was repudiated by PMGSL in June 2021).  Following oral argument on July 7, 2022, that motion was denied.  While Neptune believes there is no merit to the claims brought by PMGSL, a judgment in favor of PMGSL may have a material adverse effect on our business and Neptune intends to continue vigorously defending itself. Based on currently available information, a  provision of $600,000 has been recognized for this case as at December 31, 2022 ($600,000 as at March 31, 2022).

(ii)   On February 4, 2021, the United States House of Representatives Subcommittee on Economic and Consumer Policy, Committee on Oversight and Reform (the "Subcommittee"), published a report, "Baby Foods Are Tainted with Dangerous Levels of Arsenic, Lead, Cadmium, and Mercury" (the "Report"), which stated that, with respect to Sprout, "independent testing of Sprout Organic Foods" has confirmed that their baby foods contain concerning levels of toxic heavy metals." The Report further stated that after receiving reports alleging high levels of toxic metals in baby foods, the Subcommittee requested information from Sprout but did not receive a response.  On February 11, 2021, following the acquisition of a 50.1% stake in Sprout by Neptune, the Subcommittee contacted Sprout, reiterating its requests for documents and information about toxic heavy metals in Sprout's baby foods. Sprout provided an initial response to the Subcommittee on February 25, 2021 and is cooperating with the Subcommittee requests.

Further, on February 24, 2021, the Office of the Attorney General of the State of New Mexico ("NMAG") delivered to Sprout a civil investigative demand requesting similar documents and information with regards to the Report and the NMAG's investigation into possible violations of the False Advertising Act of New Mexico. Sprout is responding to the requests of the NMAG.

Since February 2021, several putative consumer class action lawsuits have been brought against Sprout alleging that its products (the "Products") contain unsafe and undisclosed levels of various naturally occurring heavy metals, namely lead, arsenic, cadmium and mercury. Sprout has denied the allegations in these lawsuits and contends that its baby foods are safe and properly labeled. The claims raised in these lawsuits were brought in the wake of the highly publicized Report. All such putative class actions have since been dismissed. No provision has been recorded in the financial statements for these cases.

In addition to the consumer class actions discussed above, Sprout is currently named in three lawsuits (filed in California State Court on June 16, 2021, filed in Hawaii State Court on January 9, 2023 and filed in Nevada Federal Court on March 3, 2023, respectively) alleging some form of personal injury from the ingestion of Sprout's Products, purportedly due to unsafe and undisclosed levels of various naturally occurring heavy metals. These lawsuits generally allege injuries related to neurological development disorders such as autism spectrum disorder and attention deficit hyperactivity disorder. Sprout denies that its Products contributed to any of these injuries. In addition, the Office of the Attorney General for the District of Columbia ("OAG") sent a letter to Sprout dated October 1, 2021, similar to letters sent to other baby food manufacturers, alleging potential labeling and marketing misrepresentations and omissions regarding the health and safety of its baby food products, constituting an unlawful trade practice. Sprout has agreed to meet with the OAG and will vigorously defend against the allegations. No provision has been recorded in the financial statements for this matter.

These matters may have a material adverse effect on Sprout's financial condition, or results of operations.

The outcome of these claims and legal proceedings against the Company cannot be determined with certainty and is subject to future resolution, including the uncertainties of litigation.

# NEPTUNE WELLNESS SOLUTIONS INC.
Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

16.    **Operating Segments:**

The Company measures its performance based on a single segment, which is the consolidated level used in internal management reports that are reviewed by the Company's Chief Operating Decision Maker.

a)    Geographical information:

Revenue is attributed to geographical locations based on the origin of customers' location:

| | Three-month periods ended | | Nine-month periods ended | |
|---|---|---|---|---|
| | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Canada | $1,347,700 | $4,560,116 | $7,074,759 | $8,920,392 |
| United States | 10,597,392 | 9,831,143 | 32,626,483 | 27,643,347 |
| Other countries | 263,816 | 276,670 | 766,736 | 701,330 |
| | $12,208,908 | $14,667,929 | $40,467,978 | $37,265,069 |

Long-lived assets of the Company are located in the following geographical location:

| | December 31, 2022 | March 31, 2022 |
|---|---|---|
| Canada | $536,905 | $20,724,674 |
| United States | 1,325,762 | 723,449 |
| Total property, plant and equipment | $1,862,667 | $21,448,123 |

| | December 31, 2022 | March 31, 2022 |
|---|---|---|
| Canada | $1,688,339 | $2,353,054 |
| United States | 15,654,839 | 19,301,981 |
| Total intangible assets | $17,343,178 | $21,655,035 |

| | December 31, 2022 | March 31, 2022 |
|---|---|---|
| Canada | $2,424,414 | $2,625,851 |
| United States | 11,971,966 | 19,542,437 |
| Total goodwill | $14,396,380 | $22,168,288 |

b)    Revenues

The Company derives revenue from the sales of goods which are recognized at a point in time as follows:

| | Three-month periods ended | | Nine-month periods ended | |
|---|---|---|---|---|
| | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Nutraceutical products | $3,541,002 | $3,927,334 | $11,844,529 | $11,168,555 |
| Cannabis and hemp products | 23,337 | 3,516,488 | 2,740,664 | 5,659,039 |
| Food and beverages products | 8,380,753 | 6,927,617 | 25,083,053 | 19,606,381 |
| Innovation products | — | (344) | — | 68,515 |
| | $11,945,092 | $14,371,095 | $39,668,246 | $36,502,490 |

34

# NEPTUNE WELLNESS SOLUTIONS INC.

Notes to the Unaudited Condensed Consolidated Interim Financial Statements
For the three-month periods ended December 31, 2022 and 2021

**17.    Related parties:**

Related party transactions and balances not disclosed elsewhere in these notes of the financial statements are as follows:

On November 11, 2019, Neptune announced that the Company entered into a collaboration agreement with International Flavors & Fragrances Inc. ("IFF") to co-develop hemp-derived products for the mass retail and health and wellness markets. App Connect Service, Inc. ("App Connect"), a company indirectly controlled by Michael Cammarata, CEO and Director of Neptune, is also a party to the agreement to provide related branding strategies and promotional activities. Neptune will be responsible for the marketing and the sales of the products and will receive the amounts from the product sales. Neptune will in turn pay a royalty to IFF and App Connect associated with the sales of the co-developed products. The payment of royalties to App Connect, subject to certain conditions, has been approved by the TSX. During the three and nine-month periods ended December 31, 2022 and 2021, the Company recorded a negligible amount of royalty expense pursuant to the co-development contract and no royalties were paid to date.

**18.    Subsequent events:**

On January 13, 2023, Neptune announced that it has closed on a senior secured notes financing (such notes, the "Notes") for gross proceeds of $4,000,000 with CCUR Holdings, Inc. and Symbolic Logic, Inc. (collectively, the "Noteholders"). The Notes will mature 12 months from the initial closing and bear interest at a rate of 16.5% per annum. The notes are secured by the assets of Neptune excluding the assets of Sprout. Interest will be payable in kind on the first 6 monthly payment dates after the initial closing date and thereafter will be payable in cash. Pursuant to the terms of the Notes, the Company also issued to the Noteholders warrants to purchase an aggregate of 850,000 shares of Neptune common stock, with each warrant exercisable for 5 years following the initial issuance at a price of $0.53 per common share. On March 9, 2023, the Company entered into a Waiver and First Amendment to the Notes (the "Waiver Agreement"). The Waiver Agreement waives certain administrative, regulatory and financial statement related covenants as further described in the Waiver Agreement as required by the terms of the Notes. The lender has the right to demand immediate repayment in the event of default. Furthermore, in connection with the Waiver Agreement, the Notes were amended to provide that the Purchasers shall be paid an exit fee in the aggregate amount of $200,000, payable as follows: (i) on or prior to May 15, 2023, $100,000 and (ii) on the Maturity Date (as defined in the Note Purchase Agreement), $100,000 and the interest rate was increased to 24% for a period extending until the Company meets specified criteria in the Waiver Agreement.

On January 25, 2023, Neptune announced that its organic baby food brand subsidiary, Sprout Organics, has entered into an accounts receivable factoring facility with Alterna Capital Solutions, LLC ("Alterna"). The maximum available is $5 million. The terms of the agreement include a Funds Usage Fee of prime plus 1% with a minimum interest rate of 8% per annum. Alterna was granted a security interest in Sprout's accounts receivable. The agreement will remain in effect for a 12-month period, effective January 23, 2023, and will be automatically renewed. Neptune provided a commercial guaranty in connection with this agreement.

**ITEM 2. MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS.**

*You should read the following discussion and analysis together with our consolidated financial statements and related notes in Part I, Item 1. The following discussion contains forward-looking statements, which statements are subject to considerable risks and uncertainties. Our actual results could differ materially from those expressed or implied in any forward-looking statements as a result of various factors, including those set forth under the caption "Risk Factors" in Part II, Item 1A.*

*Certain statements contained in this Quarterly Report are "forward-looking statements" within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Exchange Act, and are subject to the "safe harbor" created by these sections. Future filings with the SEC, future press releases and future oral or written statements made by us or with our approval, which are not statements of historical fact, may also contain forward-looking statements. Because such statements include risks and uncertainties, many of which are beyond our control, actual results may differ materially from those expressed or implied by such forward-looking statements. Some of the factors that could cause actual results to differ materially from those expressed or implied by such forward-looking statements can be found under the caption "Risk Factors" in Part II, Item 1A, and elsewhere in this Quarterly Report. The forward-looking statements speak only as of the date on which they are made, and we undertake no obligation to update such statements to reflect events that occur or circumstances that exist after the date on which they are made.*

*All amounts in the tables contained in this MD&A are in millions of dollars, except for basic and diluted income (loss) per share which are shown in dollars.*

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

## GOING CONCERN

The condensed consolidated interim financial statements have been prepared on a going concern basis, which presumes that the Company will continue realizing its assets and discharging its liabilities in the normal course of business for the foreseeable future. The Company has incurred significant operating losses and negative cash flows from operations since inception. To date, the Company has financed its operations primarily through the public offering and private placement of Common Share units, consisting of Common Shares and warrants, and convertible debt, the proceeds from research grants and research tax credits, and the exercises of warrants, rights and options. For the nine-month period ended December 31, 2022, the Company incurred a net loss of $44.3 million and negative cash flows from operations of $20.7 million, and had an accumulated deficit of $357.1 million as of December 31, 2022. For the year ended March 31, 2022, the Company incurred a net loss of $84.4 million and negative cash flows from operations of $54.3 million. Furthermore, as at December 31, 2022, the Company's current liabilities and expected level of expenses for the next twelve months exceed cash on hand of $3.4 million and its total current liabilities exceed its total current assets. Accordingly, the Company is required to actively manage its liquidity and expenses and payments of payables are not being made as the amounts become due for certain suppliers.

The Company currently has no committed sources of financing available other than from the transactions completed after period-end from the debt financing and the accounts receivable factoring facility (see note 18).

As of the date these financial statements are authorized for issuance, the cash balance is expected to be sufficient to operate the business for the next one to two months under the current business plan. The Company requires funding in the very near term in order to continue its operations. If the Company is unable to obtain funding in the near-term, it may have to cease operations and liquidate its assets.

These conditions cast substantial doubt about the Company's ability to continue as a going concern.

Going forward, the Company will seek additional financing in various forms. To achieve the objectives of its business plan, Neptune plans to raise the necessary funds through additional securities offerings and the establishment of strategic alliances. The ability of the Company to complete the needed financing and ultimately achieve profitable operations is dependent on a number of factors outside of the Company's control. The Company's business plan is dependent upon, among other things, its ability to achieve and maintain profitability, continue to obtain adequate ongoing debt and/or equity financing to finance operations within and beyond the next twelve months. See note 18 regarding a new debt issuance in January 2023 and related waiver.

While the Company has been successful in obtaining financing from public issuances and private placements, there is no certainty as to future financings.

These consolidated financial statements do not include any adjustments to the recoverability and classification of recorded asset amounts and classification of liabilities that might be necessary should the going concern basis not be valid. These adjustments could be material.

**Recent financings:**

On January 25, 2023, Neptune announced that its organic baby food brand subsidiary, Sprout Organics, has entered into an accounts receivable factoring facility with Alterna Capital Solutions, LLC ("Alterna"). The maximum available is $5 million. The terms of the agreement include a Funds Usage Fee of prime plus 1% with a minimum interest rate of 8% per annum. Alterna was granted a security interest in Sprout's accounts receivable. The agreement will remain in effect for a 12-month period, effective January 23, 2023 , and will be automatically renewed. Neptune provided a commercial guaranty in connection with this agreement.

On January 13, 2023, Neptune announced that it has closed on a senior secured notes financing (such notes, the "Notes") for gross proceeds of $4.0 million with CCUR Holdings, Inc. and Symbolic Logic, Inc. (collectively, the "Noteholders"). The Notes will mature 12 months from the initial closing and bear interest at a rate of 16.5% per annum. The notes are secured by the assets of Neptune excluding the assets of Sprout. Interest will be payable in kind on the first 6 monthly payment dates after the initial closing date and thereafter will be payable in cash. Pursuant to the terms of the Notes, the Company also issued to the Noteholders warrants to purchase an aggregate of 850,000 shares of Neptune common stock, with each warrant exercisable for 5 years following the initial issuance at a price of $0.53 per common share. On March 9, 2023, the Company entered into a Waiver and First Amendment to the Notes (the "Waiver Agreement"). The Waiver Agreement waives certain administrative, regulatory and financial statement related covenants as further described in the Waiver Agreement as required by the terms of the Notes. The lender has the right to demand immediate repayment in the event of default. Furthermore, in connection with the Waiver Agreement, the Notes were amended to provide that the Purchasers shall be paid an exit fee in the aggregate amount of $0.2 million, payable as follows: (i) on or prior to May 15, 2023, $0.1 million and (ii) on the Maturity Date (as defined in the Note Purchase Agreement), $0.1 million and the interest rate was increased to 24% for a period extending until the Company meets specified criteria in the Waiver Agreement.

On November 8, 2022, Sprout entered into three agreements to issue an additional $550,000 of Secured Promissory Notes, on the same terms as the Secured Promissory Note entered into with MSEC discussed in note 9. In connection with this financing, Neptune issued, on February 15, 2023, 144,360 common shares to the holders of these Secured Promissory Notes for a value of $0.1 million.

On October 16, 2022, Neptune entered into an asset sale and purchase agreement (the "ASPA") with a third-party, for its Canadian cannabis business including the Sherbrooke facility, following the planned divestiture of this business announced on June 8, 2022. The purchase price of the assets sold, net of liabilities assumed, amounted to $3.7 million ($5.15 million CAD). The ASPA closed on November 9, 2022. Some assets were excluded from the ASPA, and were written-down accordingly. The completion of the divestiture of our cannabis business is a critical milestone in executing upon our strategy to become a leading CPG company. The sale of the cannabis assets will allow us to realize significant cost savings and operational streamlining from redirected resources towards our simplified corporate structure, as we focus on Sprout as the key growth driver for Neptune going forward.

On October 11, 2022, Neptune announced that it entered into definitive agreements with institutional investors for the purchase and sale of 3,208,557 common shares of the Company (the "Common Shares") pursuant to a registered direct offering priced at-the-market under Nasdaq rules (the "Offering"), and warrants to purchase up to 6,417,114 Common Shares (the "Warrants") in a concurrent private placement (the "Private Placement"). The combined purchase price for one Common Share and one Warrant is $1.87. The Warrants will have an exercise price of $1.62 per Common Share, will be exercisable immediately following the date of issuance and will expire five years from the date of issuance. The aggregate gross proceeds from the Offering and the concurrent Private Placement were approximately $6.0 million, before deducting fees and other estimated expenses, for net proceeds of approximately $5.7 million. The Company expects to use the net proceeds from the Offering and the concurrent Private Placement for working capital and other general corporate purposes. The Offering and concurrent Private Placement closed on October 11, 2022.

On August 26, 2022, Sprout entered into an additional $250,000 Secured Promissory Note, which is on the same terms as the Secured Promissory Note entered into with MSEC discussed above. Neptune issued 36,765 common shares for a value of $75,736 in connection with this Secured Promissory Note in connection with this commitment.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

On July 13, 2022, Sprout entered into an amendment of each of its existing Secured Promissory Notes. In connection with this amendment, investment funds managed by Morgan Stanley Expansion Capital ("Morgan Stanley" or "MSEC") agreed to immediately commit an additional $3.0 million in Secured Promissory Notes to Sprout. The maturity date of the note facility of February 1, 2024 is consistent with the maturity date of the existing Secured Promissory Notes with MSEC and Neptune. The $13.0 million of amended Secured Promissory Notes have a 10% interest rate per annum, increasing by 1% per annum every three months during the term of the Secured Promissory Notes. The interest will be compounded and added to the principal amount on a quarterly basis. The amended Secured Promissory Notes may be converted, in whole or in part, at any time upon the mutual consent of Sprout, the Company and MSEC, into common shares of the Company. MSEC was issued 372,670 common shares of Neptune, of a value of $570,185, in connection with this commitment.

On June 22, 2022, Neptune announced that it entered into definitive agreements with several institutional investors for the purchase and sale of an aggregate of 1,945,526 common shares (including common share equivalents) of the Company, and accompanying two series of warrants to purchase up to an aggregate of 3,891,052 common shares per series of warrants, at an offering price of $2.57 per share and accompanying warrants in a registered direct offering priced at-the-market under Nasdaq rules. Each series of warrants have an exercise price of $2.32 per share and are immediately exercisable upon issuance. One series of warrants will expire two years following the date of issuance and one series of warrants will expire five years following the date of issuance. The gross proceeds from the offering are $5 million, prior to deducting placement agent's fees and other offering expenses payable by Neptune and assuming none of the warrants issued in the offering are exercised for cash. Neptune intends to use the net proceeds from the offering for working capital and other general corporate purposes. The offering closed on June 23, 2022.

On March 14, 2022, Neptune announced that it had closed a registered direct offering with a single strategic consumer-focused institutional investor for the purchase and sale of (i) 528,572 common shares of the Company ("Common Shares") and (ii) 185,714 pre-funded warrants (the "Pre-Funded Warrants"), with each Pre-Funded Warrant exercisable for one Common Share. The Common Shares and the Pre-Funded Warrants were sold together with Series A Warrants (the "Series A Warrants") to purchase up to an aggregate of 714,286 Common Shares and Series B Warrants (the "Series B Warrants" and collectively with the Series A Warrants, the "Common Warrants") to purchase up to an aggregate of 714,286 Common Shares. Each Common Share and the accompanying Common Warrants were sold together at a combined offering price of $11.20, and each Pre-funded Warrant and accompanying Common Warrants were sold together at a combined offering price of $11.20 , for aggregate gross proceeds of $8.0 million before deducting fees and other offering expenses. The Pre-Funded Warrants were funded in full at closing except for a nominal exercise price of $0.0035 and were exercisable commencing on the closing date. The Series A Warrants have an exercise price of $11.20 per share and are exercisable six months after the closing date, and will expire five and one-half years from the date of issuance. The Series B Warrants have an exercise price of $11.20 per share and are exercisable six months after the closing date, and expire 18 months from the closing date (collectively the "March Offering"). The Pre-Funded Warrants were exercised in full on March 29, 2022 for gross proceeds of $650.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

## OVERVIEW

### GENERAL

Neptune Wellness Solutions Inc. ("Neptune", the "Company", "we", "us" or "our") is a modern consumer packaged goods ("CPG") company driven by a singular purpose: to transform the everyday for a healthier tomorrow. Neptune is a diversified health and wellness company with multiple brand units. With a mission to redefine health and wellness, Neptune is focused on building a broad portfolio of high quality, affordable consumer products in response to long-term secular trends and market demand for natural, plant-based, sustainable and purpose-driven lifestyle brands. The Company utilizes a highly flexible, cost-efficient manufacturing and supply chain infrastructure that can be scaled up and down or into adjacent product categories to identify new innovation opportunities, quickly adapt to consumer preferences and demand, and bring new products to market through its mass retail partners and e-commerce channels. Leveraging decades of expertise in extraction and product formulation, Neptune is a provider of turnkey product development and supply chain solutions to business customers across several health and wellness verticals, including nutraceuticals and white label consumer packaged goods. Neptune has expanded its operations since June 2020 into brand units in order to better address its markets. The main brand units are Nutraceuticals and Organic Foods & Beverages. All amounts in this Quarterly Report are in US dollars, unless otherwise noted.

### HISTORY

Neptune was incorporated under Part IA of the Companies Act (Québec) on October 9, 1998, under the name Neptune Technologies & Bioresources Inc. Since its incorporation, Neptune has amended its articles of incorporation on numerous occasions. The Company first amended its articles on May 30, 2000 to convert its then issued and outstanding shares into newly created classes of shares. The Company's articles were also amended on May 31, 2000 to create Series A Preferred Shares. On August 29, 2000, the Company converted all its issued and outstanding Class A shares into Class B subordinate shares. On September 25, 2000, the Company further amended its share capital to eliminate its Class A shares and converted its Class B subordinate shares into Common Shares. On November 1, 2013, the Company amended its articles of incorporation to reflect certain changes to items relating to board matters. The Company's Common Shares were listed and posted for trading on the Toronto Stock Exchange ("TSX") and on the NASDAQ Stock Market LLC ("NASDAQ") under the symbol, "NEPT".

On June 9, 2022, we effected a one for thirty-five (1-for-35) reverse split of our common shares, which we refer to as the "Share Consolidation," as approved by our Board of Directors. Trading of our common shares on both the TSX and NASDAQ on a post-consolidated basis commenced as of the open of markets on June 13, 2022. Neptune's common shares were voluntarily delisted from the TSX at the close of trading on August 15, 2022 but are still listed on the NASDAQ.

### OUR PROPERTIES AND OPERATIONS

Our headquarters is located in leased offices in Laval, Québec. We also lease laboratory space in Laval, Quebec where testing and development of many of our products takes place. On December 5, 2022, our U.S. operations opened an office in Jupiter, Florida which serves as the U.S. headquarters.

We owned a production facility in Sherbrooke, Quebec where we conducted our cannabis operations including laboratory testing until November 9, 2022, when it was sold in connection with the ASPA discussed above.

We also have leased offices in Vaudreuil, Province of Québec, Canada, which is unoccupied.  The Vaudreuil offices were previously used for the Company's Biodroga business.  The Company intends to sub-lease the Vaudreuil offices.

### BUSINESS STRATEGY

Neptune's vision is to change consumer habits through the creation and distribution of environmentally friendly, ethical and innovative consumer product goods. Our mission is to redefine health and wellness and help humanity thrive by providing sustainable consumer focused solutions.  Neptune has taken transformative actions to increase its sales, distribution and reach in both the business-to-business ("B2B") and business-to-consumer ("B2C") models in the consumer-packaged goods ("CPG") market. Neptune has a dual go-to market B2B and B2C strategy focused on expanding its global distribution reach. The strategy sets Neptune apart from its competition and has started to yield consistent, long-term revenue opportunities for the Company.

The Company's long-term strategy is focused on the health and wellness sector with an emphasis on select CPG verticals, including Nutraceuticals, Beauty & Personal Care, and Organic Foods & Beverages. Neptune's current brand portfolio across these verticals include Sprout®, Neptune Wellness™, Forest Remedies®, and MaxSimil®. Neptune's future will be focused on brand creation, accelerating organic growth with emphasis on increased efficiency and margin expansion. This will be complimented by accretive acquisitions with a proven track record of operational excellence.

On June 9, 2021, Neptune announced a multi-year licensing agreement between Sprout and CoComelon, the world's leading children's entertainment brand, owned and operated by Moonbug Entertainment. In addition, on July 27, 2021, an initial launch was announced for Sprout products into Canada, in Metro grocery stores in the province of Ontario. In September 2022, Sprout launched its up-age meal products.

On July 22, 2021, the Company launched Forest Remedies' plant-based Omega 3-6-9 gummies and soft gels. Neptune is focused on expanding its exclusive Omega-3 delivery technology MaxSimil® while improving growth and profitability in its Nutraceuticals vertical. The MaxSimil® product lineup will be expanded with the launch of two new consumer products: MaxSimil® with CoQ10 and MaxSimil® with Curcumin. Additionally, the Company launched a new consumer line of Vitamin Sprays and Pumps for both children and adults with selected retail partners. To support anticipated accelerated growth, the Nutraceuticals U.S. sales force has been expanded to maximize awareness and distribution of the capabilities and expertise in nutraceuticals, including prebiotics and probiotics, proteins and other nutritional ingredients within this important vertical.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**PRODUCTS, PRINCIPAL MARKETS, METHODS OF DISTRIBUTION AND BRANDS**

**PRODUCTS**

Our Nutraceutical, Beauty and Personal care products and Organic Foods and Beverages are manufactured by third party manufacturers. In order to meet demand for our products, we have developed relationships with selected contract manufacturers. For Biodroga, we mainly buy all the raw materials we supply to our third party manufacturers. Our largest co-manufacturers for Biodroga makes approximately 35% of our annual production requirements.  For Sprout, 90 % of raw materials are purchased by the third party manufacturers based on our specifications.  The largest Sprout co-manufacturer makes about 40% of our annual requirements. We believe that we are not dependent on any single contract manufacturer and that, if necessary, our current selected contract manufacturers could be replaced with minimal disruption to our operations.

Our quality control staff requires full disclosure on the part of our suppliers, and we periodically conduct on-site audits of their facilities. For strategic reasons, certain of our key raw materials are sourced from single suppliers. However, in the event that we were unable to source an ingredient from a current supplier, we believe that we could generally obtain the same ingredient or an equivalent from an alternative supplier, with minimal disruption to our operations.

**Canadian Cannabis Products - Extracts and Formulations**

On October 16, 2022, Neptune entered into an asset sale and purchase agreement (the "ASPA") with a third-party, for its Canadian cannabis business including the Sherbrooke facility, following the planned divestiture of this business announced on June 8, 2022.  The aggregate purchase price of the assets sold, net of liabilities assumed, amounted to $3.7 million ($5,15 million CAD).  The ASPA closed on November 9, 2022.  Some assets were excluded from the ASPA and were written down accordingly. On November 10, 2022, the Company filed a notice of cessation of cannabis activities with Health Canada and requested that its cannabis processing and research licenses be revoked.  As of November 11, 2022, all cannabis was removed from the Sherbrooke facility and the Company no longer possesses or conducts any activities with cannabis, other than certain products produced for third party customers containing CBD in our nutraceutical business.

**MARKETS**

**Nutraceuticals**

Neptune offers a variety of specialty ingredients, including our licensed specialty ingredient MaxSimil®, a technology that helps increase digestion and absorption of fat-soluble and nutritional ingredients.  Additionally, the Company sources a variety of other marine oils, seed oils and specialty ingredients that are available for sale as raw material or transformed into finished products. The Company has recently launched a new line of Vitamin Sprays and Pumps for both children and adults. Neptune is focused on expanding its exclusive Omega-3 delivery technology MaxSimil® while improving growth and profitability in its Nutraceuticals vertical through its brand Biodroga.

Neptune's core strength is product innovation with a focus on specialty ingredients offered in bulk soft gels and liquid delivery systems. The Company continues to expand its delivery system capabilities with projects for pumps, sprays, roll-ons and CBD enhancements. All of Neptune's Nutraceutical products are available under distributors' private labels, primarily sold in the Canadian and U.S. nutraceutical markets. Neptune, through its nutraceuticals products business, also formulates, develops and provides customers with turnkey nutrition solutions.

The Company sells wellness products to the Beauty & Personal Care market through its Forest Remedies brand. Forest Remedies offers plant-based supplements, including first-of-its kind multi-omega gummies and soft gels with packaging that is 100% plastic-free. Neptune announced, on March 10, 2022, the launch of its Forest Remedies Multi Omega 3-6-9 line of supplements into more than 340 Sprouts Farmers Market stores across the U.S. This distribution agreement marks another important milestone in our efforts to transform Neptune into a high-growth branded CPG company.

**Organic Foods and Beverages**

In February 2021, Neptune acquired a controlling interest in Sprout Foods, Inc., an organic plant-based baby food and toddler snack company. Sprout is an integral piece of Neptune's health and wellness portfolio and represents a key brand within the Organic Foods and Beverages vertical. Since completing the Sprout acquisition, the Company has begun expansion efforts in Sprout's distribution across substantially all of Target's U.S. retail stores. The Company also announced, on July 27, 2021, the initial launch of Sprout products into Canada, in Metro grocery stores in the province of Ontario. Neptune further expects to launch Sprout products in North America throughout the remainder of the fiscal year. The Company expects the Neptune/Sprout combination to result in significant incremental revenue growth, with several near and long-term revenue synergy opportunities identified within Neptune's existing relationships and current sales channels. As described above, Neptune also announced on June 9, 2021, an exclusive multi-year licensing agreement between Sprout and CoComelon, the #1 children's entertainment and educational show in the world with more than 110 million subscribers worldwide.  This co-branded product line is now available on Walmart.com and in 900 Walmart stores and has been very well-received. With this launch, Sprout Organics now sells into the top organic baby food retailers in the U.S., accounting for approximately 90 percent of the overall market.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**SALES AND DISTRIBUTION**

**Nutraceutical Products**

The Company sells its nutraceutical products mainly in bulk softgels or liquids to multiple distributors and customers, who commercialize these products under their private label. While the Company may have orders in place with approximately 100 different distributors and customers at any one time, the majority of the Company's sales are concentrated with a small group of distributors and customers. Agreements with these distribution partners may be terminated or altered by them unilaterally in certain circumstances.

**Beauty & Personal Care**

The Company sells its Beauty and Personal Care products through distributors and directly to retail outlets in the United States. It also sells its products online through its own website forestremedies.com as well as e-commerce sites.

**Organic Foods and Beverages**

The Company, though its Sprout subsidiary, sells its products to mass retailers, grocery stores and other retail outlets, as well as online through e-commerce sites and its own website sproutorganics.com.

**OUR B2C BRAND PORTFOLIO STRATEGY**

We are currently working on accelerating brand equity for our brand portfolio:



**Biodroga™**. Neptune, through its Biodroga subsidiary, provides product development and turnkey solutions (4PL) to its customers throughout North America. Biodroga offers a full range of services, whether it is leveraging our global network of suppliers to find the best ingredients or developing unique formulations that set our customers apart from their competition. Biodroga's core products are MaxSimil, various Omega-3 fish oils and other nutritional products, as well as softgel solutions.



**MaxSimil.** Neptune's has an exclusive license to use the patented nutritional ingredient, MaxSimil, an omega-3 fatty acid delivery technology that uses enzymes that mimic the natural human digestive system to predigest omega-3 fatty acids. The Journal of Nutrition by the Oxford University Press, recently released the results of a clinical study that evidences MaxSimil's superior absorption as compared with standard fish oil supplements. MaxSimil was first introduced to the market in 2018, and is sold as a straight omega-3 supplement with standard and unique concentration of EPA/DHA. MaxSimil is also starting to be presented in combination with specialty ingredients such as Curcumin and Vitamin K2.



**Forest Remedies®.** Under our Forest Remedies® brand, we offer first-of-their kind vegan multi-omega gummies and soft gels with packaging that is 100% plastic-free. Launched on March 10, 2022, our Forest Remedies Multi Omega 3-6-9 line of supplements is available into more than 340 Sprouts Farmers Market stores across the U.S. This distribution agreement marks another important milestone in our efforts to transform Neptune into a high-growth branded CPG company.



**Sprout®**. Neptune entered a new market with the Neptune/Sprout combination. Sprout has created a trusted organic baby food brand with a comprehensive range of products that are always USDA certified organic, non-GMO and contain nothing artificial. Sprout's products target four segments: Stage 2 (children 6 months and up), Stage 3 (children 8 months and up), Toddler (children aged 12 months and up) and Snacks (children 8 months and up). Since our acquisition of a controlling interest in Sprout, the Company has begun expansion efforts in Sprouts' distribution substantially in all of Target's U.S. retail stores. The Company also announced on July 27, 2021, its initial launch into the Canadian market through its partnership with food retailer Metro Inc. Certain toddler snacks under this brand label are now available in Metro grocery stores in the province of Ontario.

**COMPETITION**

The nutraceutical, beauty & personal care and organic foods and beverages industries are highly competitive. There are many companies, public and private universities, and research organizations actively engaged in the research and development of products that may be similar to our products. It is probable that the number of companies seeking to develop products similar to our products will increase. Many of these and other existing or potential competitors have substantially greater financial, technical and human resources than we do and may be better equipped to develop, manufacture and market products.

We seek to differentiate our products and marketing from our competitors based on product quality, customer service, marketing support, pricing and innovation, and believe that our strategy enables us to effectively compete in the marketplace. For additional information regarding the competitive nature of our businesses, see "Risks Related to Our Business" under the heading "Risk Factors" of this Form 10-Q.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**REGULATORY**

Our Nutraceutical, Beauty, Personal Care and Organic Food and Beverage businesses are subject to varying degrees of regulation by a number of government authorities in Canada and the U.S., Health Canada, including the FDA, the Federal Trade Commission (FTC), the Consumer Product Safety Commission, the U.S. Department of Agriculture, and the Environmental Protection Agency. Various provincial, state and local agencies in areas where we operate and in which our products are sold also regulate our business. The areas of our business regulated by both these, and other authorities include, among others:

- product claims and advertising.

- product labels.

- product ingredients.

- how we manufacture, package, distribute, import, export, sell and store our products and

- our classification as an essential business and our right to continue operations during government shutdowns.

Health Canada and the FDA, in particular, regulate the formulation, manufacturing, packaging, storage, labeling, promotion, distribution and sale of vitamins and other nutritional supplements in Canada and the U.S., while other agencies regulate marketing and advertising claims. Under Health Canada and FDA rules, companies that manufacture, package, label, distribute or hold nutritional supplements are required to meet certain GMP's to ensure such products are of the quality specified and are properly packaged and labeled. We are committed to meeting or exceeding the standards set by Health Canada and the FDA and believe we are currently operating within the mandated GMP.

Health Canada and he FDA also regulate the labeling and marketing of dietary supplements and nutritional products, including the following:

- the identification of dietary supplements or nutritional products and their nutrition and ingredient labeling.

- requirements related to the wording used for claims about nutrients, health claims, and statements of nutritional support.

- labeling requirements for dietary supplements or nutritional products for which "high potency" and "antioxidant" claims are made.

- notification procedures for statements on dietary supplements or nutritional products; and

- premarket notification procedures for new dietary ingredients in nutritional supplements.

We are also subject to a variety of other regulations in Canada and the U.S., including those relating to health, safety, bioterrorism, taxes, labor, employment, import and export, the environment and intellectual property. All of these regulations require significant financial and operational resources to ensure compliance, and we cannot assure you we will always be in compliance despite our best efforts to do so or that being in compliance will not become prohibitively costly to our business.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

## INTELLECTUAL PROPERTY

We constantly evaluate the importance of obtaining intellectual property protection for our technology brands, products, applications and processes and maintaining trade secrets. When applicable to our business and products, we seek to obtain, license and enforce patents, protect our proprietary information and maintain trade secret protection without infringing the proprietary rights of third parties. We also make use of trade secrets, proprietary unpatented information and trademarks to protect our technology and enhance our competitive position.

### Brand Names and Trademarks

Sprout®, NurturMe®, Nosh!®, Neptune Wellness™, MaxSimil®, Forest Remedies®, and Ocean Remedies® are trademarks of the Company.

### Patent Applications

On August 9, 2018, Neptune filed two applications with the United States Patent and Trademark Office (USPTO) for patents related to the extraction of cannabis material. The extraction processes provide highly efficient methods to obtain cannabinoids and other desired compounds from the cannabis plant at a greater purity than conventional methods. Both processes are applicable to marijuana and hemp and have been incorporated into the Company's GMP-certified extraction facility in Sherbrooke. The first patent application outlines a method of extracting and isolating compounds from plants of the Cannabis genus at low temperature by using a cold organic solvent. The second patent application similarly provides for a method for extracting compounds from cannabis at low temperature, but without the use of organic solvents. Specifically, this patent relates to a process for high recovery of cannabinoids and terpenes by using natural solvents.  The patent applications were sold in connection with the sale of the Company's cannabis business pursuant to the ASPA, which closed on November 9, 2022.

### Licenses

On November 27, 2017, Neptune entered into an exclusive, worldwide, and royalty-bearing licensing agreement for the use of the MaxSimil® technology, in combination with cannabis-derived products. This new agreement allows Neptune to research, manufacture, formulate, distribute, and sell monoglyceride omega-3-rich ingredients in combination with cannabis and/or cannabinoid-rich or hemp derived ingredients for medical and adult use applications. The Company believes the MaxSimil® technology has the ability to enhance absorption of lipid based and lipid soluble ingredients such as cannabinoids, essential fatty acids including EPA and DHA omega-3s, vitamins A, D, K and E, CoQ10 and others. This could be especially beneficial in increasing the absorption of ingredients which are not easily absorbed, such as CBD.

On June 9, 2021, Sprout Foods entered into a multi-year licensing agreement with Moonbug, providing Sprout with an exclusive license to utilize certain properties relating to CoComelon®, the world's leading children's entertainment brand, owned and operated by Moonbug, with Sprout products.

## EMPLOYEES

As of December 31, 2022, we had 73 employees working at our business offices in Jupiter and Laval, or remotely, down from 161 employees at March 31, 2022. Our employees possess specialized skills and knowledge, which we believe are valuable assets of the Company. As of December 31, 2022, 25 of our employees were in Canada while 48 were in the United States. We also had 22 temporary personnel. None of our employees was represented by a union. We consider our relations with our employees to be good and our operations have never been interrupted as the result of a labor dispute.

## SEASONALITY

In addition to general economic factors, we are impacted by seasonal factors and trends such as major cultural events and other unpredictable matters. Although we believe the impact or seasonality on our consolidated results of operations is minimal, our quarterly results may vary significantly in the future due to the timing of nutraceutical contract manufacturing orders as well promotions and ordering patterns of our other customers.  We cannot provide assurance future revenues will follow historical patterns.  The market price of our common shares may be adversely affected by these factors.

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

## BUSINESS UPDATE

### Financial Positioning

We are taking the steps necessary to shore up cash reserves in the immediate term and position our balance sheet properly to fund our growth initiatives as we push towards profitability. To this end, we have explored multiple options to balance the need for providing near-term financial stability while ensuring we continue to build long-term shareholder value. As a result, we have entered into three agreements for the purchase and sale of shares of our common stock and pre-funded warrants in October 2022, June 2022 and March 2022. We also issued promissory notes in July 2022, November 2022 and January 2023, and entered into an accounts receivable factoring facility in January 2023. Taking into account all considerations, we believe these actions are in the best interest of the company and will benefit shareholders in the long-term. See Item 2. Management's Discussion and Analysis of Financial Condition and Results of Operations – Going Concern. Unless otherwise specified, all dollar amounts are in US dollars ("USD").

### Closing of a $8,000,000 Registered Direct Offering

On March 14, 2022, Neptune announced that it had closed a registered direct offering with a single strategic consumer-focused institutional investor for the purchase and sale of (i) 528,572 common shares of the Company ("Common Shares") and (ii) 185,714 pre-funded warrants (the "Pre-Funded Warrants"), with each Pre-Funded Warrant exercisable for one Common Share.  The Common Shares and the Pre-Funded Warrants were sold together with Series A Warrants (the "Series A Warrants") to purchase up to an aggregate of 714,286 Common Shares and Series B Warrants (the "Series B Warrants" and collectively with the Series A Warrants, the "Common Warrants") to purchase up to an aggregate of 714,286 Common Shares. Each Common Share and the accompanying Common Warrants were sold together at a combined offering price of $11.20, and each Pre-funded Warrant and accompanying Common Warrants were sold together at a combined offering price of $11.20 , for aggregate gross proceeds of $8.0 million before deducting fees and other offering expenses. The Pre-Funded Warrants were funded in full at closing except for a nominal exercise price of $0.0035 and were exercisable commencing on the closing date. The Series A Warrants have an exercise price of $11.20 per share and are exercisable six months after the closing date, and will expire five and one-half years from the date of issuance.  The Series B Warrants have an exercise price of $11.20 per share and are exercisable six months after the closing date, and expire 18 months from the closing date (collectively the "March Offering").  The Pre-Funded Warrants were exercised in full on March 29, 2022 for gross proceeds of $650.

### Closing of a $5,000,000 Registered Direct Offering Priced At-The-Market Under Nasdaq Rules

On June 23, 2022, Neptune announced that it had closed a registered direct offering with certain institutional investors for the purchase and sale of an aggregate of 1,945,526 common shares (or common share equivalents) of the Company, and accompanying two series of warrants to purchase up to an aggregate of 3,891,052 common shares per series of warrants, at an offering price of $2.57 per share and accompanying warrants in a registered direct offering priced at-the-market under Nasdaq rules. Each series of warrants have an exercise price of $2.32 per share and are immediately exercisable upon issuance. One series of warrants will expire two years following the date of issuance and one series of warrants will expire five years following the date of issuance, for aggregate gross proceeds of $5 million before deducting fees and other offering expenses. The pre-funded warrants issued in the offering were fully exercised on June 24, 2022, for $65. Additionally, on October 6, 2022, 972,763 Series C common share purchase warrants were amended to provide for an extended expiration date of  June 23, 2029.

### Expansion of the Existing Secured Promissory Notes

On July 13, 2022, Neptune announced that Sprout Foods Inc. ("Sprout"), the Company's organic plant-based baby food and toddler snack company, has entered into an amendment of each of its existing Secured Promissory Notes to expand from $22.5 million to a maximum of $37.5 million, allowing for up to $13 million of future lending. In connection with this amendment, investment funds managed by Morgan Stanley Expansion Capital ("Morgan Stanley" or "MSEC") have agreed to immediately commit an additional $3 million under the expanded Secured Promissory Notes to Sprout. This amount was received July 13, 2022. The maturity date of the note facility of February 1, 2024, is consistent with the maturity date of the existing Secured Promissory Notes with MSEC and Neptune. The funds from the expanded facility are intended to be used for the general working capital needs of Sprout and the repayment of certain existing Sprout debt payable to Neptune.  The existing and new Notes will bear interest at 10% per annum, increasing by 1.00% every three months during the term of the Secured Promissory Notes. MSEC was issued 372,670 common shares of Neptune, of an approximate value of $0.6 million in connection with this expansion.

On November 8, 2022, Sprout entered into three agreements to issue an additional $550,000 of Secured Promissory Notes, on the same terms as the Secured Promissory Note discussed above. In connection with this financing, Neptune issued 146,330 common shares, on February 15, 2023, to the holders of these Secured Promissory Notes for a value of $0.1 million.

### Closing of a $6,000,000 Registered Direct Offering Priced At-The-Market Under Nasdaq Rules and Concurrent Private Placement

On October 6, 2022, Neptune announced that it entered into definitive agreements with institutional investors for the purchase and sale of 3,208,557 common shares of the Company (the "Common Shares") pursuant to a registered direct offering priced at-the-market under Nasdaq rules (the "Offering") and warrants to purchase up to 6,417,114 Common Shares (the "Warrants") in a concurrent private placement (the "Private Placement"). The combined purchase price for one Common Share and one Warrant is $1.87. The Warrants will have an exercise price of $1.62 per Common Share, will be exercisable immediately following the date of issuance and will expire five years from the date of issuance. The aggregate gross proceeds from the Offering and the concurrent Private Placement were approximately $6.0 million, before deducting fees and other estimated expenses, for net proceeds of approximately $5.7 million. The Offering and concurrent Private Placement closed on October 11, 2022.

### Closing of a Debt Financing

On January 13, 2023, Neptune announced that it has closed on a senior secured notes financing (such notes, the "Notes") for gross proceeds of $4.0 million with CCUR Holdings, Inc. and Symbolic Logic, Inc. (collectively, the "Noteholders"). The Notes will mature 12 months from the initial closing and bear interest at a rate of 16.5% per annum. The notes are secured by the assets of Neptune excluding the assets of Sprout. Interest will be payable in kind on the first 6 monthly payment dates after the initial closing date and thereafter will be payable in cash.  Pursuant to the terms of the Notes, the Company also issued to the Noteholders warrants to purchase an aggregate of 850,000 shares of Neptune common stock, with each warrant exercisable for 5 years following the initial issuance at a price of $0.53 per common share. On March 9, 2023, the Company entered into a Waiver and First Amendment to the Notes (the "Waiver Agreement"). The Waiver Agreement waives certain administrative, regulatory and financial statement related covenants as further described in the Waiver Agreement as required by the terms of the Notes. The lender has the right to demand immediate repayment in the event of default. Furthermore, in connection with the Waiver Agreement, the Notes were amended to provide that the Purchasers shall be paid an exit fee in the aggregate amount of $0.2 million, payable as follows: (i) on or prior to May 15, 2023, $0.1 million and (ii) on the Maturity Date (as defined in the Note Purchase Agreement), $0.1 million and the interest rate was increased to 24% for a period extending until the Company meets specified criteria in the Waiver Agreement.

44

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Accounts Receivable Factoring Facility**

On January 25, 2023, Neptune announced that its organic baby food brand subsidiary, Sprout Organics, has entered into an accounts receivable factoring facility with Alterna Capital Solutions, LLC ("Alterna"). The maximum available is $5 million. The terms of the agreement include a Funds Usage Fee of prime plus 1% with a minimum interest rate of 8% per annum. Alterna was granted a security interest in Sprout's accounts receivable. The agreement will remain in effect for a 12-month period, effective January 23, 2023 , and will be automatically renewed. Neptune provided a commercial guaranty in connection with this agreement.

**Growth Drivers**

We remain enthusiastic about the growth prospects of our business, with opportunity across all three of our core verticals. We have successfully made the transition to a fully integrated consumer packaged goods company with a diverse suite of better-for-you brands, available in some of the country's largest retail chains. At the same time, we are driving consumer relevance by pursuing the right strategic partnerships for co-branded product lines and expanding our product offerings in key wellness categories.

**Major Distribution Gains**

Since acquiring a majority stake in Sprout Organics in February 2021, we have expanded Sprout baby foods and toddler snacks substantially, both online and in store at major retailers like Target and Wal-Mart. Earlier in March 2022, we announced the launch of our Forest Remedies Multi Omega 3-6-9 line of supplements into more than 340 Sprouts Farmers Market stores across the U.S. This distribution agreement marks another important milestone in our efforts to transform Neptune into a high-growth branded CPG company.

**Strategic Partnerships**

In February 2022, we brought Walmart a first-of-its-kind collaboration between Sprout Organics and popular kids' entertainment platform CoComelon. This co-branded product line is now available on Walmart.com and in 900 Walmart stores and has been very well-received. With this launch, Sprout Organics now sells into the top organic baby food retailers in the U.S., accounting for approximately 90 percent of the overall market.

**Investing in Our Prospects**

On November 15, 2021 we initiated a strategic review and made some big changes to get on track to becoming a profitable diversified CPG company. These actions have taken effect, and we are starting to see the results. The third quarter of fiscal year 2022 was the first quarter where we posted a positive gross margin since transitioning to a CPG-focused model. The third quarter of fiscal year 2023, consolidated gross profit margin was 15.4% of net sales up from 11.3% for the same period last year. For the nine-month period ended December 31, 2022 the gross profit margin was 0.2% up from (4.9)% for the same period of the prior year.  However, there can be no assurances that this margin growth will continue.

While the global market can be unstable during turbulent times, we are taking steps to ensure we remain well-positioned to execute against our stated plan: controlling our costs while pursuing high-growth opportunities.  To that effect, Neptune announced on June 8, 2022, the launch of a new Consumer Packaged Goods ("CPG") focused strategic plan to reduce costs, improve the Company's path to profitability and enhance current shareholder value.  This plan focuses on two primary actions: (1) planned divestiture of the Canadian cannabis business and (2) a realignment of focus and operational resources toward increasing the value of Neptune's CPG business. With the divestiture of its cannabis business, Neptune has renewed its focus on its core brands – Sprout Organics and Biodroga Solutions – that align closely with future consumer trends and show a greater potential for future growth and profitability.

On October 16, 2022, Neptune entered into an asset sale and purchase agreement (the "ASPA") with a third-party, for its Canadian cannabis business including the Sherbrooke facility, following the divestiture of this business announced on June 8, 2022.  The aggregate purchase price of the assets sold, net of liabilities assumed, amounted to approximately $3.7 million ($5.15 million CAD). The ASPA closed on November 9, 2022.  Some assets were excluded from the ASPA and were written down accordingly. The completion of the divestiture of our cannabis business is a critical milestone in executing upon our strategy to become a leading CPG company. The sale of the cannabis assets will allow us to realize significant cost savings and operational streamlining from redirected resources towards our simplified corporate structure, as we focus on Sprout as the key growth driver for Neptune going forward.

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

## RECENT CORPORATE DEVELOPMENTS

### Neptune's Presence in Canada's Cannabis Market

During the year ended on March 31, 2022, Neptune supplied the market with premium cannabis extracts and dried flower, under its Mood Ring™ and PanHash™ brands, and completed its launch of all significant regulated product categories. All cannabis products were manufactured and packaged at the Company's purpose-built facility in Sherbrooke, Quebec. On June 8, 2022, the Company announced a planned divestiture of the Canadian cannabis business and that the Company would focus on winding up its cannabis operations pending one or more sales transactions. Following this announcement, all assets and liabilities related to the Canadian cannabis business were respectively shown under assets held for sale and liabilities directly associated with assets held for sale on Neptune's balance sheet. Further information on those assets and liabilities can be found in note 2(d) of the condensed consolidated interim financial statements for the nine-month period ended December 31, 2022. On October 16, 2022, Neptune entered into an asset sale and purchase agreement (the "ASPA") with a third-party, for its Canadian cannabis business including the Sherbrooke facility, following the planned divestiture of this business announced on June 8, 2022. The aggregate purchase price of the assets sold, net of liabilities assumed, amounted to approximately $3.7 million ($5.15 million CAD). The ASPA closed on November 9, 2022. Some assets were excluded from the ASPA, and were written-down accordingly.

### Launch of a New CPG Focused Strategic Plan

On June 8, 2022, Neptune announced the launch of a new Consumer Packaged Goods ("CPG") focused strategic plan to reduce costs, improve the Company's path to profitability and enhance current shareholder value. This plan builds on the Company's initial strategic review that took place in fall of 2021 and focuses on two primary actions: (1) planned divestiture of the Canadian cannabis business and (2) a realignment of focus and operational resources toward increasing the value of Neptune's consumer products business. With the divestiture of its cannabis business, Neptune has renewed its focus on its core brands – Sprout Organics and Biodroga Solutions – that align closely with future consumer trends and show a greater potential for future growth and profitability. The strategic plan is expected to lower costs and reduce global headcount by approximately 50%.

### Neptune Announces New Line of CoComelon® Co-Branded Products

Neptune announced on May 26, 2022 a new line up of CoComelon co-branded organic snack bars for toddlers. The snack bars are the latest innovation in the Sprout Organics x CoComelon product line launched earlier this year, which features a range of organic baby and toddler food pouches and toddler snacks. New snack bars will be available online and at select retailers nationwide. Sprout Organics CoComelon Snack Bars are available in two flavor combinations: Banana and Banana with Peas and Carrots. Each snack bar contains a blend of unsweetened fruits, veggies and gluten-free oats and packs an impressive 4g of plant-based protein and 2g of dietary fiber to help fuel growing bodies.

### Changes to Management

As part of the Company's renewed focus on its CPG brands and Sprout Organics in particular, Neptune announced on June 8, 2022 that Sarah Tynan, Sprout's Chief Customer Officer, was promoted to CEO of Sprout. Ms. Tynan has been instrumental in garnering big distribution gains for Sprout, including Walmart and Target, and leading the highly successful CoComelon partnership. She brings deep sales experience and business acumen, including previous roles at Newell Brands and Unilever, and will continue to drive the Sprout business forward.

On June 14, 2022, Neptune announced the appointment of Raymond Silcock as Chief Financial Officer, effective July 25, 2022. Mr. Silcock, who is based out of Neptune's Jupiter, Florida office, previously served as Executive Vice President and Chief Financial Officer at Perrigo Plc, as well as CFO at Diamond Foods, The Great Atlantic and Pacific Tea Company, UST Inc., and Cott Corporation. In addition, he has previously served as Chair of both Audit and Strategy Committees on several Boards including Pinnacle Foods Inc, American Italian Pasta Company, Prestige Brands and Bacardi Limited. Mr. Silcock replaces Randy Weaver who was Interim CFO up to July 22, 2022.

### Receipt of NASDAQ Notifications

The Company has received a written notification (the "Notification Letter") from the Nasdaq Stock Market LLC ("Nasdaq") on December 29, 2022, notifying the Company that it is not in compliance with the minimum bid price requirement set forth in Nasdaq Listing Rule 5550(a)(2), which requires that the closing bid price for the Company's common shares listed on Nasdaq be maintained at a minimum of US$1.00. Listing Rule 5810(c)(3)(A) provides that a failure to meet the minimum bid price requirement exists if the deficiency continues for a period of 30 consecutive business days. Based on the closing bid price of the Company's common shares for the 30 consecutive business days from November 15, 2022 to December 28, 2022, the Company no longer met the minimum bid price requirement.

The Notification Letter has no immediate effect on the listing of the Company's common shares on Nasdaq. In accordance with Nasdaq Listing Rule 5810(c)(3)(A), the Company has been provided 180 calendar days, or until June 27, 2023, to regain compliance with the minimum bid price requirement, during which time the Company's common shares will continue to trade on the Nasdaq Capital Market. To regain compliance, the Company's common shares must have a closing bid price of at least US$1.00 for a minimum of 10 consecutive trading days. In the event the Company does not regain compliance by June 27, 2023, the Company may be eligible for additional time to regain compliance or may face delisting. The Company's business operations are not affected by the receipt of the Notification Letter. The Company intends to monitor the closing bid price of its common shares and may, if appropriate, consider implementing available options, including, but not limited to, implementing a reverse share split of its outstanding common shares, to regain compliance with the minimum bid price requirement under the Nasdaq Listing Rules.

On February 24, 2023, the Company has received written notification from the Listing Qualification Department of the Nasdaq, notifying the Company that it is no longer in compliance with Nasdaq Listing Rule 5250(c)(1), as a result of Neptune not having timely filed its Quarterly Report on Form 10-Q for the fiscal quarter ended December 31, 2022 with the U.S. Securities and Exchange Commission. The Nasdaq notice had no immediate impact on the listing or trading of the Company's common stock on the Nasdaq Capital Market. The notice provided that the Company had until April 24, 2023 (that is, 60 calendar days from the date of the Nasdaq notice) to submit to Nasdaq a plan (the "Compliance Plan") to regain compliance with the Nasdaq Listing Rules. As Neptune filed its Form 10-Q on March 30, 2023, this eliminated the need for the Company to submit a formal plan to regain compliance.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

## SELECTED CONSOLIDATED ANNUAL AND QUARTERLY INFORMATION

**SELECTED CONSOLIDATED FINANCIAL INFORMATION (in millions, except per share data)**

The following table sets out selected consolidated financial information.

|  | Three-month periods ended | | Nine-month periods ended | |
|---|---|---|---|---|
|  | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
|  | $ | $ | $ | $ |
| Total revenues | 12.209 | 14.668 | 40.468 | 37.265 |
| Adjusted EBITDA[1] | (5.057) | (14.198) | (30.087) | (40.494) |
| Net loss | (0.497) | (16.805) | (44.290) | (47.763) |
| Net loss attributable to equity holders of the Company | (1.786) | (1.796) | (10.396) | (4.733) |
| Net income (loss) attributable to non-controlling interest | 1.288 | (15.009) | (33.894) | (43.030) |
| Basic and diluted income (loss) per share attributable to common shareholders of the Company | 0.06 | (3.14) | (4.01) | (9.04) |

|  | As at December 31, 2022 | As at March 31, 2022 | As at March 31, 2021 |
|---|---|---|---|
|  | $ | $ | $ |
| Total assets | 63.968 | 104.955 | 186.948 |
| Working capital[2] | (1.633) | 7.071 | 54.718 |
| Non-current financial liabilities | 18.189 | 13.800 | 14.593 |
| Equity attributable to equity holders of the Company | 13.598 | 48.116 | 115.368 |
| Equity attributable to non-controlling interest | 2.326 | 12.722 | 22.178 |

[1] The Adjusted EBITDA is a non-GAAP measure.  It is not a standard measure endorsed by US GAAP requirements. A reconciliation to the Company's net loss is presented below.

[2] Working capital is calculated by subtracting current liabilities from current assets. Because there is no standard method endorsed by US GAAP, the results may not be comparable to similar measurements presented by other public companies. Current assets as at December 31, 2022, March 31, 2022 and March 31, 2021 were $28.222, $37.388 and $89.528 respectively, and current liabilities as at December 31, 2022, March 31, 2022 and March 31, 2021 were $29.855, $30.317 and $34.809 respectively.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

## CONSOLIDATED FINANCIAL ANALYSIS

### NON-GAAP FINANCIAL PERFORMANCE MEASURES

The Company uses one adjusted financial measure, **Adjusted Earnings Before Interest, Taxes, Depreciation and Amortization ("Adjusted EBITDA")** to assess its operating performance. This non-GAAP financial measure is presented in a consistent manner, unless otherwise disclosed. The Company uses this measure for the purposes of evaluating its historical and prospective financial performance, as well as its performance relative to competitors. The measure also helps the Company to plan and forecast for future periods as well as to make operational and strategic decisions. The Company believes that providing this information to investors, in addition to its GAAP financial statements, allows them to see the Company's results through the eyes of Management, and to better understand its historical and future financial performance. Neptune's method for calculating Adjusted EBITDA may differ from that used by other corporations.

A reconciliation of net loss to Adjusted EBITDA is presented below.

### ADJUSTED EBITDA

Although the concept of Adjusted EBITDA is not a financial or accounting measure defined under US GAAP and it may not be comparable to other issuers, it is widely used by companies. Neptune obtains its Adjusted EBITDA measurement by excluding from its net loss the following items: net finance costs (income), depreciation and amortization, and income tax expense (recovery). Other items such as equity classified stock-based compensation, non-employee compensation related to warrants, impairment losses on non-financial assets, revaluations of derivatives, costs related to conversion from IFRS to US GAAP and other changes in fair values are also added back to Neptune's net loss. The exclusion of net finance costs (income) eliminates the impact on earnings derived from non-operational activities. The exclusion of depreciation and amortization, stock-based compensation, non-employee compensation related to warrants, impairment losses, revaluations of derivatives and other changes in fair values eliminates the non-cash impact of such items, and the exclusion of costs related to conversion from IFRS to US GAAP, together with the other exclusions discussed above, present the results of the on-going business. From time to time, the Company may exclude additional items if it believes doing so would result in a more effective analysis of underlying operating performance. Adjusting for these items does not imply they are non-recurring. For purposes of this analysis, the Net finance costs (income) caption in the reconciliation below includes the impact of the revaluation of foreign exchange rates.

In Q4 2022, the Company added the costs related to the conversion from IFRS to US GAAP as an adjustment to the definition of Adjusted EBITDA.

In the quarter ended September 30, 2022, the Company recast comparative Adjusted EBITDA to conform to the current definition. As a result, the following adjustments were removed in the current and comparative quarters: litigation provisions, business acquisition and integration costs, signing bonus, severance and related costs, D&O insurance and write-down of inventories and deposits.

**Adjusted EBITDA[1] reconciliation, in millions of dollars**

|  | Three-month periods ended | | Nine-month periods ended | |
|---|---|---|---|---|
|  | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
|  |  | Recast |  | Recast |
| Net loss for the period | $(0.497) | $(16.805) | $(44.290) | $(47.763) |
| Add (deduct): |  |  |  |  |
| Depreciation and amortization | 0.662 | 1.515 | 2.391 | 5.136 |
| Revaluation of derivatives | (8.368) | (1.245) | (16.084) | (8.707) |
| Net finance costs (income) | 1.868 | 0.962 | (0.732) | 1.557 |
| Equity classified stock-based compensation | 1.005 | 1.014 | 2.832 | 6.252 |
| Non-employee compensation related to warrants | — | 0.025 | — | 0.179 |
| Impairment loss on long-lived assets | 0.271 | (0.010) | 25.781 | 2.404 |
| Change in revaluation of marketable securities | — | 0.018 | — | 0.108 |
| Income tax expense | 0.002 | — | 0.015 | 0.012 |
| Adjusted EBITDA[1] | $(5.057) | $(14.198) | $(30.087) | $(40.494) |

[1] The Adjusted EBITDA is not a standard measure endorsed by US GAAP requirements.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**OPERATING SEGMENTS**

The Company's management structure and performance is measured based on a single segment, which is the consolidated level, as this is the level of information used in internal management reports that are reviewed by the Company's Chief Operating Decision Maker.

**Geographical information**

Revenue is attributed to geographical locations based on the origin of customers' location.

| | Three-month periods ended | | Nine-month periods ended | |
|---|---|---|---|---|
| | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| | Total Revenues | Total Revenues | Total Revenues | Total Revenues |
| Canada | $1.348 | $4.560 | $7.075 | $8.920 |
| United States | 10.597 | 9.832 | 32.626 | 27.644 |
| Other countries | 0.264 | 0.276 | 0.767 | 0.701 |
| | $12.209 | $14.668 | $40.468 | $37.265 |

The Company's property plant and equipment, intangible assets, goodwill and assets held for sale are attributed to geographical locations based on the location of the assets.

| | | | As at December 31, 2022 |
|---|---|---|---|
| | Property, plant and equipment | Goodwill | Intangible assets |
| Canada | $0.537 | $2.424 | $1.688 |
| United States | 1.326 | 11.972 | 15.655 |
| Total | $1.863 | $14.396 | $17.343 |

| | | | As at March 31, 2022 |
|---|---|---|---|
| | Property, plant and equipment | Goodwill | Intangible assets |
| Canada | $20.725 | $2.626 | $2.353 |
| United States | 0.723 | 19.542 | 19.302 |
| Total | $21.448 | $22.168 | $21.655 |

49

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**RESULTS ANALYSIS**

**Summary of Changes to the Condensed Consolidated Interim Statements of Loss**

*Three-month period ended December 31, 2022 compared to December 31, 2021*

| | For the three-month period ended | | Changes | |
| --- | --- | --- | --- | --- |
| | December 31, 2022 | December 31, 2021 | Changes in $ | Changes in % |
| Total revenues | $12.209 | $14.668 | (2.459) | -16.8% |
| Total cost of sales | (10.328) | (13.014) | 2.686 | 20.6% |
| Gross profit | 1.881 | 1.654 | 0.227 | 13.7% |
| *Gross profit margin* | *15.4%* | *11.3%* | *4.1%* | *36.6%* |
| | | | | |
| Research and development expenses, net of tax credits and grants | (0.029) | (0.302) | 0.273 | 90.4% |
| Selling, general and administrative expenses | (8.727) | (18.429) | 9.702 | 52.6% |
| Impairment losses | (0.271) | — | (0.271) | 100.0% |
| Other elements of the operating loss | 0.085 | 0.006 | 0.079 | 1316.7% |
| Loss from operating activities | (7.061) | (17.071) | 10.010 | 58.6% |
| | | | | |
| Net finance costs | (1.363) | (0.361) | (1.002) | -277.6% |
| Foreign exchange gain (loss) | 0.525 | (0.601) | 1.126 | 187.4% |
| Loss on issuance and change in fair value of derivatives | 7.338 | 1.246 | 6.092 | 488.9% |
| Other changes in revaluation and fair value | — | (0.018) | 0.018 | 100.0% |
| Other elements of the loss before income taxes | 0.066 | — | 0.066 | 100.0% |
| | 6.566 | 0.266 | 6.300 | 2368.4% |
| Loss before income taxes | (0.495) | (16.805) | 16.310 | 97.1% |
| | | | | |
| Income tax recovery (expense) | (0.002) | — | (0.002) | 100.0% |
| Net loss | (0.497) | (16.805) | 16.308 | 97.0% |
| | | | | |
| Adjusted EBIDTA | (5.057) | (14.198) | 9.141 | 64.4% |

**Revenues**

Total consolidated revenues for the three-month period ended December 31, 2022 amounted to $12.2 million representing a decrease of $2.5 million or 17% compared to $14.7 million for the three-month period ended December 31, 2021.  This decrease was primarily due to the Corporation having exited the cannabis business ahead of selling all cannabis assets on November 9, 2022. Cannabis sales were nil, down $3.5 million versus prior year quarter.  Partially offsetting this decline, Organic Foods and Beverages revenues in Q3 FY 2023 were up $1.5 million in comparison to the quarter ended December 31, 2021. The principal reason for this increase is higher sales to Walmart, as well as the introduction of the CoComelon license products in additional stores.

**Geographic Revenues**

Revenues for the current quarter decreased by $3.2 million or 70.0% in Canada, increased by $0.8 million or 8% in the United States and decreased by $0.01 million or 4% for other countries (royalty revenues) as compared to the quarter ended December 31, 2021.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Gross Profit (Loss)**

Gross profit (loss) is calculated by deducting the cost of sales from total revenues. Cost of sales consists primarily of costs incurred to manufacture products, including sub-contractors, freight expenses and duties on raw materials, storage and handling costs and lab testing on raw materials, and to acquire finished goods.

The gross profit improvement was mainly attributable to improved product mix and a Sprout price increase, as well as continued cost control measures.

**Gross Margin Percentage**

For the three-month periods ended December 31, 2022 and 2021, the consolidated gross margin went from 11.3% in 2021 to 15.4% in 2022. Changes in gross margins resulted from price increases together with cost reductions.

**Research and Development ("R&D") Expenses**

For the quarter ended December 31, 2022, the consolidated R&D expenses amounted to $0.03 million, compared to $0.30 million for the quarter ended December 31, 2021.

**Selling, General and Administrative ("SG&A") Expenses**

Consolidated SG&A expenses for the quarter ended December 31, 2022, amounted to $8.7 million compared to $18.4 million for the same period prior year, a reduction of $9.7 million or 52.2% primarily from headcount reductions at Sprout and Neptune Wellness (corporate and cannabis.)

**Finance costs**

Net finance costs, foreign exchange and derivatives revaluations amounted to a gain of $6.6 million for the quarter ended December 31, 2022, compared to a gain of $0.3 million for the three-month period ended December 31, 2021, an increase of $6.3 million. The variation for this period is mainly attributable to the impact of the drop in the Company's share price on the revaluation of derivatives.

**Income taxes**

Income tax expense (recovery) was nominal.  As entities are in carry forward loss positions, there is a nominal impact to income taxes for the three-month period ended December 31, 2022.

**Net profit/loss**

For the quarter ended December 31, 2022, the net loss amounted to $0.5 million compared to a $16.8 million loss for the same quarter last year.  This $16.3 million improvement is primarily due to a combination of SG&A reductions ($9.7) million and the gain on the reevaluation of the derivatives, net of the day-one loss on issuance ($7.4) million.

**Adjusted EBITDA**

Consolidated Adjusted EBITDA loss improved by $9.1 million for the quarter ended December 31, 2022 to an Adjusted EBITDA loss of ($5.1) million compared to a ($14.2) million loss for the same quarter last year mainly as a result of SG&A reductions as compared to prior year, as discussed above.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

*Nine-month period ended December 31, 2022 compared to December 31, 2021*

| | For the nine-month period ended | | Changes | |
| --- | --- | --- | --- | --- |
| | December 31, 2022 | December 31, 2021 | Changes in $ | Changes in % |
| Total revenues | $40.468 | $37.265 | 3.203 | 8.6% |
| Total cost of sales | (40.374) | (39.106) | (1.268) | -3.2% |
| Gross profit | 0.094 | (1.841) | 1.935 | 105.1% |
| *Gross profit margin* | *0.2%* | *-4.9%* | *5.2%* | *-104.7%* |
| | | | | |
| Research and development expenses, net of tax credits and grants | (0.451) | (0.652) | 0.201 | 30.8% |
| Selling, general and administrative expenses | (35.188) | (49.902) | 14.714 | 29.5% |
| Impairment losses | (25.781) | (2.404) | (23.377) | -972.4% |
| Other elements of the operating loss | 0.170 | 0.006 | 0.164 | 2733.3% |
| Loss from operating activities | (61.156) | (54.793) | (6.363) | -11.6% |
| | | | | |
| Net finance costs | (2.657) | (1.170) | (1.487) | -127.1% |
| Foreign exchange gain (loss) | 6.545 | (0.387) | 6.932 | 1791.2% |
| Loss on issuance and change in fair value of derivatives | 12.927 | 8.707 | 4.220 | 48.5% |
| Other changes in revaluation and fair value | — | (0.108) | 0.108 | 100.0% |
| Other elements of the loss before income taxes | 0.066 | — | 0.066 | 100.0% |
| | 16.881 | 7.042 | 9.839 | 139.7% |
| Loss before income taxes | (44.275) | (47.751) | 3.476 | 7.3% |
| | | | | |
| Income tax recovery (expense) | (0.015) | (0.012) | (0.003) | -25.0% |
| Net loss | (44.290) | (47.763) | 3.473 | 7.3% |
| | | | | |
| Adjusted EBIDTA | (30.087) | (40.494) | 10.407 | 25.7% |

**Adoption of US GAAP - Comparative Period Amounts**

The consolidated financial statements of the Company have been prepared in accordance with generally accepted accounting principles in the United States of America ("US GAAP"). Comparative figures, which were previously presented in accordance with International Financial Reporting Standards ("IFRS") as issued by the International Accounting Standards Board, have been adjusted as required to be compliant with the Company's accounting policies under US GAAP.

**Revenues**

For the nine-month period ended December 31, 2022, consolidated revenues totaled $40.5 million, an increase of $3.2 million or 8.6% compared to $37.3 million for the nine-month period ended December 31, 2021. Cannabis sales of $2.7 million were down $3.0 million or 53%, Nutraceutical Products sales increased $0.7 million to $8.3 million while Organic Foods and Beverages sales were up $5.5 million to $25.1 million an increase of 28%. This latter increase was mainly attributable to the expansion of Organic Foods and Beverages Sprout product at Walmart, as well as the introduction of the CoComelon license products in additional stores, and as a result of distribution gains in all markets.

**Geographic Revenues**

For the nine-month period ended December 31, 2022 compared to December 31, 2021, revenues decreased by $1.8 million or (21)% in Canada to $7.1 million from $8.9 million,  In the United States revenues increased by $5 million or 18% from $27.6 million in 2021 to $32.6 million in 2022 and increased by $0.1 million or 9% from $0.7 million in 2021 to $0.8 million in 2022 for other countries (royalty revenues). The decrease of revenue in Canada for the current quarter is mainly due to exiting our cannabis business as previously discussed. Increased first half year revenue in the United States is from sales growth of both Nutraceutical Products and Organic Foods and Beverages.

**Gross Profit (Loss)**

Gross profit (loss) is calculated by deducting the cost of sales from total revenues. Cost of sales consists primarily of costs incurred to manufacture products, including sub-contractors, freight expenses and duties on raw materials, storage and handling costs and lab testing on raw materials, and to acquire finished goods.

For the nine-month period ended December 31, 2022, the consolidated gross profit amounted to $0.09 million compared to $(1.8) million loss for the nine-month period ended December 31, 2021, an improvement of $1.9 million, mainly attributable to increased sales volumes and a price increase on Sprout, together with costs reductions.

**Gross Margin Percentage**

For the nine-month periods ended December 31, 2022 and 2021, the consolidated gross margin was 0.2% in 2022 from (4.9)% in 2021. A change of 5.2% resulting from increased sales volumes and price increases together with cost reductions.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Research and Development ("R&D") Expenses**

Consolidated R&D expenses amounted to $0.5 million in the nine-month period ended December 31, 2022, compared to $0.7 million for the same period last year.

**Selling, General and Administrative ("SG&A") Expenses**

For the nine-month period ended December 31, 2022, consolidated SG&A expenses amounted to $35.2 million, compared to $49.9 in the same period in 2021, a decrease of $14.7 million or 29.5%, primarily due to cost reductions from the restructuring and continued cost controls, partly offset by severance and other expenses.

**Impairment losses**

For the nine-month period ended December 31, 2022, aggregate impairment losses amounted to $25.8 million compared to $2.4 million for the same period last year, an increase of $23.4 million. This increase is primarily due to the divesture from the Cannabis business and the impairment of the goodwill related to Sprout.

**Finance costs**

For the nine-month period ended December 31, 2022, the net finance costs, foreign exchange and derivatives revaluations amounted to a gain of $16.9 million, compared to a gain of $7.0 million for the same period the previous year, an increase of $9.9 million. The variation for this period is mainly attributable to the effect of the decline in the share price on the revaluation of derivatives.

**Income taxes**

For the nine-month period ended December 31, 2022, income tax expense (recovery) was nominal.  As entities are in carry forward loss positions, there is nominal impact to income taxes for the nine-month period ended December 31, 2022.

**Net Profit/ loss**

The net loss for the nine-month period ended December 31, 2022 totaled ($44.3) million compared to ($47.8) million for the nine-month period ended December 31, 2021, an improvement of $3.4 million or 7.2%. The improvement is primarily due to reduced SG&A ($14.6) million, foreign exchange gains ($6.8) million, gain on the revaluation of the derivatives, net of the day-one loss on issuance ($12.9) million, mostly offset by impairment losses of ($23.4) million.

**Adjusted EBITDA**

Consolidated Adjusted EBITDA loss improved by $10.4 million for the nine-month period ended December 31, 2022 to ($30.1) million compared to a ($40.5) million loss for the same period last year. The decrease in Adjusted EBITDA loss for the nine-month period is due to a reduction in gross loss and SG&A.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

## FINANCIAL AND CAPITAL MANAGEMENT

### USE OF PROCEEDS

The use of proceeds for the nine-month periods ended December 31, 2022 and 2021, in millions of dollars, was as follows:

| | Nine-month periods ended | |
| --- | --- | --- |
| | December 31, 2022 | December 31, 2021 |
| Sources: | | |
| Proceeds from the issuance of shares and warrants through a Direct Offering | $5.000 | $— |
| Proceeds from the issuance of shares and warrants through a Direct Offering Priced At-The-Market and Concurrent Private Placement | 6.000 | — |
| Proceeds from sale of Cannabis assets | 3.122 | — |
| Proceeds from sale of assets | 0.170 | — |
| Proceeds from sale of Acasti shares[1] | — | 0.045 |
| Increase in loans and borrowings | 3.800 | — |
| | 18.092 | 0.045 |
| | | |
| Uses: | | |
| Acquisition of property, plant and equipment | 0.602 | 1.035 |
| Acquisition of intangible assets | — | 0.434 |
| Costs of issuance of shares | 1.330 | — |
| Withholding taxes paid pursuant to the settlement of non-treasury RSUs | 0.574 | 0.979 |
| Foreign exchange loss on cash and cash equivalents held in foreign currencies | 0.238 | 0.454 |
| Cash flows used in operating activities | 20.670 | 43.821 |
| | 23.414 | 46.723 |
| | | |
| Net cash (outflows) | $(5.322) | $(46.678) |

### Sources and Uses of Funds

*Nine-month period ended December 31, 2022 compared to December 31, 2021*

For the nine-month period ended December 31, 2022, the increase in loans and borrowings was $3.8 million and direct offerings of $11.0 million; in addition, the Company received $3.3 million for the sale of assets. The proceeds were used for operating activities, primarily inventory procurement, salaries and professional fees.

For the nine-month period ended December 31, 2021, there were no significant sources of funds. In the same period, uses of funds were for operating activities, primarily inventory procurement.

*Direct Offering*

On June 23, 2022, Neptune closed agreements with several institutional investors for the purchase and sale of an aggregate of 1,300,000 common shares of the Company, 645,526 pre-funded warrants and accompanying series of warrants to purchase up to an aggregate of 2,591,052 common shares warrants, at an offering price of $2.57 per share and accompanying warrants in a registered direct offering priced at-the-market under Nasdaq rules. Each series of warrants have an exercise price of $2.32 per share and are immediately exercisable upon issuance. One series of warrants will expire two years following the date of issuance and one series of warrants will expire five years following the date of issuance. The gross proceeds from the offering were $5.0 million, prior to deducting placement agent's fees and other offering expenses payable by Neptune. The pre-funded warrants were fully exercised on June 24, 2022 for $65.

On October 11, 2022, the Company closed a registered direct offering of 3,208,557 of its Common Shares and warrants ("Series E Warrants") to purchase up to 6,417,114 Common Shares in the concurrent Private Placement. The combined purchase price for one Common Share and one warrant was $1.87. The Series E Warrants have an exercise price of $1.62 per Common Share, are exercisable immediately following the date of issuance and will expire five years from the date of issuance. The Company received gross proceeds of $6.0 million and net proceeds of $5.1 million after deducting the placement agent fees and expenses, and the Company's offering expenses.

*Secured Promissory Notes*

On July 13, 2022, Neptune announced that Sprout Foods Inc. ("Sprout"), the Company's organic plant-based baby food and toddler snack company, entered into an amendment of each of its existing Secured Promissory Notes. In connection with this amendment, investment funds managed by Morgan Stanley Expansion Capital ("Morgan Stanley" or "MSEC") have agreed to immediately commit an additional $3 million in Secured Promissory Notes to Sprout. The maturity date of the note facility of February 1, 2024 is consistent with the maturity date of the existing Secured Promissory Notes with MSEC and Neptune. The $13.0 million of amended Secured Promissory Notes have a 10% interest rate per annum, increasing by 1% per annum every three months during the term of the Secured Promissory Notes. The interest will be compounded and added to the principal amount on a quarterly basis. The amended Secured Promissory Notes may be converted, in whole or in part, at any time upon the mutual consent of Sprout, the Company and MSEC, into common shares of the Company. MSEC was issued 372,670 common shares of Neptune, having a value of $0.6 million in connection with this commitment, for the payment of borrowing costs.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

On September 9, 2022, Neptune's Sprout subsidiary entered in a new $0.25 million Secured Promissory Note agreement. The maturity date of the new note facility is February 1, 2024. The $0.25 million Secured Promissory Note has a 10% interest rate per annum, increasing by 1% per annum every three months during the term of this Secured Promissory Note. The interest will be compounded and added to the principal amount on a quarterly basis. This Secured Promissory Note may be converted, in whole or in part, at any time upon the mutual consent of Sprout, the Company and the holder, into common shares of the Company. Neptune issued 36,765 common shares having a value of $0.1 million in connection with this Secured Promissory Note, for the payment of borrowing costs.

On November 8, 2022, Sprout entered into two agreements to issue an additional $0.55 million of Secured Promissory Notes, on the same terms as the previous Secured Promissory Note discussed above. In connection with these financings, Neptune issued 146,330 common shares for a value of $0.1 million to the holders of these Secured Promissory Notes on February 15, 2023, for the payment of borrowing costs.

*Sale of assets*

On June 8, 2022, the Company announced a planned divestiture of the Canadian cannabis business and that the Company would focus on winding up its cannabis operations pending one or more sales transactions. The net proceeds from the asset sale and purchase agreement (the "ASPA") signed with a third-party on October 16, 2022 were $3.1 million. The transaction closed on November 9, 2022. In addition, Neptune received $0.2 million for the sale of assets unrelated to the cannabis business.

**CAPITAL RESOURCES**

**Liquidity position**

As at December 31, 2022, the Company's liquidity position, consisting of cash and cash equivalents, was $3.4 million. Furthermore, as at December 31, 2022, the Company's current liabilities and expected level of expenses for the next twelve months exceed cash on hand of $3.4 million and its total current liabilities exceed its total current assets. Accordingly, the Company is required to actively manage its liquidity and expenses and payments of payables are not being made as the amounts become due for certain suppliers. As of the date the financial statements are authorized for issuance, the cash balance is expected to be sufficient to operate the business for only the next one to two months under the current business plan. The Company requires funding in the very near term in order to continue its operations. If the Company is unable to obtain funding in the near-term, it may have to cease operations and liquidate its assets

**Liquidity and Capital Resources**

*Cash flows and financial condition for the three and nine-month periods ended December 31, 2022 and 2021*

Summary

As of December 31, 2022, cash and cash equivalent totaled $3.4 million, a decrease of $5.3 million or 61% compared to cash and cash equivalents totaling $8.7 million as of December 31, 2021.

*Operating activities*

For the quarter ended December 31, 2022, increase in loans and borrowings was $0.55 million and the proceeds from a direct offering of $6.0 million were used for operating activities, primarily inventory procurement, salaries and professional fees.

For the quarter ended December 31, 2021, there were no significant sources of funds. In the same period, funds were used for operating activities, primarily inventory procurement.

For the nine-month period ended December 31, 2022, the increase in loans and borrowings was $3.8 million and direct offerings of $11.0 million. The proceeds were for operating activities, primarily inventory procurement, salaries and professional fees.

For the nine-month period ended December 31, 2021, there were no significant sources of funds. In the same period, uses of funds were for operating activities, primarily inventory procurement.

*Investing activities*

The Company's business models require low capital expenditures ("CAPEX") future investments. For the quarter ended December 31, 2022, $3.1 million was provided by investing activities, mainly coming from the proceeds from the sale of the Cannabis assets. In the same period the prior year, $0.5 million was used for investing activities. As for the nine-month period ended December 31, 2022, $2.7 million was provided by investing activities, compared to $1.4 million used by investing activities for the same period the prior year.

*Financing activities*

The Company has been successful in obtaining financing from public issuances and private placements. The Company also previously had a term facility for one of its subsidiaries, which was repaid in its entirety during the last quarter of fiscal year 2021. Since then, the Company entered into Registered Direct Offerings closed on March 14, 2022 ($8.0 million), June 23, 2022 ($5.0 million) and October 11, 2022 ($6.0 million). Secured promissory notes totaling $3.8 million were also issued during the nine-month period ended December 31, 2022 by Sprout (including $0.55 million during the last quarter). Subsequently to the quarter ended December 31, 2022, Sprout entered into an accounts receivable factoring facility, for which the maximum available is $5 million, and issued secured senior notes for gross proceeds of $4 million.

The Company's current cash position will be sufficient to support its financial needs for only one to two months. Should the Company's various financing initiatives such as potential public issuances, private placements, preferred shares issuances, or debt financings not materialize, further actions such as further cost reduction initiatives and Company spinoffs of subsidiaries remain as viable options. See the Going Concern section of this Management's Discussion and Analysis of Financial Condition and Results of Operations.

Furthermore, certain liabilities, such as the warrant liabilities, are dependent on Neptune's share price and would only become payable if they are in the money. The warrants, if exercised, settle in common shares of the Company and therefore do impact on the Company's cash. Unless exercised on a cashless basis (where permitted), warrant holders are required to pay the cash strike price to exercise the warrant and thus the exercise of warrants could result in a cash infusion to the Company.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Loans and borrowings**

On February 10, 2021, as part of the Sprout acquisition, Sprout issued a promissory note of $10.0 million guaranteed by the Company and secured by a first-ranking mortgage on all movable assets of Sprout current and future, corporeal and incorporeal, and tangible and intangible. The outstanding principal balance bears interest at the rate of 10% per annum, increasing by 1% per annum every three months during the term of the Secured Promissory Notes. The interest will be compounded and added to the principal amount on a quarterly basis. The principal is payable on February 1, 2024.

On September 9, 2022, Sprout  entered in a new $0.25 million Secured Promissory Note agreement. The maturity date of the new note facility is February 1, 2024. The $250,000 Secured Promissory Note has a 10% interest rate per annum, increasing by 1% per annum every three months during the term of this Secured Promissory Note. The interest will be compounded and added to the principal amount on a quarterly basis. This Secured Promissory Note may be converted, in whole or in part, at any time upon the mutual consent of Sprout, the Company and the holder, into common shares of the Company. Neptune issued 36,765 common shares for a value of $0.1 million in connection with this Secured Promissory Note, for the payment of borrowing costs.

On November 8, 2022, Sprout entered into an agreement to issue an additional $0.55 million of Secured Promissory Notes, on the same terms as the Secured Promissory Note entered into with MSEC. On February 15, 2023, in connection with this financing, Neptune issued 146,330 common shares to the holders of these Secured Promissory Notes for a value of $0.1 million.

On January 13, 2023, Neptune announced that it has closed on a senior secured notes financing (such notes, the "Notes") for gross proceeds of $4.0 million with CCUR Holdings, Inc. and Symbolic Logic, Inc. (collectively, the "Noteholders"). The Notes will mature 12 months from the initial closing and bear interest at a rate of 16.5% per annum. The notes are secured by the assets of Neptune excluding the assets of Sprout. Interest will be payable in kind on the first 6 monthly payment dates after the initial closing date and thereafter will be payable in cash.  Pursuant to the terms of the Notes, the Company also issued to the Noteholders warrants to purchase an aggregate of 850,000 shares of Neptune common stock, with each warrant exercisable for 5 years following the initial issuance at a price of $0.53 per common share. On March 9, 2023, the Company entered into a Waiver and First Amendment to the Notes (the "Waiver Agreement"). The Waiver Agreement waives certain administrative, regulatory and financial statement related covenants as further described in the Waiver Agreement as required by the terms of the Notes. The lender has the right to demand immediate repayment in the event of default. Furthermore, in connection with the Waiver Agreement, the Notes were amended to provide that the Purchasers shall be paid an exit fee in the aggregate amount of $0.2 million, payable as follows: (i) on or prior to May 15, 2023, $0.1 million and (ii) on the Maturity Date (as defined in the Note Purchase Agreement), $0.1 million and the interest rate was increased to 24% for a period extending until the Company meets specified criteria in the Waiver Agreement.

On January 25, 2023, Neptune announced that its organic baby food brand subsidiary, Sprout Organics, has entered into an accounts receivable factoring facility with Alterna Capital Solutions, LLC ("Alterna"). The maximum available is $5 million. The terms of the agreement include a Funds Usage Fee of prime plus 1% with a minimum interest rate of 8% per annum. Alterna was granted a security interest in Sprout's accounts receivable. The agreement will remain in effect for a 12-month period, effective January 23, 2023 , and will be automatically renewed. Neptune provided a commercial guaranty in connection with this agreement.

**Form S-3 Limitations**

As a result of our inability to timely file the Quarterly Report for the three and six-months periods ended September 30, 2022 and the three and nine-months periods ended December 31, 2022 under the Securities Exchange Act of 1934, as amended, we will not be eligible to use a registration statement on Form S-3 to conduct public offerings of our securities until we have timely filed all periodic reports with the SEC for a period of twelve months. Our inability to use Form S-3 during this time period may have a negative impact on our ability to access the public capital markets in a timely fashion because we would be required to file a long-form registration statement on Form S-1 and have it reviewed and declared effective by the SEC. This may limit our ability to access the public markets to raise debt or equity.

**Equity**

Equity consists of the following items (in millions):

|  | | December 31, 2022 | | March 31, 2022 |
|---|---|---|---|---|
| Share capital | $ | 321.792 | $ | 317.051 |
| Warrants | | 6.118 | | 6.080 |
| Additional paid-in capital | | 57.303 | | 55.981 |
| Accumulated other comprehensive loss | | (14.540) | | (7.814) |
| Deficit | | (357.075) | | (323.182) |
| Total equity attributable to equity holders of the Company | $ | 13.598 | $ | 48.116 |
| Total equity attributable to non-controlling interest | | 2.326 | | 12.722 |
| Total equity | $ | 15.924 | $ | 60.838 |

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

## CONTRACTUAL OBLIGATIONS

The following are the contractual obligations as at December 31, 2022:

| | | | | | | December 31, 2022 |
|---|---|---|---|---|---|---|
| Required payments per year | Carrying amount | Contractual Cash flows | Less than 1 year | 1 to 3 years | 4 to 5 years | More than 5 years |
| Trade and other payables and provisions | $21.984 | $21.984 | $21.984 | $— | $— | $— |
| Lease liabilities[1] | 2.719 | 2.719 | 0.490 | 1.054 | 0.272 | — |
| Loans and borrowings[2] | 15.937 | 16.477 | — | 16.477 | — | — |
| Other liability[3] | 0.023 | 15.000 | — | — | — | — |
| | $40.663 | $56.180 | $22.474 | $17.531 | $0.272 | $— |

(1)    Includes interest payments to be made on lease liabilities corresponding to discounted effect.
(2)    Includes interest payments to be made on loans and borrowings.
(3)    According to the employment agreement with the CEO, a long-term incentive is payable if the Company reaches a level of market capitalization.

Liabilities related to warrants are excluded from the table above, as they are to settle in shares.

Under the terms of its financing agreements, the Company is not required to meet financial ratio covenants.

On November 14, 2021, the Company and its CEO entered into an agreement pursuant to which the CEO's existing employment agreement was amended to waive the Company's obligation to procure directors and officers insurance coverage of up to $15 million for the period covering July 1, 2021 to July 31, 2022.  The parties agreed that if the Company had successfully completed a strategic partnership prior to December 31, 2021, the CEO would have been entitled to approximately $6.9 million in cash and would have been granted fully vested options to purchase 8.5 million shares of the Company's common stock.  As the strategic partnership was not consummated by December 31, 2021, the CEO is entitled to a grant of vested RSUs with a value of approximately $0.0 million. The balance of the liability accrual to the CEO is $0.0 million as at December 31, 2022, in trade and other payables. The revaluation of the liability amounted to gain (loss) of $0.1 million and  $3.3 million for the three and nine-month periods ended December 31, 2022 and were recorded into SG&A (2021 - losses of $6.9 million and $6.9 million, respectively). During the three and nine-month periods ended December 31, 2022, settlements in RSUs were of $0.1 million and $1.6 million respectively. The compensation is to be settled in RSUs or if the Company is unable to grant such RSUs, then a combination of cash and vested RSUs with equivalent value, is not reflected in the number of RSUs outstanding above.

The Company is required to pay royalties of 1% of its revenues in semi-annual installments, for an unlimited period to the former CEO. A provision of $0.6 million for royalty payments is included in the table above for amounts currently due but such obligation is not otherwise included in table above.

The Company has no significant off-balance sheet arrangements as at December 31, 2022, other than those mentioned above and the commitments disclosed in note 15 of the condensed consolidated interim financial statements for the three and nine-month periods ended December 31, 2022 and 2021.

Please refer also to provisions disclosed in note 7, commitments disclosed in note 15(a) and legal proceedings in note 15(b) of the condensed consolidated interim financial statements for the three and nine-month periods ended December 31, 2022 and 2021.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

## ACCOUNTING POLICIES

### OUR ACCOUNTING POLICIES

Please refer to Note 3 of the annual consolidated financial statements as at March 31, 2022 for more information about significant accounting policies used to prepare the financial statements.

When preparing the financial statements in accordance with US GAAP, the management of Neptune must make estimates and judgements that affect the amounts reported in the financial statements and the notes thereto. Such estimates are based on Management's knowledge of current events and actions that the Company may take in the future.

### CRITICAL ACCOUNTING ESTIMATES AND JUDGEMENTS

The condensed consolidated interim financial statements are prepared in accordance with US GAAP. In preparing the condensed consolidated interim financial statements for the three and nine-month periods ended December 31, 2022 and 2021, Management made estimates in determining transaction amounts and statement of financial position balances. Certain policies have more importance than others. We consider them critical if their application entails a substantial degree of judgment or if they result from a choice between numerous accounting alternatives and the choice has a material impact on reported results of operation or financial position. Please refer to the annual consolidated financial statements as at March 31, 2022 for more information about the Company's most significant accounting policies and the items for which critical estimates were made in the financial statements and should be read in conjunction with the notes to the consolidated financial statements for the years ended March 31, 2022 and 2021.

Estimates are based on management's best knowledge of current events and actions that the Company may undertake in the future. Estimates and underlying assumptions are reviewed on an ongoing basis. Revisions to accounting estimates are recognized in the period in which the estimates are revised and in any future periods affected.

Critical accounting estimates are:

- Estimating the write down of inventories

  Net realizable value is the estimated selling price in the ordinary course of business, less the estimated costs of completion and selling expenses. As necessary, the Company records write-downs for excess, slow moving and obsolete inventory. To determine these amounts, the Company regularly reviews inventory quantities on hand and compares them to estimates of historical utilization, future product demand, and production requirements. Write-downs of inventories to net realizable value are recorded in cost of sales in the consolidated financial statements.

  In the nine-months ended December 31, 2022 and 2021, inventories have been reduced by $3.1 million and $3.0 million respectively, as a result of a write-down to their net realizable value, which is included in cost of sales.

  The write-off of inventory in the nine-month period ended December 31, 2022 was related to cannabis products.

  Net realizable value is subject to measurement uncertainty because it can be difficult to predict market demands and timing of supply due to logistics.

- Estimating the expected credit losses for trade receivables

  An allowance for current expected credit losses is maintained to reflect credit risk for trade accounts receivable based on a current expected credit loss model which factors in changes in credit quality since the initial recognition of trade accounts receivable based on customer risk categories. Current expected credit losses also consider collection history and specific risks identified on a customer-by-customer basis. Trade accounts receivable are presented net of allowances for current expected credit losses.

  Most of the Company's customers are distributors for a given territory and are privately-held, provincially owned or publicly owned companies. The profile and credit quality of the Company's customers vary significantly. Adverse changes in a customer's financial position could cause the Company to limit or discontinue conducting business with that customer, require the Company to assume more credit risk relating to that customer's future purchases or result in uncollectible accounts receivable from that customer. Such changes could have a material adverse effect on business, consolidated results of operations, financial condition and cash flows.

  The Company's extension of credit to customers involves judgment and is based on an evaluation of each customer's financial condition and payment history.  From time to time, the Company will temporarily transact with customers on a prepayment basis where circumstances warrant. The Company's credit controls and processes cannot eliminate credit risk.

  The expected credit losses for the quarters ended December 31, 2022 and 2021 were $0.02 million and $0.04 million, respectively. As for the nine-month periods ended December 31, 2022 and 2021, the expected credit losses were $0.02 million and $0.04 million, respectively. Expected credit loss is subject to estimation risk and measurement uncertainty because the financial health of certain customers is difficult to predict.

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

- Estimating the recoverable amount of non-financial assets, to determine and measure impairment losses on goodwill, intangibles, and property, plant and equipment.

The Company assesses at each reporting date whether there is an indication that an asset group or a reporting unit may be impaired.

In the third quarter of 2022 due to the Company's sustained decrease in share price, the Company concluded a triggering event occurred and performed a quantitative impairment test for the Sprout reporting unit. As part of the impairment testing process, the Company considered a number of factors including, but not limited to, current macroeconomic conditions such as inflation, economic growth, and interest rate movements, industry and market considerations, stock price performance (including performance relative to peers) and overall financial performance of the Sprout reporting unit. Although management used its best estimate to assess the potential impact of the changes in the general economic conditions on the Company's business, management exercised significant judgment to estimate forecasted cash flows and discount rate, using assumptions which are subject to significant uncertainties. Based on the results of the Company's third quarter 2022 impairment analysis, the estimated fair value of the Sprout reporting unit exceeded its carrying value, and no impairment was recognized.

During the second quarter of 2022, there were changes in the general economic and financial conditions of the markets the Company serves. The Company's Sprout reporting unit was adversely impacted during the second quarter of 2022 by these conditions, which impacted the operating results. Accordingly, management concluded that these factors were indicators of impairment.

As a result, management performed an impairment test for the Sprout reporting unit, for which it revised its assumptions on projected earnings and cash flows growth, as well as its assumptions on discount rates used to apply to the forecasted cash flows, using its best estimate of the conditions existing at September 30, 2022. Although management used its best estimate to assess the potential impact of the changes in the general economic conditions on the Company's business, management exercised significant judgment to estimate forecasted cash flows and discount rate, using assumptions which are subject to significant uncertainties. Accordingly, differences in estimates could affect whether a reporting unit is impaired and the dollar amount of that impairment, which could be material. The Company compared the carrying amount of the reporting unit to the fair value. The fair value of the Sprout reporting unit was determined to be lower than the carrying value and a $7,570,471 goodwill impairment expense was recorded in the quarter ended September 30, 2022. Due to the impairment losses recorded during the second quarter of 2023, there is no headroom between the fair value of the reporting unit and its carrying value and therefore, changes in assumptions in future periods may result in additional impairment charges.

The fair value of the reporting unit was estimated using a discounted cash flow model with a WACC post-tax discount rate of 11.0% and a market multiples valuation approach. The discount rate represents the risk adjusted WACC of the reporting unit, based on publicly available information and that of comparable companies operating in similar industries. Determination of the WACC requires separate analysis of the cost of equity and debt, and considers a risk premium based on an assessment of risks related to the projected cash flows of the reporting unit.

Cash flows were projected based on past experience, actual operating results and the three-year business plan including a terminal growth rate of 3.5%.

The most significant assumptions used to estimate the fair values using a discounted cash flow model included the forecasted revenue, gross margins, net working capital investment, terminal value as well as the discount rate. These significant assumptions are classified as Level 3 in the fair value hierarchy, signifying that they are not based on observable market data. A decrease in the projected cash flow or an increase in discount rate could have resulted in a higher impairment charge. Should these projections not be realized, or the discount rate needs to be increased, an impairment loss may be needed in future periods.

- Estimating the fair value less costs to sell of our assets held for sale.

On June 8, 2022, the Company announced a planned divestiture of the Canadian cannabis business and that the Company would focus on winding up its cannabis operations pending one or more sales transactions. Following this announcement, the Company had Canadian disposal group assets that met the criteria to be classified as held for sale. As at September 30, 2022, non-current assets related to the Canadian cannabis business were presented under assets held for sale on Neptune's balance sheet. Comparative balance sheet amounts have not been reclassified. The disposal group has been measured at fair value less cost to sell and impaired to reflect the asset sale and purchase agreement (the "ASPA") signed with a third-party on October 16, 2022 for approximately $3.8 million ($5.15 million CAD), with expected cost to sell the Canadian cannabis disposal group asset in the amount of $0.6 million, for net assets held for sale of $3.2 million, resulting in impairment losses of nil and $15.3 million respectively for the three and nine-month periods ended December 31, 2022. The transaction closed on November 9, 2022.

- Estimating the revenue from contracts with customers subject to variable consideration. Refer to note 2(c) of the consolidated financial statements for more details).

The Company's revenue-generating activities from the sale of products in the course of ordinary activities are recognized at a point in time when control of the products is transferred to the customer and the Company's obligations have been fulfilled. The Company transfers control generally on shipment of the goods or in some cases, upon reception by the customer. Revenue is measured as the amount of consideration the Company expects to receive in exchange for the Company's product as specified in the customer contract. Certain of the Company's customer contracts, most notably those with the Canadian provincial and territorial agencies, may provide the customer with a right of return. In certain circumstances, the Company may also provide a retroactive price adjustment to a customer. These items give rise to variable consideration, which is recognized as a reduction of the transaction price based upon the expected amounts of the product returns and price adjustments at the time revenue for the corresponding product sale is recognized. The determination of the reduction of the transaction price for variable consideration requires that the Company make certain estimates and assumptions that affect the timing and amounts of revenue recognized. The Company estimates this variable consideration by taking into account factors such as historical information, current trends, forecasts, provincial and territorial inventory levels, availability of actual results and expectations of demand.

The Company recognizes a liability for sales refunds within other current liabilities with a corresponding decrease in revenues. Furthermore, the Company recognizes an asset for the value of inventory which is expected to be returned within prepaid expenses and other assets on the consolidated balance sheets with a corresponding reduction of cost of sale.

59

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

- Judgment related to revenue recognition in determining whether the Company is the principal or the agent for the arrangements with suppliers of products the Company does not manufacture.

  The Company may be involved with other parties, including suppliers of products, in providing goods or services to a customer when it enters into revenue transactions for the sale of products that it does not manufacture. In these instances, the Company must determine whether it is a principal in these transactions by evaluating the nature of its promise to the customer. The Company is considered to be a principal and records revenue on a gross basis if it controls a promised good before transferring that good to the customer. On the other hand, the Company records revenue as the net amount when it does not meet the criteria to be considered a principal.

- Estimating the fair value of bonus-based on market conditions (note 12(c) of the consolidated financial statements)

  According to the employment agreement with the CEO, a long-term incentive of $15 million is payable if the Company's US market capitalization is at least $1 billion. The Company uses a risk-neutral Monte Carlo simulation to estimate the fair-value of this instrument and recognizes the incentive over the estimated period to reach the market capitalization. The incentive is being recognized over the estimated period to reach the market capitalization. The risk-neutral Monte-Carlo simulation uses level 3 inputs. The assumptions used in the simulation include a risk free-rate of 3.88% and a volatility of 75.09% for the nine-month period ended December 31, 2022 (respectively 1.52% and 66.18% for the nine-month period ended December 31, 2021). An increase or decrease in the volatility assumption significantly impacts the fair value of the long-term incentive.

- Judgment related to the recognition period to be used in recording stock-based compensation that is based on market and non-market conditions and also for determining the fair value of the warrants (notes 8, 10 and 12 of the condensed consolidated interim financial statements)

  On July 8, 2019, the Company granted 100,000 non-market performance options under the Company stock option plan at an exercise price of $4.43 per share to the CEO, expiring on July 8, 2029. These options vest after the attainment of non-market performance conditions within the following ten years. These non-market performance options required the approval of amendments to the stock option plan and therefore the fair value of these options was revalued up to the date of approval of the amendments (grant date). These options are valued based on level 3 inputs. During the twelve-month period ended March 31, 2022, changes in estimated probability of achievement of the non-market performance conditions or the expected number of years to achieve the performance conditions resulted in a recovery of stock-based compensation recognized under this plan. None of these non-market performance options have vested as at December 31, 2022. Changes in these assumptions would impact the timing of which the expense is recognized. These options were not exercisable as at December 31, 2022 and March 31, 2022.

  On June 23, 2022, Neptune issued a total of 645,526 pre-funded warrants ("Pre-Funded Warrants"), along with 1,300,000 common shares of the Company, as part of a registered direct offering ("June 2022 Direct Offering"). Each Pre-Funded Warrant was exercisable for one Common Share. The common shares and the Pre-Funded Warrants were sold together with 1,945,526 Series C Warrants (the "Series C Warrants"), and 1,945,526 Series D Warrants (the "Series D Warrants" and collectively, the "June 2022 Common Warrants"). Each common share and Pre-Funded Warrant and the accompanying June 2022 Common Warrants were sold together at a combined offering price of $2.57, for aggregate gross proceeds of $5.0 million before deducting fees and other estimated offering expenses. The Pre-Funded Warrants are funded in full at closing except for a nominal exercise price of $0.0001 and are exercisable commencing on the Closing Date and will terminate when such Pre-Funded Warrants are exercised in full. The Series C Warrants and the Series D Warrants have an exercise price of $2.32 per share and can be exercised for a period of 5 years and 2 years respectively from the date of issuance.

  Proceeds of the June 2022 Direct Offering were allocated between common shares and warrants first by allocating proceeds to the warrants classified as a liability based on their fair value and then allocating the residual to the equity instruments, which includes the Pre-Funded Warrants. The fair value of the liability-classified warrants was determined using the Black-Scholes model, resulting in an initial warrant liability of $4,046,836 for the Series C Warrants and $3,080,121 for the Series D Warrants. Because the fair value of the liability classified warrant exceeds the total proceeds, no consideration was allocated to the Common Shares and Pre-Funded Warrants and a loss of $2,126,955 was immediately recognized in the net loss of the period as there were no additional rights or privileges identified. Total issue costs related to this private placement of $465,211, was recorded under finance costs.

  On October 11, 2022, the Company closed a registered direct offering ("October 2022 Direct Offering") of 3,208,557 of its Common Shares and warrants ("Series E Warrants") to purchase up to 6,417,114 Common Shares in the concurrent Private Placement. The combined purchase price for one Common Share and one warrant was $1.87. The Series E Warrants have an exercise price of $1.62 per Common Share, are exercisable immediately following the date of issuance and will expire five years from the date of issuance. The Company received gross proceeds of $6,000,002 and net proceeds of $5,135,002 after deducting the placement agent fees and expenses, and the Company's offering expenses. Based on the fair value of the warrants as at the date of closing, which was determined using a Black-Scholes model, the Company recorded the full proceeds to liabilities, with an initial liability of $7,029,614 and a loss on initial recognition of $1,029,614. Because the fair value of the liability classified warrant exceeded the total proceeds, no consideration was allocated to the Common Shares. Total issue costs related to this offering of $865,000 were recorded under finance costs.

**CHANGES IN ACCOUNTING POLICIES AND FUTURE ACCOUNTING CHANGES**

The accounting policies and basis of measurement applied in the condensed consolidated interim financial statements for the three and nine-month periods ended December 31, 2022 and 2021 are the same other than as disclosed, if any, in note 3 to the condensed consolidated interim financial statements.

As a result of a significant portion of its revenues, expenses, assets and liabilities being denominated in US dollars and the increasing American scope of its operations, Neptune changed its functional currency from Canadian dollars ("CAD") to U.S. dollars ("USD"), effective October 1, 2022. This change in functional currency has been applied prospectively from the date of the change.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**ISSUED AND OUTSTANDING SECURITIES**

The following table details the number of issued and outstanding securities as at the date of this MD&A:

|  | Number of Securities Issued and Outstanding |
| --- | --- |
| Common shares | 11,996,340 |
| Share options | 677,978 |
| Deferred share units | 4,308 |
| Restricted share units | 2,789 |
| Warrants | 12,266,609 |
| Total number of securities | 24,948,024 |

The Company's common shares are being traded on NASDAQ Capital Market under the symbol "NEPT". Effective August 15, 2022, the Company's common shares no longer trade on the TSX.  Each option, restricted share, restricted share unit, deferred share unit and warrant is exercisable into one common share to be issued from the treasury of the Company.

**ITEM 3. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK.**

We are a smaller reporting company as defined by Rule 12b-2 of the Exchange Act, and are not required to provide the information otherwise required under this item.

62

## ITEM 4. CONTROLS AND PROCEDURES.

## INTERNAL CONTROLS DISCLOSURE

**Disclosure Controls and Procedures ("DC&P") and Internal Control Over Financial Reporting ("ICFR")**

As required by applicable rules of the SEC, Management is responsible for the establishment and maintenance of DC&P and ICFR. Our DC&P and ICFR has been designed based on the 2013 Internal Control Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (the "COSO Framework") to provide reasonable assurance regarding the reliability of financial reporting and the preparation of consolidated financial statements for external purposes in accordance with US GAAP. Regardless of how well the DC&P and ICFR are designed, internal controls have inherent limitations and can only provide reasonable assurance that the controls are providing reliable financial reporting information in accordance with US GAAP. These inherent limitations include, but are not limited to, human error and circumvention of controls and as such, there can be no assurance that the controls will prevent or detect all misstatements due to errors or fraud, if any.

**Evaluation of DC&P**

The Chief Executive Officer (CEO) and the Chief Financial Officer (CFO), with assistance from other members of management, have evaluated the design and effectiveness of our Disclosure Controls and Procedures as of December 31, 2022 and, based on their evaluation, have concluded that the Disclosure Controls and Procedures were not effective as of that date due to material weaknesses disclosed below.

**Internal controls over financial reporting ("ICFR")**

Management is responsible for establishing and maintaining adequate internal control over financial reporting as defined in Rule 13a-15(f) of the Exchange Act. Our internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of our financial reporting and the preparation of our financial statements for external purposes in accordance with US GAAP.

Internal control systems, no matter how well designed, have inherent limitations, including the possibility of human error or overriding of controls. Because of the inherent limitations, only reasonable assurance with respect to financial statement preparation and presentation can be provided and misstatements may not be prevented or detected. Management evaluated the design and effectiveness of the Company's internal control over financial reporting as of March 31, 2022 using the criteria set forth by the Committee of Sponsoring Organizations of the Treadway Commission in Internal Control Integrated Framework 2013. Based on its evaluation, management concluded that our internal control over financial reporting was not effective as of March 31, 2022 due to material weaknesses in our internal control over financial reporting. This conclusion remains accurate at December 31, 2022. A material weakness is a deficiency, or combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of annual or interim financial statements will not be prevented or detected on a timely basis.

The Company did not effectively design, implement and operate effective process-level control activities related to its key processes (such as the financial reporting process (including consolidation and journal entries), the purchase to pay process (including cutoff), the inventory process, the order to cash process and the equity process (financial instruments and stock-based compensation), account level assertions and disclosures, including entity level controls and information technology general controls ("ITGCs").

Further, there were inadequate controls over user and privileged access to information technology (IT) systems for multiple components to adequately restrict access to appropriate finance and IT personnel and enforce appropriate segregation of duties. As a result, process-level automated control activities and manual control activities that are dependent upon information derived from IT systems were also ineffective. The pervasive nature of these deficiencies contributed to the other material weaknesses below:

- Inadequate oversight processes and procedures to guide individuals in applying internal control over financial reporting to prevent or timely detect material accounting errors and ensuring adherence to applicable accounting standards.
- Ineffective risk assessment process, including (i) potential for fraud and (ii) identification and assessment of changes in the business that could impact our system of internal controls.
- Ineffective design and implementation of control activities, general controls over technology and deployment of policies and procedures.
- Relevant and quality information to support the functioning of internal controls was not consistently generated, used, or reviewed by the Company.
- The Company did not sufficiently select, develop, and perform ongoing evaluations to determine that components of internal control are present and functioning.
- The evaluation and communication process of internal control deficiencies was not timely.

As a result of these deficiencies, material misstatements were identified and corrected in the consolidated financial statements as of and for the year ended March 31, 2021. Because there is a reasonable possibility that material misstatement of the consolidated financial statements will not be prevented or detected on a timely basis, we concluded the deficiencies represent material weaknesses in our internal control over financial reporting and our internal control over financial reporting was not effective as of March 31, 2022.

During the quarter ended September 30, 2022, the following additional material weaknesses were identified:

- Inability to prepare on a timely basis the financial statements, supporting accounting records and account reconciliations; and
- Lack of sufficient complement of personnel with an appropriate level of knowledge and experience.

The conclusion of ineffective internal control over financial reporting remains accurate at December 31, 2022.

**Changes in ICFR**

For the last nine months, the Company experienced turnover in its accounting personnel which resulted in the identification of the additional material weaknesses noted above and therefore, the Company concluded during the quarter ended September 30, 2022 that there were changes in its ICFR that had materially affected or was reasonably likely to materially affect the Company's ICFR; there was no other changes for the three month period ended December 31, 2022. Our CEO and CFO have taken additional steps to assure that the financial statements as of and for the three and nine-month periods ended December 31, 2022 are presented fairly in accordance with US GAAP.

**Remediation Plan**

Beginning during the year ended March 31, 2021,  and under the direction of our CEO and CFO, we have been developing a comprehensive plan to remediate the identified material weaknesses. We began implementing certain measures as part of the remediation plan including: (i) development of a detailed remediation plan addressing the material weaknesses related to the control environment, risk assessment and monitoring, (ii) institution of policies and processes to support the functioning of internal controls over financial reporting, (iii) design of a comprehensive risk assessment process, (iv) process level and IT general controls design enhancement and (v) hiring of individuals with appropriate skills and experience.

The turnover in accounting personnel experienced in the last nine months has delayed the implementation of the remediation plan. We remain committed to the identification, design and implementation of steps still needed to remediate the material weaknesses in our internal controls and to ensure that our internal controls over financial reporting will be designed and operating effectively by:

- Addressing the material weaknesses related to information and communication.
- Continuing to institute policies and processes to support the functioning of internal controls over financial reporting.
- Implementing a comprehensive and continuous risk assessment process to identify and assess risks of material misstatement (including fraud risks).
- Ensuring the proper implementation and operating effectiveness of process-level and IT general controls that support automated and manual control activities.
- Establishing an adequate reporting structure to ensure authority guidelines and reinforcing communications protocols, including required information and expectations, to enable personnel to carry out their responsibilities and producing accurate financial reports.
- Reinforcing internal control and financial reporting expertise across the organization.
- Holding individuals accountable for their role related to internal control and providing continuous training.
- Designing and implementing additional monitoring controls to assess the consistent operation of controls and to remediate deficiencies in a timely manner.

The material weaknesses being addressed by the above-mentioned remediation plan will not be considered remediated until the applicable controls operate for a sufficient period of time, and management concludes, through testing, that these controls are operating effectively. This has not occurred to date.

Although we have commenced the remediation process and intend to complete it as promptly as possible, we cannot estimate how long it will take to remediate these material weaknesses. In addition, new material weaknesses may be discovered that require additional time and resources to remediate. Until the remediation is complete, we plan to continue to perform additional analyses and other procedures to ensure that our consolidated financial statements are prepared in accordance with US GAAP.

64

**PART II - OTHER INFORMATION**

**ITEM 1. LEGAL PROCEEDINGS.**

The Company is engaged from time-to-time in various legal proceedings and claims. The outcome of such proceedings and claims against the Company is subject to future resolution, including the uncertainties of litigation. Regardless of the outcome, resolving legal proceedings and other disputes can have an adverse impact on us because of legal costs, diversion of management's time and resources, and other factors.

Refer to Note 15, "Commitments and Contingencies," of our condensed consolidated interim financial statements in Part I, Item 1 within this Quarterly Report, for further information on our legal proceedings.

**ITEM 1A. RISK FACTORS.**

An investment in our common shares, or in securities convertible into or exchangeable for our common shares, involves a high degree of risk. You should carefully consider the risks described below, together with all of the other information included in this Quarterly Report, as well as in our other filings with the SEC, in evaluating our business. If any of the following risks actually occur, our business, financial condition, operating results and future prospects could be materially and adversely affected. In that case, the trading price of our common stock may decline and you might lose all or part of your investment. The risks described below are not the only ones we face. Additional risks that we currently do not know about or that we currently believe to be immaterial may also impair our business, financial condition, operating results, liquidity, and future prospects. Certain statements below are forward-looking statements. For additional information, see Item 2, Management's Discussion and Analysis of Financial Condition and Results of Operations of this Quarterly Report.

During the three-month and nine-month periods ended December 31, 2022, except as set forth below there were no material changes to the risks and uncertainties described in Part I, Item 1A, "Risk Factors," of our Annual Report.

***We may not be able to maintain our operations without additional funding.***

As of December 31, 2022, Neptune had $3.4 million of cash and cash equivalents. We had negative cash flows from operating activities of $54.3 million during the twelve-month period ended March 31, 2022 and $12.9 million during the nine-month period ended December 31, 2022. As of the date the Q3 financial statements are authorized for issuance, the cash balance is expected to be sufficient to operate the business for the next one to two months under the current business plan. The Company requires funding in the very near term in order to continue its operations.  If the Company is unable to obtain funding in the near-term, it may have to cease operations and liquidate its assets. We may be unable to generate sufficient cash flow from operations or to obtain future borrowings in an amount sufficient to enable us to pay our debt or to fund our other liquidity needs. If we do not have sufficient liquidity, we may need to refinance or restructure all or a portion of our debt on or before maturity, sell assets or borrow more money or issue equity, which we may not be able to do on terms satisfactory to us or at all. In addition, any refinancing could be at higher interest rates and may require us to comply with more onerous covenants which could further restrict our business operations. We may also try to raise the necessary capital through securities offerings, however these may entail significant downsides, due to limitations on use of registration statements on Form S-3. For more information on our inability to use Form S-3, see "Management's Discussion and Analysis of Financial Condition and Results of Operations—Financial and Capital Management—Capital Resources." Such offerings are subject to market conditions and are beyond our control.

***If we do not manage our supply chain effectively or if there are disruptions in our supply chain, our business and results of operations may be adversely affected.***

The success of our business depends, in part, on maintaining a strong sourcing and manufacturing platform and efficient distribution channels. The inability of any supplier of raw materials, independent contract manufacturer or third-party distributor to deliver or perform for us in a timely or cost-effective manner could cause our operating costs to increase and our profit margins to decrease, especially as it relates to our products that have a short shelf life. We must continuously monitor our inventory and product mix against forecasted demand or risk having inadequate supplies to meet consumer demand as well as having too much inventory on hand that may reach its expiration date and become unsaleable.

We must also manage our third-party distribution, warehouse and transportation providers to ensure they are able to support the efficient distribution of our products to retailers. A disruption in transportation services could result in an inability to supply materials to our or our co-manufacturers' facilities or finished products to our distribution centers or customers. Activity at third-party distribution centers could be disrupted by a number of factors, including labor issues, failure to meet customer standards, natural disasters or financial issues affecting the third-party providers. In particular, the Russia-Ukraine war and recent labor market shortages impacting our industry have created operating challenges in making our products available to customers and consumers, and such challenges may persist.

***Our future results of operations may be adversely affected by input cost inflation.***

Our future results of operations may be adversely affected by input cost inflation.

Many aspects of our business have been, and may continue to be, directly affected by volatile commodity costs and other inflationary pressures. Agricultural commodities and ingredients are subject to price volatility which can be caused by commodity market fluctuations, crop yields, seasonal cycles, weather conditions, temperature extremes and natural disasters (including due to the effects of climate change), pest and disease problems, changes in currency exchange rates, imbalances between supply and demand, and government programs and policies among other factors. Volatile fuel costs translate into unpredictable costs for the products and services we receive from our third-party providers including, but not limited to, distribution costs for our products and packaging costs

***Our future results of operations may be adversely affected by the availability of natural and organic ingredients.***

Our ability to ensure a continuing supply of natural and organic ingredients at competitive prices depends on many factors beyond our control, such as the number and size of farms that grow natural and organic crops, climate conditions, increased demand for natural and organic ingredients by our competitors, changes in national and world economic conditions, currency fluctuations and forecasting adequate need of seasonal ingredients.

The natural and organic ingredients that we use in the production of our products (including, among others, vegetables, fruits, nuts and grains) are vulnerable to adverse weather conditions and natural disasters, such as floods, droughts, water scarcity, temperature extremes, wildfires, frosts, earthquakes and pestilences. Natural disasters and adverse weather conditions can lower crop yields and reduce crop size and crop quality, which in turn could reduce our supplies of natural and organic ingredients or increase the prices of those ingredients. Such natural disasters and adverse weather conditions can be caused or exacerbated by climate change, and the spate of recent extreme weather events, including historic droughts, heatwaves, extreme cold and flooding, presents an alarming trend. If our supplies of natural and organic ingredients are reduced, we may not be able to find enough supplemental supply sources on favorable terms, if at all, which could impact our ability to supply products to our customers and adversely affect our business, financial condition and results of operations.

66

We also compete with other manufacturers in the procurement of natural and organic product ingredients, which may be less plentiful in the open market than conventional product ingredients. This competition may increase in the future if consumer demand for natural and organic products increases. This could cause our expenses to increase or could limit the amount of products that we can manufacture and sell.

***We may not be successful in achieving savings and efficiencies from cost reduction initiatives and related strategic initiatives.***

Our strategy includes identifying areas of cost savings and operating efficiencies to expand profit margins and cash flow. As part of our identification of operating efficiencies, we may continue to seek to dispose of businesses and brands that are less profitable or are otherwise less of a strategic fit within our core portfolio.

We may not be successful in fully implementing our productivity plans or realizing our anticipated savings and efficiencies, including potentially as a result of factors outside our control. Additionally, we may not be able to identify or negotiate divestiture opportunities on terms acceptable to us. If we are unable to fully realize the anticipated savings and efficiencies of our cost reduction initiatives and related strategic initiatives, our profitability may be materially and adversely impacted.

***The terms of our indebtedness restrict our current and future operations, particularly our ability to respond to changes or to take certain actions.***

The Note Purchase Agreement, as amended (the "Note Purchase Agreement"), governing the promissory notes (the "2023 Notes") that we issued on January 12, 2023 contain a number of restrictive covenants that impose significant operating and financial restrictions on us and may limit our ability to engage in acts that may be in our long-term best interest, including restrictions on our ability to incur liens, make investments, loans, advances and acquisitions, incur additional indebtedness or guarantees, pay dividends on capital stock or redeem, repurchase or retire capital stock, engage in transactions with affiliates, sell assets, including capital stock of our subsidiaries, alter the business we conduct, alter their organizational documents, and consolidate or merge.

We defaulted on the conditions of the Note Purchase Agreement and entered into a Waiver and First Amendment to the Notes (the "Waiver Agreement") on March 9, 2023. The Waiver Agreement waives certain administrative, regulatory and financial statement related covenants as required by the terms of the Notes. Furthermore, in connection with the Waiver Agreement, the Notes were amended to provide that the Purchasers shall be paid an exit fee in the aggregate amount of $200,000, payable as follows: (i) on or prior to May 15, 2023, $100,000 and (ii) on the Maturity Date (as defined in the Note Purchase Agreement), $100,000 and the interest rate has increased to 24% for a period extending until the Company meets specified criteria in the Waiver Agreement

A breach of the covenants under the Note Purchase Agreement, or any replacement facility, could result in an event of default under the applicable indebtedness, unless we obtain a waiver to avoid such default. If we are unable to obtain a waiver, such an event of default may allow the creditors to accelerate the related debt and may result in the acceleration of or default under any other debt to which a cross-acceleration or cross-default provision applies. In the event that we breach one or more covenants, our lender may declare an event of default and require that we immediately repay all amounts outstanding, terminate any commitment to extend further credit and foreclose on the collateral granted to it to collateralize such indebtedness. The occurrence of any of these events could restrict our operations, which could have a material adverse effect on our business, financial condition and results of operations. In the event our lenders accelerate the repayment of our borrowings, we and our subsidiaries may not have sufficient assets to repay that indebtedness.

While the Note Purchase Agreement was amended to provide for a waiver of certain defaults, there can be no guarantee that we will not breach covenants in the Note Purchase Agreement or the 2023 Notes in the future. In the event that we breach one or more covenants, our lender may declare an event of default and require that we immediately repay all amounts outstanding, terminate any commitment to extend further credit and foreclose on the collateral granted to it to collateralize such indebtedness. The occurrence of any of these events could restrict our operations, which could have a material adverse effect on our business, financial condition and results of operations.

***Our failure to meet the continued listing requirements of Nasdaq could result in a de-listing of our Common Shares.***

If we fail to continue to satisfy the continued listing requirements of Nasdaq, such as the corporate governance requirements or the minimum closing bid price requirement, Nasdaq will take steps to de-list our Common Shares. The per share price of our Common Shares has declined below the minimum bid price threshold required for continued listing. Such a de-listing would likely have a negative effect on the price of our Common Shares and would impair your ability to sell or purchase our Common Shares when you wish to do so, as well as adversely affect our ability to issue additional securities and obtain additional financing in the future.

On December 29, 2022, we received a deficiency notice from Nasdaq (the "Deficiency Notice") informing us that our Common Shares have failed to comply with the $1.00 minimum bid price required for continued listing under Nasdaq Listing Rule 5550(a)(2) ("Rule 5550(a)(2)") based upon the closing bid price of our Common Shares for the 30 consecutive business days prior to the date of the Deficiency Notice. In accordance with Nasdaq Listing Rule 5810(c)(3)(A), we were given 180 calendar days from December 29, 2022, or until June 27, 2023, to regain compliance with Rule 5550(a)(2). If at any time before June 27, 2023, the bid price of our Common Shares closes at $1.00 per share or more for a minimum of 10 consecutive business days, the Nasdaq will provide written confirmation that we have regained compliance.

Our common shares may be de-listed if we do not regain compliance with Rule 5550(a)(2) by June 27, 2023 and our shareholders could face significant material adverse consequences, including:

- Limited availability or market quotations for our common shares;
- Reduced liquidity of our common shares;
- Determination that our common shares are "penny stock", which would require brokers trading in our common shares to adhere to more stringent rules and possibly result in a reduced level of trading activity in the secondary trading market for our common shares;
- Limited amount of news an analysts' coverage of us; and
- Decreased ability for us to issue additional equity securities or obtain additional equity or debt financing in the future.

In the event of a de-listing, however, we would take actions to restore our compliance with Nasdaq Marketplace Rules, but we can provide no assurances that the listing of our Common Shares would be restored, that our Common Shares will remain above the Nasdaq minimum bid price requirement or that we otherwise will remain in compliance with the Nasdaq Marketplace Rules.

**ITEM 2. UNREGISTERED SALES OF EQUITY SECURITIES AND USE OF PROCEEDS.**

On September 9, 2022, we issued 36,765 common shares to one accredited investor in connection with a loan made to Sprout Foods, Inc. The issuance was made in reliance on an exemption from registration under the Securities Act by virtue of Section 4(a)(2) of the Securities Act.

On October 11, 2022, the Company announced the closing of a registered direct offering of 3,208,557 of its Common Shares and warrants to purchase up to 6,417,114 Common Shares in the concurrent Private Placement. The combined purchase price for one Common Share and one warrant was $1.87. The warrants have an exercise price of $1.62 per Common Share, are exercisable immediately following the date of issuance and will expire five years from the date of issuance. The Company received gross proceeds of approximately $6.0 million and net proceeds of $5.15 million after deducting the placement agent fees and expenses, and the Company's offering expenses.  Based on the fair value of the warrants as at the date of closing, the Company expects to record the full proceeds to liabilities and a loss on initial recognition of approximately $1.0 million.  Consequently, no value will be attributed to the common shares issued on October 11, 2022.

**ITEM 3. DEFAULTS UPON SENIOR SECURITIES.**

Not applicable.

**ITEM 4. MINE SAFETY DISCLOSURES.**

Not applicable.

**ITEM 5. OTHER INFORMATION.**

Not applicable.

## ITEM 6. EXHIBITS.

Refer to Part I, "Consolidated Financial Statements," on page F-1 within this Quarterly Report for our Consolidated Financial Statements.

**EXHIBIT INDEX**

| Exhibit No. | Description of Exhibit |
|---|---|
| 31.1* | Certification by Principal Executive Officer under Section 302 of the Sarbanes-Oxley Act of 2002 |
| 31.2* | Certification by Principal Financial and Accounting Officer under Section 302 of the Sarbanes-Oxley Act of 2002 |
| 32** | Certification pursuant to 18 U.S.C. Section 1350, adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, as amended |
| 101.INS* | Inline XBRL Instance Document – the instance document does not appear in the Interactive Data File because its XBRL tags are embedded within the Inline XBRL document |
| 101.SCH* | Inline XBRL Taxonomy Extension Schema Document |
| 101.CAL* | Inline XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF* | Inline XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB* | Inline XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE* | Inline XBRL Taxonomy Extension Presentation Linkbase Document |
| 104* | Cover Page Interactive Data File (formatted as Inline XBRL and contained in Exhibit 101) |

| | |
|---|---|
| * | Filed herewith |
| ** | Furnished herewith |

69

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this Report to be signed on its behalf by the undersigned, thereunto duly authorized.

Neptune Wellness Solutions Inc.

Date: March 30, 2023

By:   /s/ Michael Cammarata

Michael Cammarata
President, Chief Executive Officer and Director
(Principal Executive Officer)

70