**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARVIN GONG, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>NEPTUNE WELLNESS SOLUTIONS INC., MICHAEL CAMMARATA, TONI RINOW and MARTIN LANDRY<br><br>    Defendants. | **Case No. 2:21-cv-01386-ENV-ARL**<br><br>**CLASS ACTION**<br><br>Hon. Eric N. Vitaliano<br>Hon. Arlene R. Lindsay |

**PLAINTIFF'S NOTICE AND UNOPPOSED MOTION FOR
AN ORDER APPROVING DISTRIBUTION OF CLASS SETTLEMENT FUND**

For the reasons set forth in the accompanying Plaintiff's Memorandum of Law in Support of Unopposed Motion for an Order Approving Distribution of Class Settlement Fund, Plaintiff respectfully requests that the Court enter an Order:

1. Approving the administrative determinations of A.B. Data, Ltd., accepting and rejecting the claims submitted as recommended herein and in the Declaration of Eric A. Nordskog In Support of Plaintiff's Motion to Distribute Net Settlement Fund;

2. Directing distribution of the Net Settlement Fund to Authorized Claimants;

3. Authorizing payment of the Settlement Administrator's outstanding invoice; and

4. Releasing from liability all persons who were involved in the review, verification, calculation, tabulation, or any other aspect of the administration of claims filed in

this Action, and all persons who were involved in the administration or taxation of the Net Settlement Fund, from any and all claims arising out of such activities.

We have consulted with counsel for Defendants, who do not oppose the relief requested in the Motion. Plaintiff has submitted a Proposed Order for the Court's convenience.

Dated:  August 7, 2024                    Respectfully submitted,

**POMERANTZ LLP**

*/s/ Christopher P.T. Tourek*
Christopher P.T. Tourek (admitted *pro hac vice*)

Joshua B. Silverman (admitted *pro hac vice*)
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
E-mail: jbsilverman@pomlaw.com
      ctourek@pomlaw.com

    -and-
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
      ahood@pomlaw.com

*Attorneys for Lead Plaintiff Kenneth Rickert*

## <u>CERTIFICATE OF SERVICE</u>

On August 7, 2024, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Christopher P.T. Tourek*
Christopher P.T. Tourek
